## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

**THE UNITED STATES OF AMERICA,**

**v.**

**ADAM LEJAY JACKSON et al**

 *Defendant*.

**Case No. 22-mj-00127 (ZMF)**

### NOTICE OF APPEARANCE

Please Take Notice that the above-named Defendant, Adam Lejay Jackson, has retained The McBride Law Firm, PLLC, to represent him in the above-captioned matter, and respectfully demands all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
        June 23, 2022

Respectfully Submitted,

/s/ Joseph D. McBride, Esq.
99 Park Avenue
6th Floor
New York, NY 10016
p:  (917) 757-9537
e:  jmcbride@mcbridelawnyc.com