## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.     ) | **Case No. 1:22-CR-00230 (RC)** |
| ) | |
| **ADAM JACKSON,**   ) | |
| ) | |
| **Defendant.**   ) | |

### NOTICE OF APPEARANCE

COMES NOW, CAROLYN STEWART, Attorney for the Defendant Adam Jackson, and hereby enters this Notice of Appearance on his behalf in the above styled case.

The clerk is requested to enter the appearance of the undersigned attorney as a counsel for the Defendant.

Dated: August 2, 2022               Respectfully Submitted,

/s/ *Carolyn Stewart*
Carolyn Stewart, D.D.C. Bar No. FL0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
Email: Carolstewart_esq@protonmail.com

2

## CERTIFICATE OF SERVICE

On this 2nd day of August 2022, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

>/s/ Carolyn A. Stewart
>Carolyn A. Stewart
>Defense Attorney