To Whom It May Concern,


Hi, my name is Haley Hance (formally Jackson) and I am writing this letter on behalf of my father, Adam Jackson. As the one who made my dad a father, I can tell you that getting to watch him grow into the person he is today, has been the greatest blessing in my life. My dad, Adam Jackson is the best possible dad to each and every one of his 6 kids. He has never missed a game, he has never missed an important moment in any of our lives, and he will drop anything, no matter what if one of us needs him. My dad has also created a business from the ground up and immediately turned it into a family business, not because he had to, but because he wanted to. By creating this business, he has created a new and better life for all of his kids. 6 out of the 6 of his kids' livelihoods depend on this business, including mine. There is nothing more that my dad, Adam Jackson loves about this life, than the fact that he gets to spend it with his family. If you ask anyone in our community, they would describe him as a family man, a hard worker, and someone who stands up for what he believes in. In January of 2021, my dad went to Washington to stand up for not only what he believes in, but for his family.  He has always raised us kids to stand up for what we believe in, respect law enforcement, and to always follow our dreams. Despite what the news is trying to portray him as, my dad is one of the biggest supporters of our military and police. When he went to Washington, my dad expected a peaceful march and never expected it to turn into what it did. He did not go there to be malicious; it was simply an awful case of him being at the wrong place at the wrong time. As you can see from the amount of people in this room and the amount of letters written by numerous family members, friends, and members of our community, my dad is not a danger to society. His life is here, his heart is here. My brother is 17 years old and about to embark on one of the most important journeys of his life. He is going into his senior year of high school and needs my dad now more than ever. If there is one thing to know about my dad, it is that he is the biggest Katy Tigers fan there is. It doesn't matter what sport, what child, or what game, he is always supporting somehow, someway. I also have two baby siblings. Joanna, who is 3 years old and Jace, who is 1 year old. These babies need my dad, he is their best friend, their role model, and most importantly their father figure. In addition, he has 2 step kids who he has always treated as his own. My oldest sister just had his first grandchild who he absolutely adores. Every single one of us needs my dad, he is the glue that holds our family together and the reason we are all so close. By keeping my dad in jail, you are doing no good to anyone at all. He is not a threat to anyone or anything and there are a plethora of people who would tell you the exact same thing.


Thank you,

Haley Hance

Hello,

I'm Adam Jackson Jr. the son of Adam Jackson Sr. To start off I would like to say my dad has been judged across the country in the wrong way, the news and other sources are putting out false information about the man that I would know the most. My dad, Adam Jackson isn't a bad person in fact he is the one and only father I could have ever asked for, he has never missed a game, scrimmage or any sport events and as for family events he would cancel anything and everything to make it. He is the center of the family, it is held by him, he is the solid tree and our family members are the branches. We all hold on to him tight as he has never betrayed us or hurt us. And this goes with his community too. My dad started a generator business to help out after he noticed many power losses due to hurricanes in our Houston area that going to say he quit his main job to pick up on his little to nothing business that started from scratch. all this to help out his community not realizing how big it would become and not even thinking twice about if it would blow up or not. All my dad cared about was helping others and My dad, Adam Jackson was proud to get the opportunity to go out and communicate with others as he installed generators. Seeing my dad cuffed up for using his rights to speak freely about his views hurts me as his son, not because I see him different in cuffs but because I know he doesn't deserve this and this isn't the man he is. Growing up my dad has always instilled in us kids to respect your elders and respect your law enforcement as he has always backed the blue. Anyone that knows my dad can tell you the man you see on tv isn't the man you're seeing in court. You don't have to take my word for it. Our family has been sent an overabundance of letters of support from friends, neighbors and people in our community showing their support for our dad and proving he isn't a threat to society or a flight risk. My dad is an amazing person and deserves to be at home supporting his family. I deserve my father to watch me walk the stage my senior year as he has been there for all my sibling's to gather their diplomas. I Adam Jackson Jr. love my dad, Adam Jackson Sr. So much.

Thank you,

Adam Jackson Jr.

Adam - I've known him right around 20 years. Used to be that we would see him every other weekend and one month during the summer. Growing up he was always a fun guy. He would play with us, take us out places like the circus, car shows, the rodeo etc. He brought us our sister Haley and not long after our brother AJ and now our most recent additions Joanna and Jace. Even though I'm not his blood I'm still his daughter and he's never said nor treated me otherwise. We're family no matter the titles and he's been there for every big part of my life from softball games to homecoming dances and most recently the baby shower of his first grand baby. Just like me he treats her like his own and not many people can say they have that good strong relationship with someone family or not. He's been a part of my life as long as I can remember and I can't imagine him not being around. I might not see him every day but I have the option to and if y'all take him away I no longer have that choice. He won't get to see his babies and his grand baby grow up. His baby girl will turn 4 without her dad. His baby boy will turn 2 without his dad. His only grand baby will turn 1 without her grandpa. He won't get to see his first son graduate high school or go to any of his senior football and baseball games. We will have birthdays and holidays without our dad. He runs his own company as I'm sure y'all know. He has me, my sister, two of my brother in laws, my mother and as of the summer my brother is employed with him. How is he supposed to run his company and support us if he's gone? If he can't be here for his company and it goes under that's 3 homes that can't run on one income. 3 homes that could be taken away from us on top of everything else because he's not here. His babies could lose their home. We need him home not only for financial stability but for emotional and physical reasons. His wife needs him there to hold her after a hard day at work and taking care of their two babies. Aj needs him there to pat him on the back after his football games and baseball games. We need him here to joke with us and make us laugh and give bear hugs when we need it. He's worked so hard for everything he has and y'all are willing to take it all away from him because he wanted to stand up for what he believes in. He participated in what was supposed to be a peaceful gathering for Trump supporters and all though it turned into something more I don't believe he acted out as he's being portrayed. Please let him come home and be with his family.

Thank you,

Alyssa Collier

Hello,

My name is Jamie Jackson and I am writing on behalf of my husband, Adam Jackson. I know that it would be expected that I would be telling you all the reasons why you should let my husband come home. So instead, I'm going to tell you the reasons that my husband needs to come home.

Our Littles need him, our 17 year old son needs him, all three of our older daughters need him, I need him, HIS FAMILY NEEDS HIM! We are a team, we tackle life together, we make each other stronger and give each other the reasons to give our all.

I could go on and on about Adam and all his good qualities, but he reminded me that short & sweet was a better route to go.

Adam Jackson has taught his kids to be involved in things that they believe in, and to stand up for things and for people that deserve it. He does the same and may have gotten caught up in a crazy situation, but he did not go down there with ill intent! He went down there to be a part of history and to come back and get right back into his life of being an amazing American dad!

Please give him the chance to come home and continue doing so.

Thank you,
Jamie Jackson

To whom it may concern,

I'm writing this letter on behalf of Adam Jackson. I've known Adam going on 6 years now and I've seen nothing but care and love for his family day in and day out. Adam is my father-in-law and I've loved every minute of it. I've looked up to Adam since the first day I met him. He has shown me how to take care of my family, my house, and he has taught me so much. I wouldn't be where I am today if it wasn't for Adam Jackson. Adam loves each of his children even if they weren't his. He has always put his children first no matter what he had going on. Adam has 6 children that all look up to him. Adam's two oldest children 25 and 23, although not his, he loves just the same. His oldest biological daughter is 23 years old and just got a job working as a teacher. His oldest son being 17 years old is going into his senior year of high school and is about to be an adult. He isn't ready to be the head of the household. He is going to need his father's help and support to make it through these next couple years of life. His youngest daughter is 3 years old, and the youngest son has just turned 1 year old. Each of these kids have different schedules and Adam is always there to support his kids and wife. The youngest daughter of Adam Jackson gets so happy when he comes home. As soon as he gets home from work and starts to open the door, she runs with open arms to give him a big hug and kiss and tells him how much she missed him. The 1-year-old just started to walk and just started teething, and here soon he will be doing the same as his older sister. I've never seen Adam miss a ball game, gymnastics practice, or a family event. Adam also just started a family business to help his community, which also brought jobs to people that didn't have one before. Adam didn't have to start this business to be happy, but he saw people struggling to keep their power on at their homes. He saw families go weeks without power, staying in a home with no electricity, no heat and no A/c. He didn't have to quit his full-time job, but he did and started helping others around the community and the families in need by giving them another opportunity to have power. This man is loving, caring, and is so much more than anybody could imagine. His 6 children need him day in and out. Adam is a great person, and he has learned from his mistakes and changed his life around. Let's not punish somebody for standing up for what they believe in. All we are asking is for a second chance to prove how great a father, and a person Adam Jackson is. We all Love him and want what's best for him and this family and that is to keep everyone together. Adam Jackson is the glue that keeps this family together and running so well and we would all fall apart without him. Please your Honor, we need Adam Jackson not just his community, but his family needs him too.

Thank you,

Brenton Read

To whom it may concern,

My name is Preston. I am the boyfriend to Adam's oldest daughter and the father of his new and only grand baby. From the first time I met Adam the first two things I noticed about him was he is very family oriented and protective of those he cares about. It took me a while to be fully accepted by him into the family, and it did not take me long to understand why. I made a comment saying (step daughter) referring to his oldest daughter and he taught me that step was not a word in his household. I have never heard the word step come from any of the family members referring to one another and Adam is the loving and caring cause of that. My grandfather always told me that to build a house you need a good foundation and even better mortar to hold everything together. As I seek advice as a father, Adam has taught me that the bond of family is the foundation and the father is the mortar that holds the house together. Every time I see Adam he reminds me of this not by his words but by his actions. Adam has not only become a father figure of mine but also a friend. After my second daughter was born, his first grandchild, our bond has grown stronger every day. He has definitely taught me alot about how to be a friend, good person, and most importantly a good father. As I grow as a father I am constantly looking up to Adam for advice and guidance. The fact that such a loving and caring father would be caught up in this mess is baffling to me. Adam loves his country and peace officers just like he loves his family. Adam is not a man of harm or hate but of love and peace especially when it comes to his family and country. I truly believe this is a wrong place, wrong time ordeal, and the media made him the bad guy. I hope that everyone here can see and understand that Adam is important to us as a family. After all Mr. Jackson has taught me and hopefully everyone here today that A.D.A.M. is an Amazing Dad And Mentor.

Thank you,

Preston Goshorn

To the one that holds my dad's fate in their hands,

Adam Jackson- aggressive man at a riot, "cop pusher", yeller, being viewed as a "domestic terrorist". Adam Jackson- proud American citizen, caring father, protective, stands up for what he believes in, Cop & Military supporter. Two completely different views of the same person. One true, and one portrayed by people getting a version of a story someone made. My name is Hana Collier-Read and I am Adam's daughter. Adam has been a part of my life for almost my entire life. I was 2 years old when Adam Jackson Sr. became a part of my family. We may not be blood, but he has not once made me feel like anything other than his own daughter. Growing up we didn't get along the greatest, although now that I am older, I understand why. We are similar in so many ways so naturally we bumped heads. As I've gotten older, I feel like we have both grown up together. He has become such an awesome dad not only to me and my sister but to his own kids as well. I am one of Adam's six kids. He has a 25-year-old daughter (mother to his very first grandbaby), me being 23 years old, a 22 year-old daughter newly married, a 17 year-old son going into his senior year of high school, a 3 year-old daughter who is Adam's best friend, and a 1 year-old son who all need their dad to come home. Adam has turned his life around. He is such a family man. He has never missed a game, practice or scrimmage. He is such a big part of his community and an even bigger part of our family. Adam is our country's biggest supporter. He is such a proud American man and is such a big believer in the police. He has always raised us to use our voices and stand up for what we believe in, and he did just that. He went to what was supposed to be a peaceful protest to show his love and support for our country and to lead by example for his kids. Had he known it would turn out as it did, I can guarantee you he would not have gone. Adam is the type of person who goes out no matter the hour of the night to go search for his father-in-law who had Alzheimer's and got out of the house just to ease the family's mind. The person who NEVER misses a game, scrimmage, or practice. He is at almost every town event and every event supporting the military and police. He is all about "BACKING THE BLUE". He is the person who quit his job to open his own FAMILY business. Started a business from the ground up just to help support his community who was struggling and help return power to powerless houses. He is the man who chooses to hire his family to help them succeed. Adam is the heart of our family, not the monster anyone is making him out to be. By locking up our dad, you are not only taking away our father, but you are also taking away most of these kids' ONLY father figure. You are forcing a 17-year-old boy to become the man of the household and the father figure to his younger siblings while still being a child himself. We have lived peacefully for the last year and a half since the capital riot. Please consider letting our dad out on bail, he is not a risk or threat to anyone.

Thank you,

Hana Collier- Read

To whom it may concern,

My name is Carson Hance and I'm writing this letter on behalf of Adam Jackson. I have known him for close to 5 years now and in this span of time, we have known and seen enough of each other from all aspects of life, be it in personal contexts or in the workplace.

I'm completely aware of the character of my friend, mentor, and father in-law who has always become a person of high moral and ethics, and each of his activities for life are driven from those principles. He has been devoted to his family and his work, while also caring for the well-being of others and for those who are around him, which I have always witnessed from him in the multiple occasions of such situations. He always puts his family first and will do anything to ensure our happiness.

He is also well regarded and honored at his workplace by not only his employees, but his clients as well.

He is a friend, a father, a husband, a business owner, and so much more to so many people.

I just hope that this letter would give you a better idea of who Adam Jackson is as a person and to truly see that this man is not a threat to society in any shape, form, or fashion.

I'm thankful to you for taking some time out of your day to read this letter.


Thank you,
Carson Hance

To whom it may concern,

I've known Adam for more than 11 years. In that time, we've been co-workers, friends, and now partners in business. Adam and I have shared stories and parenting tips as we raised our kids together. With Adam, his family always comes first. He is close with his parents, adores his wife, and would do anything to protect his children. A year and a half ago I went into business with Adam because I saw a hard-working eager partner that shared the same values and integrity. Together we have built a company from scratch that provides a living for a dozen families. His presence is missed and everyone's life he touches wants him back home dearly. I have had overwhelming support from his friends, employees, and customers, a lot who have written similar letters as this one.

Losing my partner in business is painful. I miss the help he provided day in and day out but what I have lost is my ability to share the good times and hard days with my partner because that's what we did. When one of us was down, the other would lift them up. When things are good, we would celebrate triumphs. I no longer have that. No one to lean on when things get tough. No one to call when I need help understanding something. It takes something exciting and adventurous and makes it seem difficult and tedious. I miss my partner and friend and can't understand why he isn't here the way he always has been.

Adam's absence has put a strain on the company, his family (many who work for us), and his friends and co-workers. I can't understand why anyone can refer to the man I have described above as a "threat to society". He deserves to be home with his family and friends as he awaits his trial, as should anyone in his position. I pray this letter doesn't fall on deaf ears.

Sincerely,
Jeremy Turner

To whom it may concern,

We are the parents of Adam Lejay Jackson. We are writing this letter to help you understand and know the man that Adam is. First and foremost, he is a family man. He cherishes his 6 children and his grandchildren. He has always been a wonderful, caring husband to his wife, Jamie. But before he was this man, he was then and to this day the light in our lives. He was always such a sweet and even tempered smart child. He learned his trade as an electrician at the early age of 17 and has built a strong family business.

His father and I are in our later years and his father is in poor health and I suffer from Parkinsons. Adam has always been here to take care of us. He has always been comforting and reassuring. We are lost without him.  It is hard to come to terms with what is happening to Adam, this is a nightmare that we cannot wake from.  I hope that the people that will ultimately be the ones to  judge him can see past the media and the untruths and see him for who he really is.

Respectfully,

Jim and Susie Jackson

Hello,

I'm Lorynn Kutach. I am Adam Jackson Jr.'s girlfriend. First off I would like to say Mr. Jackson and his family have played a big role in my life. In May of 2021 I had lost my mother and the Jackson family including Mr. Jackson did not hesitate to take me in and be there for me through everything that was going on in my life. Mr. Jackson is like a second dad to me he has always made me feel welcome at their house. In the 3 years of knowing the Jackson family and being around them every day I have gotten to see the true side of Mr. Jackson and that being said, he has many children including 2 that are 3 years old and younger. I see how he comes home every day loving on them and providing for them. I have never once felt uncomfortable, threatened, or even unwelcome with that family. Mr. Jackson would never cross my eyes as a criminal. He plays a huge role in the Jackson family as he owns his own family business that helps out the community in many ways. Mr. Jackson is a great man and will drop anything he's doing to be with his family no matter what. Mr. Jackson goes to every sport event, any family event, or even community events because he cares about everyone.

Thank you,

Lorynn Kutach

Kemberly Dean

Spring, Texas 77388

6/8/2022

Dear Your Honor, I am writing this letter on behalf of Adam Jackson. I am Adam's aunt by marriage and have known him for over sixteen years. He has been and is still a welcomed member of our family. Adam has always shown himself to be a courteous and respectful man. Soft spoken and kind to his extended family as well as a loving husband to his wife Jamie and caring father to their children. Adam is also a supportive member of his community and his children's school functions, attending their sport functions and graduations as well as trying to better all of their lives by working hard and helping his family members, neighbors and friends when they have been in need. I know he has a loving heart and a kind nature and has never shown himself to be a violent or dangerous person in my presence. I understand the seriousness of the charges that have been brought against him, however knowing Adam as I do, I can't believe he would intentionally bring harm to anyone. I am asking that you take into consideration these facts and will recommend Adam be released on bond allowing his wife and children the benefit of his company. Adam's incarceration while awaiting trial would be detrimental to the livelihood of his family. Released on bond he can continue to work and provide for his children and support them both financially and emotionally during this difficult time. I would be happy to discuss my relationship with Adam over the phone or answer any questions you might have regarding this letter.

Sincerely,

 Kemberly Dean

Your honor,

I'm taking the time to write to you today on behalf of Adam Jackson. Adam is my brother-in-law and I have known him for nearly 20 years. Over those 20 years I have seen the ups and downs, the good and the bad, the happy times and the sad times. We all have our struggles. One thing I have all always noticed in Adam is he is always improving and staying positive. Without fail day after day and year after year he continues to better himself and help the people around him better themselves. He is very caring, passionate, loving, supportive, trustworthy and hard working. I look up to Adam in many ways and I believe in him and trust him.

Adam is a great man and a great father. He has 6 kids and 1 grandchild. Two of his kids are under the age of 4 and his grandchild is not even a year old. He is very involved with his family and has always been there to help me with my kids when needed. I trust him with my 2 boys ever since they were little babies. They are now 9 and 6 and they love going over there to see Uncle Adam. He has helped out so much even when he has so much of his own stuff going on. I think you can tell a lot about a man when they are around their kids or other kids. How they talk and treat them. How they interact with them. He has so much love and care. He stepped up so much when my Dad got sick and passed away a few years ago. He showed so much love, care and support during those tough times.

I don't know the extent of what Adam is being accused of but what I do know I have shared above. I know he likes to show support and he stands up for what he believes in. This is a man you would want in your family and circle of friends. He has a lot to offer to his family, friends and community. Please take this all into consideration when making your decision.

Thank you for your time,

Brandon Hennesey

To whom it may concern,

My name is Kathi Hennesey, I am Adam Jackson's mother-in-law. I have known Adam since October 2001. Over the last 20 years he has grown and matured tremendously. He has blessed me with 4 additional grandchildren and is a very hard-working provider for my daughter and ALL my grandkids. I think he was in the wrong place at the wrong time. He is a very big supporter of our Police and Military and would never intentionally do anything malicious toward anyone in uniform. He went to the Capitol to show his kids part of being an American is invoking your right to stand up for what you believe is right. I can assure you that if Adam knew what that day would have turned into then he would never have gone. The man I know would never do anything to put his family in jeopardy, and the way they are portraying him on TV and all these articles is simply not the truth. If standing up for what you believe in is wrong, then why teach kids to use their voices? Why is the first amendment an amendment at all?    It would be a true injustice to prosecute and punish this hard-working, family man just to prove a point. All you would be doing by "locking up" this man is taking away a father figure from his 6 children (2 toddlers, 1 high school senior son, and his 3 older daughters), a new grandfather to his 1st infant granddaughter and the Owner of the family business that provides for not ONE but THREE households.   I hope this letter gives insight to the real Adam Jackson Senior and not the one that the news and government are portraying.

Thank you for taking the time to read this letter,

 Kathi Hennesey

**Julie K. Hudson Stratton**

To whom it may concern,

I am writing to you on behalf of Mr. Adam L. Jackson and offer my complete support of his release on bond.  I am the mother of Mr. Jackson's oldest daughter, Haley E. Jackson Hance.  Mr. Jackson is a wonderful provider to his entire family and is a role model to his children, especially his youngest two.  Having learned from past mistakes, he has gone forward to be an honest businessman, building a reputable company and who now employs several of his older children, including Haley's husband.  I believe that Mr. Jackson poses no threat to the public and should be allowed bond where he can continue to be a supportive parent and member of our community.

Thank you,

Julie K. Hudson Stratton

To whom it may concern,

  My name is Savannah and I have been a part of the Jackson/Collier family for over ten years. Although I am not blood related, I can confidently say that they are family. I first met them through my childhood friend Hana, Adam's bonus daughter, but quickly became one of them. In all of the years I have been a part of their family, I have watched and experienced Adam interact with his children and it is nothing but love. He has always been rough around the edges but never does anything with ill intention. He is a proud American and is not afraid to show it, but this does not mean he is any type of threat to our country, state, city, etc. Being passionate about something does not mean he is an extremist. He was not at the capitol that day to cause any type of harm. I believe he was there supporting a cause he truly believed in and those around him caused an extreme situation that he was unfortunately caught up in. Blame cannot be placed where blame is not earned and Adam is a loving family man that does not deserve to be falsely accused of these irrational charges.

Thank you,

Savannah Shry

Hello,

My Name is Andrew Deleon. I'm writing this letter because I feel we need more people like Adam Jackson in this crazy world we live in. Adam is a genuine, honest, family man. He will be real with you and do the right thing even if others don't agree. That to me is respect. Adam Jr. will graduate after this coming school year. That is when a boy starts becoming a man and that's when a son needs his dad the most for guidance, wisdom, and to learn how to deal with the struggles of life. I know because I went through it with my own kid. Most of all his family needs him to continue to be the stand up man he was, is and will continue to be. Much RESPECT to Adam. May God bless the entire Jackson Family in this troublesome time.

Thank you for your time,

Andrew Deleon

To Whom It May Concern:


I have known Adam Jackson since 1997. Yes, Adam has made mistakes, but as teenagers and young adults, we all make mistakes. Since the late 90's, early 2000's Adam has worked hard to turn his life around. He has started his own business, and he has devoted his life to becoming the best possible husband and father to his 6 kids. Adam is the true definition of, "people can change." He has completely done a 180 and has become not only an admirable family man, but a member of the community. Adam's kids and wife are his life, and It is extremely rare to have a bond like Adam and his family do. He has 6 kids ranging from ages 25 all the way down to 1 year old. Every weekend, his 6 kids are over at his house spending time together and making memories. It is not often where you see a man with older children who WANT to spend time with their parents as often as possible. Adam has always been a man who everyone wants to be around. He is kind, caring, and his positive attitude is infectious. When Adam went to DC on January 6th, he did not intend on things to turn out the way that they did. I can say with 100% certainty, that if he knew he would be caught in the situation he was in, he would have never gone. Adam went that day for his family and his kids, not himself. His #1 priority and goal in life is to protect his family and ensure a bright future for them all. He went to stand up for his kids and their futures.  He is not a danger to the community and him being behind bars is doing more damage than good to his children, his family, and the community. I respectfully ask that you take some time to get to know who the real Adam Jackson is and release him to go home to be with his family.



Sincerely,

Amber Ellstrom

To whom this may concern,

This letter is in reference to Mr. Adam Jackson.  Adam has been our next-door neighbor since August of 2021 and has been nothing but a good neighbor to us.  No issues whatsoever.

Adam and his wife have 3 kids that live in the house that range from high school to just over 1 year old, and they have other kids and grandkids that live away from home.  Adam is a family man and along with employing several family and friends in his business on a day-to-day basis, always makes it a priority to have gatherings on the weekends so that they can all be together.  We have 2 kids aged 2 and 5 and both of our kids are over at their house on a daily basis playing with their 2 younger children and vice versa never with any incident.

We are writing this letter because we know how important it is to him to be around his kids and his family.  His son is going into his senior year, and his other kids are little and need their dad around.

If there is anything else we could possibly assist with, please don't hesitate to reach out.

Sincerely,


Nick/Brittany Arduini

Johaunna Gamble
Katy, TX 77493

June 8th , 2022

To Whom This May Concern,

I am writing on behalf of Adam Jackson. Mr. Jackson and I had been neighbors for almost eight years. In that time, he proved to be a courteous and friendly neighbor. Unfortunately, my family and I did not have the opportunity to really visit with Mr. Jackson and his family socially over the years before their move last year. We both have children that were heavily involved in competitive sports leaving very little spare time. Most of our conversations only happened in passing and were mostly about our kids.

On several occasions I witnessed Mr. Jackson being a dedicated husband and father. Whether he was bringing in the groceries for his wife or washing her SUV, playing football or baseball with his son in the street or showing him how to make a repair on his dirt bike, or walking beside his youngest daughter ready for her if she needed him as she independently turned her sitting toy into a push walker walking it right down the street.

I also witnessed Mr. Jackson holding his son accountable for his mis-actions on a few occasions. It was the same way I would hold my own children accountable. It was not with physical threats or being physical but with reason and accountability. I personally never saw Mr. Jackson become violent ever. Even when discipling his son, he'd be calm, patient and have a discussion with him.

I thought it was important for me to mention these actions I witnessed Mr. Jackson doing as it is a direct reflection of his character. It is my hope this letter regarding Adam Jackson will act as a positive and contributing factor when the court considers this matter.

Sincerely,

Johaunna Gamble

Jessica Thomas


 Katy, TX 77493


To: The Honorable Judge on the Case of Adam Jackson,

 I have known Adam Jackson for 1 year. Adam is a great friend and I am also the babysitter of his baby boy, Jace. I am deeply saddened and in complete shock to find out about the situation Adam is in. I know Adam as a very genuine, kindhearted person and because of this I am more than willing to write this letter of reference for Adam Jackson for this case. Over the past year Adam, his wife and children have become very close friends of ours. We have spent time together on many occasions and have come to know Adam Jackson well. Adam is a man of good character. He shows his generosity to those around him whether it's a helping hand or taking the time to just listen. Over the course of our friendship, I have watched the way Adam parents his children. I tell my husband all the time how Adam motivates me to be a better parent every day. The way he talks to his kids, the way he interacts with them, the way he handles situations that can be hard as a parent. Adam is an INCREDIBLE dad and his kids are so very lucky to have him. Adam is not only an amazing dad but a super husband to his beautiful wife, Jamie. They both work very hard for the amazing life they've built together. The love and respect he has for her is every girl's dream. Adam has grown successful children with a son who is getting ready to graduate. He has guided and raised his kids in the right direction. Adam Jackson has two younger children, Jace and Joanna who are 1 & 3 years old. They adore their father and light up when he walks in the door. Adam Jackson has shown more than enough love, respect, generosity, courage, and selflessness for his family, friends and his community. I understand the charges that are being brought forth on Adam Jackson and I cannot express enough the shock and sadness this brings to me. My sincere hope is that the court will see that Adam Jackson is not a threat to his community in any way and that he will be released to his family who needs him and relies on him. I am one hundred percent confident saying that I believe Adam Jackson is a trustworthy, honorable, valuable, and good man.

Sincerely,

 Jessica Thomas

Matthew & Brittany Braswell

Katy, TX 77493

June 20, 2022

Dear Respective Judge,


We are writing on behalf of Adam L. Jackson Sr. Adam was our neighbor for nearly eight years, until he and his family recently moved to another Katy area home. In this time, he has proven excellent moral character in and around our neighborhood and within the community.

Adam has always offered a helping hand when his neighbors were in need; for example, our neighbor, Ms. Paula cut her hand while trimming her hedges one day and Adam drove her to the emergency room and waited with her while she waited to receive stitches. In 2017, when hurricane Harvey hit, Adam and his family aided others in the community. When we experienced electrical issues at our own home, Adam came to the rescue so we could have our power restored, free of charge. Adam has always been the type of person that would give you the shirt off his back if you needed it.

It is our hope this letter about Adam L. Jackson, Sr. will act as a positive and contributing factor when the court considers his moral character and his role in society.


Sincerely,

Matthew Braswell

Brittany Braswell

To whom it may concern,

Growing up I spent a lot of time over at the Jackson's house. I remember always having so much fun at their house and always feeling so welcomed and safe. I was young, but the kindness and love that Adam and Jamie gave out made those times so much more memorable. I'm so grateful that I got the chance to know how kind their family is and see how much they care for others. I always loved spending as much time as possible with the Jackson family, as they always made me feel loved and treated me as one of their own. I always knew that I could trust Adam with anything and that he would always be a shoulder for me to lean on when I needed someone. I have gotten to watch his family grow and all of his kids turn into such awesome people. Adam is truly one of the kindest, loving, and awesome people I have ever met. He would give anyone the shirt off his back, no matter who they are, that is just the kind of person he is. He has built a life that is nothing short of amazing. He has his own business, is an amazing husband, son, father, and member of our Katy community. Adam deserves to be home with his family. Not only does his family need him, but several people in our community need him.

Thank you,

Makayla Palazzolo

To Whom It May Concern;

My family and I have been friends with the entire Jackson family for 20 plus years.  We have grown up together, we have watched each other get married, have kids, raise our children to be outstanding humans and now we are about to embark on a new part of life.
Adam Jackson has children, grandchildren and a wife that depend on him.  He is the sole provider of his family.  Without him home to run his company in which he employs almost his entire family there is a chance this family will not survive.

Adam needs to be at home to watch his son in his final year of high school and to support his son on the football field or baseball field or whatever Adam Jr decides to do his senior year.  Adam deserves to be in the stadium when his son walks across that stage to accept the diploma that he has worked so hard for and to see what college he decides to attend.

Adam has a small son and daughter who deserve to have their dad home every night and play with them.  They deserve to have their dad home every night to sit down at the dinner table and eat dinner with them.

Adam also has older children that deserve to have their dad home to watch them maneuver through life as young adults with children.  His grandchildren deserve to have their grandpa home to hug and love on them.  To take them to a baseball game or football game.

Jamie needs her husband home to help continue to raise their children.   To be there to support her and to be her partner in life.  She deserves to have her husband home every night so they can sit and discuss the day's events.

With this being said, my family and I feel Adam Jackson should be released on bond so that he can continue to support his family so they can get through this difficult time in life and make plans for the unforeseeable future.

The Jackson family needs their Husband, Dad and Grandpa home.  Please consider their family as you decide if Adam Jackson should be released on bond.  The answer is YES he deserves a bond so that he can continue to support his family financially and emotionally.

Thank you for your time,
Charity Waters
832-508-2092

To Whom this may concern,

Good afternoon, my name is Ashley Wilcox. I am writing on behalf of Adam Jackson & his family. I have known Adam since middle school, his family lived down the street from mine growing up.  Even as kids, there is nothing he wouldn't do for his family & friends. We remained friends through his first daughter Haley being born. Then, I had the honor of being the Matron of Honor to his wife now, Jaime Hennessy Jackson. Adam & Jaime were the best friends any woman could ask for. My husband at the time was overseas, serving our country & they were just a phone call away. It didn't matter, day or night, if I didn't want to be by myself, they were there. Always a phone call away.

I've got to watch their children grow up, and for them to add on additions to that perfect football team of theirs. Their children are growing up to be role models, and I pray that this case against their father doesn't impede their goals in life. We should be pushing for more children to graduate, not quitting school to help take care of their siblings when it can be avoided. Adam Jackson would want his son to graduate from Katy High school as a Tiger, not get a GED somewhere, if he "has time" after he is done helping raise his youngest siblings.

I am writing this letter to you today to just say, please, have some grace & find it in your heart to let this good, hardworking, caring, father, grandfather, husband, brother, child & amazing friend to come home to his family, right where he belongs. I thank you for taking the time to read this.  If you have any questions, feel free to contact me.


Sincerely,


Ashley Wilcox

To whom it may concern,

We have known Adam Jackson for 6 years. We first met Adam when we asked a neighbor to recommend an electrician and he referred us to Adam.

Adam has since become a friend as well as our electrician of choice for our home and businesses. We have recommended Adam's service to friends and neighbors who have all had glowing reviews of his work and especially his friendly manner.

The Adam we know is a kindhearted, warm, trustworthy and honest family man who is excited about his growing family and business that he has worked so hard for.

I hope that this situation gets resolved quickly and Adam can return to his young family.

Yours sincerely
Jamie and Mellissa Spicer

Pedro Gaytan


Katy Tx, 77493

June 8, 2022

To the honorable judge assigned to the case of Adam Jackson

I am writing this letter on behalf of Adam Jackson. I have been friends with Mr. Jackson since 2008 where we worked together for a few years before going separate ways in our careers, but not our friendship. Just recently we were reunited in our employment once again. Upon seeing the news of Adam I was shocked and appalled on how the media depicted him and was worried on what this might mean for him and most importantly his family.

 I specifically point out his family because that is what Adam is about at his core. A family man through and through. From his daughters Alyssa, Hana, and Haley, to his eldest son A.J. who is getting ready for his senior year of high school. And all the way down to the two little ones at home, Joanna and Jace, waiting to see their daddy come home again. There isn't much Adam would not do to care and provide for his family. This kindness is not only spread throughout his family but extends to his friends and even his employees in the workplace. He works hard to ensure that his company continues to run and employees are able to earn a living so in turn they can provide for their families. This includes myself and is something I am personally grateful for even though I know it comes with a lot of personal sacrifices on his part. We are also like a family in the workplace. We are really close and treat the company as something we are all a part of building. Adam treats everyone there like they are all an essential part of the company and everyone has something special to offer.

No one is free of faults and everyone has said or done things that may not show them in the best light. However these small fractions of anyone's life should not be what defines them. They should not be taken out of context and used to try and paint an ill-conceived portrait of someone. Adam has a good heart and has plenty of love to share with those around him. I am not here to depict Adam as a saint or as a perfect human being. I am just trying to offer a little perspective on what it is like to really know Adam as an employer, as a man, and as a remarkable father and husband.

 Thank you for your time,

 Pedro Gaytan

To whom it may concern,

My name is Amanda Evans.  I know Adam Jackson through a referral from close friends. Once I met him, I knew exactly why he was referred. He is such a kind, hardworking, and trustworthy man.  Any time we need anything he is always there to help, no matter what. We are so thankful for him and all of the work he has done for my family and I. Adam's life revolves around his family and his six kids. Every time we see him, he is always bragging about how awesome his kids are and how proud he is of his family. Adam is an amazing businessman, a great friend, and an even better father/husband. I can confidently say that Adam is FAR from a danger to society and his family, friends, and our community need him home.

Thank you for taking your time to read this letter,

Amanda Evans

To Whom It May Concern,

I have known Adam Jackson for the last 10 years.

As the father of my best friend, Mr. Jackson has always welcomed me into his home and family as if I were one of his own children.

I am privileged to go to family functions and on family vacations where he has been nothing but convivial, hospitable, and has always made sure we were all safe.

While I have known Mr. Jackson, I have seen him build a business from the ground up as well as start a family.

His children are well behaved and are respected by their father, which is why it is important that Mr. Jackson be able to go home where he can continue to raise his children to be productive and good citizens and he can continue to expand his business.

Respectfully,

Shannon N. Coleman

To whom it may concern,

 My name is Joseph Evans, and I am proud to say I am the best friend of his daughter and son in-law. Over the years I have been in constant contact with them, I have come to know the Jackson family very well. These are some of the most welcoming, loving, respectful, and compassionate family/group of people I have ever had the pleasure of being around. I am asking for your mercy and understanding in the case against the freedom of Adam Jackson and Brian Jackson. I in no way, shape, or form, believe either of these two men are menaces to society, or anything the court documents and media are painting them out to be. Although they may have made a mistake partaking in the January 6th capital riots, these men are by no means thugs or criminals. They have families that they provide for and that rely a great deal on both for financial, emotional, and psychological support. These families' happiness as well as four households' occupations are in jeopardy. Adam Jackson, being the co-owner of Power Solutions LLC, could potentially lose the company that he has worked endlessly to make successful. They are role models to their job, family, and community. They are far from being dangers to society, if anything, they are needed in this society. I sincerely hope evidence can be brought to light and prove these men are not only innocent of what they are convicted of, but also the complete opposite of a menace to society.

 Thank you for reading and have a blessed day,

 Joseph Evans

To whom it may concern,

My name is Kaitlin Smith and I am writing on behalf of Adam Jackson. Adam is a man who has demonstrated mounds of personal growth and is far from a danger to society. In the past year and a half since the incident, he has been a compassionate boss to his employees who works just as hard as he would ask of any of them, and he is an even better father. His oldest son is in the peak of college explorations and the recruiting process, and Adam has been playing the largest and only role to set him on the right path. He also has two little babies who need a father figure in the house for the sake of their growth and development. As someone who comes from a broken family, Adam has welcomed me into his family with open arms, without hesitation. While I understand consequences are imminent, I believe it is important to consider the bigger picture as he is a man with many hats. He is at the head of a happy family, the owner of a successful company who has employees counting on him, and just a kind and loving person in general. Removing him from those roles will undoubtedly have negative effects on other great people who had no control over his actions.

Blessings and kindest regards,
Kaitlin Smith

To whom it may concern,

 I am writing this letter on behalf of Adam Jackson. I had the pleasure of knowing his family growing up throughout high school. At the time, I had dated his daughter and he had accepted me as one of his own. I had learned a lot of how to be a family man, a lot about life from him, and was greatly appreciative to have met him and his family. Mr. Jackson's drive and commitment to being such a good father is admirable to say the least. I learned a great deal watching him with his kids and his wife and have carried the things he had taught me till this day. If I hadn't met his family and seen just how great they functioned as a unit, I wouldn't have such a great understanding of what it really means to be a part of a family. He has recently had two more children since I saw him last, and I know it would be detrimental to his family if he could not be around to support them not only financially, but also emotionally as a father and husband.

I can confidently say that without meeting Mr. Jackson's daughter and seeing how they operated as a family, I wouldn't be the same man today. I am currently a specialist in the United States Army with over 4 years of service. I have been stationed overseas as a paratrooper and I am now currently on the Border mission for the Texas National Guard. I have taken a lot of what I had observed and being a part of the Jackson family and implemented that into my leadership style. I have also been accepted to the University of Texas and plan to attend after my mission in the spring. I write you all this, to hopefully sway you into seeing Mr. Jackson in a favorable light. Not only for the sake of his family and community, but for everything he has done for me and helped me become.

Very Respectfully,

SPC Gunter Parker
Combat Engineer

Your Honor,

I have known Adam for over 20 years. He is a family man and a great friend to several, including me. He has helped me countless times over the years when I have been down and out. He is the kind of person that would give you the shirt off his back, even if it was the only thing he had.  His entire family & community depends on him and his positive and charitable attitude. I trust him with my life as well as the lives of my family.  I full heartedly, and with complete confidence can say that Adam Jackson is not a danger to society. Adam needs to be home with his family, friends, and community as he is a huge part of many people's lives. In addition, he has 6 beautiful kids that rely on him tremendously and a wife that relies on him as well.  Adam also owns his own successful business that employs several of his kids and supports 5 of his own families' households. Without Adam, many people suffer and that is not fair to anyone. I ask that you would please consider letting Adam out on bond so that he can be home where his family needs him.

Thank you,
B. Matt Schultz Jr.

Hello,

My name is Ryan Ojeda and I am a close friend of Mr. Adam Jackson's son, Adam Jr. Mr. Jackson is like a dad to me. He has always been there for me and has always treated me as one of his own. He has always been there for me and my family, and I know I can come to him with anything at all. The past 6 years of knowing Adam Jackson, I've seen how much of a good man he is and what a great dad he is to each and every one of his children. His youngest are 3 and 1 years old and they look up to him tremendously.  All of Mr. Jackson's kids bring so much joy to his life and he loves nothing more than his family. His kids really need him and he's such a good role model to all of them. I know he would do anything to make them happy and doesn't deserve to be in this awful situation. Mr. Jackson's family, friends, community, and business need him home. He is the center of all of their lives and without him, you are altering so many people's lives. Mr. Adam is not a danger to society and anyone you ask would agree with me. Please let this man come home, there are so many people who need him.

Thank you,

Ryan Ojeda

Hello,

My name is Chisholm Hill and I am a close friend of Mr. Adam Jackson's son. Over the past 6 years of knowing Adam Jackson I've been greatly blessed to be around him and his wonderful family. Growing up I played on the same football team with Adam Jr., to now playing side by side for Katy High School. Mr. Jackson treats me as one of his own kids, always supporting us on the sidelines and cheering us on at every game/scrimmage/practice. I'm positive his cheerful and supportive attitude is the same way he treats his workers, that's why his business has become so successful. When he comes home to his family after work, he demonstrates characteristics of a true father figure. The way he is with his kids is truly remarkable and he makes sure that everyone is okay, and that if Joanna and Jace need anything he would play with them or do anything to make them happy. I really hope whoever reads this letter can see that Mr. Jackson is  a great man, an amazing father, and one of the best men I know.

Thank you,

Chisholm Hill

To whom it may concern,

My name is Tamara Jay, and I am writing this letter on behalf of Adam Jackson. I have known Adam since he was a teenager and I am the grandmother of his first biological daughter, Haley Jackson-Hance. Over the past 15 years, Adam has shown nothing but growth and has transformed into an astounding father, business owner, and member of society. Adam loves his kids more than anything, and he shows this everyday by being actively present in their lives and acting as a role model for each of them. Watching Adam throughout the years has been nothing short of amazing, and I am beyond proud of the man he has become. I feel as if he should be allowed on bond so that he can continue to support his family and run his extremely successful business. Adam Jackson needs to be home with his family and is not in any way a threat to society.

Thank you,
Tamara Jay

To whom it may concern,

I'm writing this letter on behalf of Adam Jackson. As I sit here the day after Father's Day, I'm saddened that I have to write this. I've known Adam since we were teenagers. We were rebellious like normal teens but one of the things that always stood out was Adams' character. He always put his family first. I've had the pleasure of knowing him all these years and watching him grow and become the incredible man he is today. He still always puts his family first. His business is built on integrity and honor. I can't believe that the government is doing what they are doing. If you want a perfect example of an American look no further than Adam. Family man, friend, American Dream seeker, and patriot. Please reverse your decision, as this man deserves to be home with his family.

Thank you,
Ryan Mclane

Your honor,

I know Adam Jackson from my son's baseball team. He was very humble and became a good friend from day 1. He was always very quiet and watched his son playing with pride. He and his family were always supporting and always together as a good family that they are. His son is a great athlete and student because his family raised him well. We became good friends and we even went to Astros games and he is always being a quiet and very humble person that lives for his family. That is why I can say that the community needs more people like him. Every time that I needed to work and I couldn't go to my son's game, he recorded my son and sent it to me, that way I could see him play. All I can say about him are good things. He is a great father and friend. He is one of the best people that I know and he needs to be home with his lovely family.

Hector Cruz

Hello,

   My name is Easton Hays a close friend of Mr. Adam Jackson's son. As of recently Mr. Jackson and his family have been like a second family to me. We have recently grown closer because his son's girlfriend and my girlfriend are best friends. From the first day I knew Mr. Jackson he has always made me feel that I was always welcome and one of his own. Many times, I have come to his house with his son to work on my truck or work on his son's car and he is always out there watching us and giving us tips/advice. Sometimes he will even help out and work right alongside of us. He is a huge family man, and he plays a huge role in taking care of his family. He puts his family before himself 100% of the time and there is nothing that he wouldn't do for them. Even if you aren't family, he takes you in and makes you one of his own. He truly is the rock in the family. Mr. Jackson is also a very hard worker and takes pride in his work. I always hear stories of how he is meeting and working for all these big-time celebrities. He has built his business from the ground up with nothing but honesty and commitment. I truly look up to how successful Mr. Jackson is and how supportive he is of his family. One day I would like to be in the same position as Mr. Jackson and to be half the man he truly is.

   Thank you,

Easton Hays

To whom it may concern:

I believe that Adam Jackson made a mistake by attending the Jan. 6th
Capital rally, his presence was with good intentions and was not to cause
any disturbances, unfortunately along with many others he was caught up in
the moment.
He is a strong family man, a good father, good husband, and a supporter
and provider for his family.
He is a person of character who is always willing to help others and would
do anything for those he loves.
I pray that the courts would show Adam mercy, he most definitely was driven
by a false narrative by then President Donald Trump!
If anyone deserves a second chance it is Adam Jackson!

Thank you for your time
Sincerely:
Greg Swaim

To whom it may concern,


I have known Adam Jackson for over 20 years growing up together in Katy, Tx. Adam has always been a very down to earth, family orientated person who will go out of his way to help someone. Adam has a huge heart and loves his family and friends dearly. Adams' family needs him home right now, as he is the sole provider for the household. Adam has completely changed his life for the better, and he is an honorable man. I hope that you will take all these things into consideration at his hearing.


Charles "Brad" LeHew


Katy, Tx 77494

Hello,

My name is April Barnett (Wagner). I have known Adam Lejay Jackson since we were kids growing up together. Our parents were very good friends and we spent a lot of time with one another. He has always been a good kid and grew up into a loving family man. He has worked hard for the life he has and the business he runs and operates. He needs to be home with his family. He is the sole provider for his family and has 6 kids who heavily rely on him. Adam is an amazing man who went to DC on January 6th with no ill intent. He went for what he thought would be a peaceful protest and that quickly turned into something awful that he got swept up in. Adam went for his kids and their future, and he went to stand up for what he felt was right. There is nothing more that Adam loves than his family, country, and the life he has built. By keeping him locked up and away from his family, you're only hurting several individuals and disrupting so many lives. Adam is NOT a danger to society, I would trust him with my own life. He needs to come home not only for his own well-being, but for his family's as well.

Thank you,

April Barnett

Dear Court, Judge, and Jury,

My name is Lauren Jackson and I am one of the many nieces of the wonderful man, Adam Jackson. My uncle is one of the most kind hearted, selfless men I have ever had the pleasure of having in my life. When we were kids he was the fun uncle… he was the one that put smiles on all of our faces and always made sure we were happy, having fun and having the best childhood possible. Growing up I didn't have the best childhood personally, but I was always excited to see my Uncle Adam because he always made me happy and my cousins and I always had an amazing time with him and he always made me feel safe.

Uncle Adam was and always will be the biggest family man. The most important thing to him is his family and the ones he holds close. He always opens his arms to everyone he loves so warmly. When I was recovering and healing through some past trauma that I went through, Uncle Adam ALWAYS checked up on me. I would get texts, calls, pictures of the family etc. He cared at the hardest time of my life. He wanted to be a part of my healing process because that's just the kind of man he is. I am honored and so very lucky to call this man my uncle. He's so supportive, so loving, so gentle, so caring, and the greatest type man for any and everyone. Anybody who knows him, knows that he is such a light to this world and everyone around him.

I come to you today to tell you that punishing him by keeping him away from his family is the greatest mistake you could make. He is not a threat to society, he is not someone to be feared, he is not someone to be uncomfortable with. Adam Lejay Jackson is a family man, he is a loving father, uncle, son, and brother. He is a man of honor and integrity. He is a hardworking man with a dream for his wife and kids. He's one of the good ones. So I ask you today, to see who he truly is… to see how much of an amazing wonderful man he is. See the impact he's made on everyone that knows him and is related to him. He deserves a chance to be seen and heard. He deserves to be home with his family that needs him. His children need their amazing father back. His wife needs her husband back. Please open your heart and see him for the good man that he is. We all just want him home.

Thank you,

Lauren Jackson

Dear Judge,

My name is Skye Perryman and Adam Jackson is my uncle. He has always been warm, welcoming, and even acted as a father figure to me. When my own dad shunned me, he was there for me and never once turned his back on me. He always goes above and beyond for his kids and extended family. He employs almost all of his children and their partners through his extremely successful business that he has built from the ground up. He has truly never shown a hint of anger or mistreatment towards anyone in my presence and this is why I can say with 100% confidence, that he is NOT a danger to society at all. He has a family that needs him right now, a family that leans on him and trusts him. We had family dinners every weekend where we would cook together and enjoy each other's company. Adam Jackson spends every weekend with his family, and works when he needs to. By keeping my uncle locked up, you are destroying a plethora of people's lives and doing nothing but hurting innocent people. Adam deserves to come home, he deserves to be with his family, and he deserves to continue running his business.

Sincerely,
Skye Perryman

To whom it may concern,

I am writing to you today as a friend of Adam Jackson's.  I have known Adam for 20 plus years and over that time I have gotten to know him pretty well.  He is very passionate about the things he loves and he loves this country wholeheartedly. The only thing he puts before this country is his family and Jesus Christ.

He has his own family business which he established in Katy, Tx, a few years back.  He is known around our community of 100,000 citizens as a devoted family man with integrity and good work ethics.  He would give you the shirt off his back if he knew you were in need as well.  He has a big heart and is definitely not a threat to his community as the irresponsible magistrate judge in South Texas has painted him.

As a service connected disabled veteran of the U.S. Navy I believe this judge has done a disservice to our country by slandering Adam and locking him up with no chance of bail.  Regardless of what the media and politically biased pundits say, the majority of us see patriotic people like Adam who would lay their life down for their country as political prisoners right now.  We can only hope that clearer heads and apolitical courtrooms prevail from this point on so that the Jackson family isn't unnecessarily impacted any more than they already have been.

We see the true patriots being persecuted while the leftists who rioted, looted, burned police stations, burned federal court houses and murdered over 60 people over the course of 2020 in the name of politics walk free and were granted bail.  That is if the elected politicians of the cities they were violating even allowed them to be arrested or detained.  For example Seattle, where we saw these insurrectionists commandeer 7 city blocks and claim their own so-called government called CHAZ while the mayor and governor called it "the summer of love".  These leftist insurrectionists only take from this country and would never think of being on the front lines to save this republic in time of war.

This current government's pure hatred for Trump, the first true outsider to become president, has blurred their ability to act in our country's best interest and treat his supporters in a fair manner.

It is past time to free all of the political prisoners with misdemeanors at most.  We all know that the only person who was murdered that day was Ashley Babbit.  We also know that the protestors on January 6th had no obvious plan once they got into Congress.  Look at the protestors at the Kavanaugh hearings who trespassed into Congress and were trying to stop Kavanaugh from being selected as a Supreme Court Justice.  We all know those insurrectionists didn't spend more than a night in jail and were probably never charged with a crime.

Thank you,

Jeff Harker

Dear Judge,

My name is Michael Johnson and Adam Jackson and his family used to be my neighbor. I've never really told anyone this before, but I have always seen Adam as a father figure and someone to look up to, and I don't really say that to anyone else. Seeing how he is with his kids is something I wish I had with my dad when growing up, honestly there's times where I wish my dad and I had a bond like he does with his kids. I know a bond like that is gonna go on forever and nothing will ever change that no matter what. Adam is a family man who loves each and every one of his kids more than anything. Every weekend, I would see Adam's older kids over with their husbands and other family members. If he saw me outside, he would always, without hesitation, invite me over. He has always made me feel welcome and more importantly, safe. I knew I could always go to him if I needed advice or even just someone to talk to. He is a huge member of the Katy community and he never missed a Katy game. He supports every kid, team, and sport from Katy High School, and he does it with pride. In addition, Adam has his own business that he is the owner of. He helps hundreds of people across Texas, and he has a passion for helping others. Mr. Adam Jackson is not a danger to society and I am asking that you would please let him come home to be with his family where he belongs.

Thank you,
Michael Johnson

To whom it may concern:

Hello, my Name is Donna Orr and I am a first cousin to Adam Jackson. He is one of my favorite cousins and overall favorite people. I simply adore him because of the man he is and still is today. He is a wonderful husband, a father, and a son. He has always provided for his lovely family and put them first no matter what. Adams' family has always been the most important thing in his life. Not only is he a wonderful family man, but he also is a prominent business owner at a young age, which is very impressive to me. Adam has been very involved in all of the sports that all of his kids have been in. Adam is the dad who never misses a game of any sport that his kids are in. He is a great example of what a Husband, father and son should be. Adam deserves and NEEDS to be home with his kids and wife.

Thank you,

Donna Orr

To whom it may concern,

My name is Cindy Hayes. My family of 4 moved into a nice neighborhood by the name of Heritage Meadows. Once school began Adam Jackson's son, Adam Jr. and my son met on the school bus and very quickly became friends. Over their elementary years (5-year span) the boys played back and forth at each other's homes and spent countless hours having fun. As a result, I got to know the parents of Adam Jr. - Adam and Jamie Jackson. They were great neighbors, great parents, and a respected family in our neighborhood. I would hear them call frequently to check on Adam Jr. or to remind him it was time to head home for dinner. Many kids in our neighborhood played together and not every child's parents was checking in on them, so Adam Jr's father and mother were involved and stood out to me as excellent parents. For a while, we attended the same church and I would see them all coming in and sitting together as a family. One day, Adam helped my husband with an electrical installation of a microwave at our home. He did this out of the kindness of his heart and was more than willing to help us with this issue. Adam has always been a thoughtful, patient, and kind man to me and my family. I was grateful that they lived in our neighborhood, and they were always awesome neighbors to everyone in our neighborhood. I experienced them as honest, trustworthy, law-abiding individuals, who I always felt safe being around, as well as letting my kid go to their house. Adam Jackson is not a danger to society and anyone would tell you the same.

Thank you,

Cindy Hayes
Katy TX 77493

To whom it may concern:

This letter stands to express my personal opinions and perspective on an individual by the name of Adam Jackson. I met Mr. Jackson approximately 15 years ago. Like myself, it has been an interesting journey watching him grow and change throughout the years. I still remember when he had only one child. Nowadays it seems he has grown and matured enough to have his own tribe of beautiful children and a wife who I personally know as well. Regarding the recent events, it has been concerning and disheartening to see Mr. Jackson on the local news. The way he has been portrayed in my opinion is truly false. Although we make mistakes in life, those mistakes do not define who we are as individuals. In fact, those mistakes are the foundation of our growth. Every mistake made is an additional learning experience. I still remember the day I found out he was detained and immediately became disgusted with the approach that was taken. Taking a father from his loving wife and children is never a positive route. From the sports games to the group outings, he has always been a huge part of their lives. I remember speaking to a colleague about the situation and telling him "Wow, that guy's a better dad than me," "I can't believe this is happening to him." Those are words that have never before come out of my mouth but in this case, I truly believe it. I hope the court shows mercy on Mr. Jackson and does the right thing. I feel that keeping him from his family any additional amount of time will have a long-lasting negative effect. May God be with him and his family,

Sincerely,

Mark Gamez

To whom it may concern,

My name is David Jackson and I am writing this letter on behalf of my cousin, Adam Jackson. The man that you have taken from his family, isn't the man y'all are saying he is. He is a wonderful father and husband. All you need to do is look at all the pictures on social media. This will tell you the true man he is. This man stands behind his children and family, and he is one of the hardest working men I know. I think we have a lot bigger fish to fry than this family man. This man isn't a criminal! I wish you would go after real criminals the way you did his family. This is so wrong and is not what America is about. Not just in my eyes, but an overabundance of people all over. I hope you will find it right to free this fine man and let him get back to his family and life. So that he can support them the way hard working Americans do!

Thank you,

David Jackson

To whom it may concern,

I have known Adam Jackson for 18 years. I know he is not the bad person the media is trying to portray him to be. He has a wife, and they have 6 kids, and grandchildren. Adam runs his own business and employs several family members. His family is everything to him and he would do anything for his family. This has been devastating for their family, with the media, the FBI storming their home, and for financial reasons.  His family took mine in 14 years ago out of the kindness of their hearts. They are good people with caring hearts who would do anything they possibly could for anyone who needed it. My family and I lived with the Jackson family for a year and throughout that time I never once felt unsafe or like Adam was a threat. Adam is a family man, a businessman, and an amazing member of the Katy community. I ask that you please take a few minutes to truly get to know Adam Jackson for who he is as a man and make your decision based on that.

Sincerely,
Khrysten Oliveri

In regard to Adam Jackson Sr.,

I am Toby Hill, 57-year-old resident of the Houston and Katy area. I am a father of three, husband of one, veteran, and honorable volunteer in the community. I have known Mr. Jackson for 7 years. I do attest that he has always been an asset to our community. My experiences with him have always been professional and upstanding. He has devoted a significant amount of time to the neighborhood youths. Time devoted to sporting activities, school functions, camping trips, and more has proven his value to the community.

I trust him with my family and can depend on him whenever I need. If ever the need occurs that requires someone to help my family or me, he is the 1st person on call. That comes before my family members which should have merit upon his character. I respectfully ask that the above statements be taken into consideration and please allow Mr. Jackson to be with his family while addressing the situation presently before us.

Thank you,
Toby A. Hill

To Whom It May Concern,

Adam Jackson is a man of character. I've known him through community activities, and know him to be a sincere caring man for those less fortunate. He has donated hours of his time serving his community and others who need it. I also know his son, Adam Jr. and he and his wife have raised a fine young man that continuously shows uttermost respect and honor in his family name. Please respect justice and release Adam Jackson to come home and continue supporting his family and our community.

Sincerely,

James M. Holcomb

Dear Judge,

I am writing to you to inform you that Adam Jackson does not deserve the treatment he is receiving, nor does his family. I personally met him at his daughter, Haley Hance's (formally Jackson) wedding where he gave an amazing speech and showed his love for his family and friends proudly. He is nothing but kind, and he is one of the most hardworking people I have ever met. For someone like him to have such a large family, support system, and full on company that he built from the ground up despite the world working against him is inspiring. Adam still holds the utmost best composure, faith, and respect for everyone despite his situation right now. He is a light that makes positive impacts on anyone and everyone he meets, and I know this will eventually just be a speed bump in his life. Adam is an amazing dad, husband, and member of our community. He would do anything for his friends and family to ensure their happiness and safety. We hope (my husband and I) that he is not used as a political pawn or as a horrible example. We pray God will protect Adam and his family and that the truth will set him free

Best Regards,

Alissa and David Nixon