## Affidavit of Julie Stratton

State of Texas
County of Ft. Bend

**BEFORE ME**, the undersigned Notary Public, personally appeared Julie Stratton, who makes the following statement and affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts, and things set forth are true and correct to the best of her knowledge:

I, Julie Stratton, being of sound mind and body, swear and confirm as follows:

1. I currently reside at ▇▇▇▇▇▇▇▇▇▇, Katy, Texas, 77494.

2. I am over the age of 18.

3. I was a witness to the events on or about June 1, 1997 that led to Mr. Adam Jackson being charged with assault with a weapon. The events were twenty-five years ago and I do not remember every detail. I recount only what I do recall.

4. The incident was shortly after high school graduation. We did not have cell phones in those days so a group of us, including my female high school friends, would meet up with our cars at various gas stations or stores. We would then figure out what we wanted to do that night. On or about June 1, 1997, we had three cars and were parked outside a minimart. Adam Jackson was my boyfriend and he was riding in my car. I recall a few of my girlfriends being present, and they were in 2 other cars. We saw a car pull up on the street and then around four men jumped out and headed toward where we were parked. They were carrying what I recall were small bats and tire irons. I recognized several of them from high school but I had never interacted with any of them in the past. All of us who had been deciding what to do for the night jumped in our cars and drove away quickly. My girlfriends drove their cars in one direction, and I headed toward an apartment area a few blocks from my home. The car with the threatening group of men followed my car. I was scared to go to my home nearby because I did not want them to know where I lived. I turned into the apartment area parking lot because Mr. Jackson thought he could get us some help from a resident. He knew at least a couple of the men in the other car.

5. After I drove in the parking lot, Mr. Jackson jumped out of my car and ran to what I believe was a friend's apartment. He later told me that the resident told him to take the problem elsewhere but shoved either a rifle or shotgun at Mr. Jackson for defense. As I drove around the lot, the other car kept driving toward me and then veering to the side to pass. Mr. Jackson quickly returned and entered my car. I was going to drive away but as I drove, the other car drove directly at me, head-on as if to collide. I perceived that the driver was using

the car as a weapon, and it certainly looked like a collision was imminent. I recall Mr. Jackson firing a warning shot into the air from the passenger window. The other vehicle veered off to the side to not directly collide head-on and I drove out of the lot. The other car stopped its chase. Mr. Jackson did not shoot at the other vehicle that was headed directly at my car. No injury or damage resulted from Mr. Jackson's warning shot.

6. I do not know if the resident at the apartment that Mr. Jackson went to for help was the person who called the police. The police interviewed many of us in the days afterward and I thought they cleared Mr. Jackson of wrongdoing. But several months later they charged Adam Jackson with assault with the rifle even though nobody said he pointed it at anyone. At the time, I thought that we responded lawfully after being threatened with assault and imminent physical harm at two separate locations. We fled the threat, and the threat followed us. I understood the shot was in the air as a warning shot and that it succeeded.

7. I became aware that the police began investigating the incident as wrong-doing by Mr. Jackson a few months after we thought they considered his action as self-defense. I did not and do not understand why self-defense became criminal in this matter, or why the DA threatened Mr. Jackson with many years in jail if he did not plead guilty.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct.

_____ Date: 7/29/22

(Affiant's signature)

## Notary Public

STATE OF TEXAS
COUNTY OF FT. BEND

On this the 29 day of July, 2022, the foregoing instrument was sworn to (or affirmed) and subscribed before me by **Julie Stratton**, known or proven to me to be the person whose name is subscribed to the within instrument.

WITNESS my hand and official seal.

Stephanie DeAvila
(Print Name)

_____ [Affix seal]
(Signature)

STEPHANIE DEAVILA
Notary ID #133078060
My Commission Expires
April 30, 2025

NOTARY PUBLIC

My Commission Expires: April 30, 2025