UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:22-CR-00230 (RC) |
| | ) | |
| ADAM JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF EXECUTED COPY OF ATTACHMENT A OF PROTECTIVE ORDER

   Defendant, ADAM JACKSON, by and through undersigned counsel, respectfully submits this notice of the signed Attachment A to the Protective Order from ECF No. 19 in the above styled case.

Dated: September 15, 2022       Respectfully Submitted,

/s/ Carolyn Stewart
Carolyn Stewart, D.D.C. Bar No. FL0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
Email: Carolstewart_esq@protonmail.com

### CERTIFICATE OF SERVICE

I hereby certify on the 15th day of September, 2022, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Carolyn Stewart, Esq.
Defense Attorney