# 2022 Katy High Football Schedule (5/6/2022)

| DATE | VARSITY | Junior Varsity A | Junior Varsity B | FRESHMEN "Red" |
|---|---|---|---|---|
| Week 1<br>Aug. 26 (Fri.) | Clear Springs (A)<br>Challendger Stadium<br>7:00 | Clear Springs<br>Aug. 25    KHS<br>6:15 | Clear Springs<br>Aug. 25    KHS<br>4:30 | Clear Springs<br>Aug. 25    CSHS<br>6:15 |
| Week 2<br>Sept. 2 (Fri) | Atascosita (H)<br>Legacy<br>6:00 | Atascosita<br>Sept. 1    AHS<br>6:15 | Atascosita<br>Sept. 1    AHS<br>4:30 | Atascosita<br>Sept. 1    KHS<br>6:15 |
| Week 3<br>Sept. 10 (Sat) | Tompkins (A)<br>Legacy<br>6:00 | Tompkins<br>Sept. 8    KHS<br>6:15 | Tompkins<br>Sept. 8    KHS<br>4:30 | Tompkins<br>Sept. 8    ODTHS<br>6:30 |
| Week 4<br>Sept. 16 (Fri)<br>Sr. Parent Night | Morton Ranch (H)<br>Legacy<br>6:00 | Morton Ranch<br>Sept. 15    MRHS<br>6:15 | TBA<br><br>4:30 | Morton Ranch<br>Sept. 15    KHS<br>6:15 |
| Week 5<br>Sept. 22 (Thurs)<br>Homecoming | Mayde Creek (A)<br>Rhodes<br>7:00 | Mayde Creek<br>Sept. 21 (Wed)    KHS<br>6:15 | Mayde Creek<br>Sept. 21 (Wed)    KHS<br>4:30 | Mayde Creek<br>Sept. 21 (Wed)    MCHS<br>6:15 |
| Week 6<br>Sept. 29 (Thurs) | Jordan (H)<br>Rhodes<br>7:00 | Jordan<br>Sept. 28 (Wed)    JHS<br>6:15 | Jordan<br>Sept. 28 (Wed)    JHS<br>4:30 | Jordan<br>Sept. 28 (Wed)    KHS<br>6:15 |
| Week 7<br>Oct. 6 (Thurs)<br>JH Night | Paetow (A)<br>Legacy<br>6:00 | Paetow<br>Oct. 5 (Wed)    KHS<br>6:15 | Paetow<br>Oct. 5 (Wed)    KHS<br>4:30 | Paetow<br>Oct. 5 (Wed)    PHS<br>6:15 |
| Week 8<br>Oct. 13-15 | OPEN | OPEN | OPEN | OPEN |
| Week 9<br>Oct. 21 (Fri) | Cinco Ranch (H)<br>Rhodes<br>7:00 | Cinco Ranch<br>Oct. 20    CRHS<br>6:15 | Cinco Ranch<br>Oct. 20    CRHS<br>4:30 | Cinco Ranch<br>Oct. 20    KHS<br>6:15 |
| Week 10<br>Oct. 27 (Thurs) | Seven Lakes (A)<br>Rhodes<br>7:00 | Seven Lakes<br>Oct. 26 (Wed)    KHS<br>6:15 | Seven Lakes<br>Oct. 26 (Wed)    KHS<br>4:30 | Seven Lakes<br>Oct. 26 (Wed)    SLHS<br>6:15 |
| Week 11<br>Nov. 4 (Fri)<br>HOH/Vets | Taylor (H)<br>Legacy<br>6:00 | Taylor<br>Nov. 3    THS<br>6:15 | Taylor<br>Nov. 3    THS<br>4:30 | Taylor<br>Nov. 3    KHS<br>6:15 |