UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 1:22-CR-00230 (RC) |
| ) | |
| ADAM JACKSON, ) | |
| ) | |
| Defendant.  ) | |

## ORDER

Upon consideration of the Defendant's consent Motion to Modify Conditions of Release and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Pretrial Services upon request may authorize defendant's overnight travel with his son to colleges that offer his son scholarships or general admission that includes travel outside the Southern District of Texas for up to one week;

**ORDERED** that all other conditions of the Order Setting Conditions of Release as modified remain in full force and effect.

**SO ORDERED.**
this 18th of January, 2023.

RUDOLPH CONTRERAS
United States District Judge