# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Case No.   1:22-CR-230 (RC) |
| : | |
| BRIAN SCOTT JACKSON, | |
| ADAM LEJAY JACKSON,   : | |
| : | |
| Defendants.   : | |

## UNITED STATES' MOTION TO RESET STATUS CONFERENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court reset the Status Conference presently scheduled for March 10, 2023 at 3:00 to an alternative date/time either before or after March 10, 2023, such as the Court's schedule will permit.

1) The Undersigned Counsel for the United States is the sole A.U.S.A. presently assigned to this matter.

2) The Undersigned Counsel is required to appear in-person for a Final Pre-trial Conference in the case of *United States v. Shane Jenkins* (1:21-CR-245) at 3:00 P.M on March 10, 2023.

3) In as much as there is a direct conflict, the United States requests that the Status Conference currently set for March 10th at 3:00 be reset to alternative date/time.

4) The Undersigned Counsel has consulted with Defense Counsel, and they do not oppose the instant request.

1

5) Should the next available date amendable to the Court and Defense Counsel be a date later than March 10th, the United States would request that the Court exclude the time until such date pursuant to 18 U.S.C. § 3161 *et seq*., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:   */s/ David J. Perri*
      David J. Perri
      WV Bar Number: 9219
      Assistant United States Attorney Detailee
      United States Attorney's Office
      Northern District of West Virginia
      1125 Chapline St., Suite 3000
      Wheeling, WV 26003
      (304) 234-0100

## CERTIFICATE OF SERVICE

I, David J. Perri, Assistant United States Attorney for the District of Columbia, hereby certify that the foregoing UNITED STATES' MOTION TO RESET STATUS CONFERENCE has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to the following:

Carolyn Stewart, Esq.
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567

John Machado, Esq.
Law Office of John Machado
503  D. Street, NW
Washington, D.C. 20001

Dated: March 6, 2023

By:   */s/ David J. Perri*
David J. Perri
WV Bar Number: 9219
Assistant United States Attorney Detailee
United States Attorney's Office
Northern District of West Virginia
1125 Chapline St., Suite 3000
Wheeling, WV 26003
(304) 234-0100

3