UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:22-cr-0230 (RC) |
| ) | |
| ADAM JACKSON, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Carolyn Stewart, an attorney of record for Adam Jackson, the defendant in the above-captioned case, hereby respectfully moves this Honorable Court for an order allowing her to withdraw as an attorney of record, and submits the following in support:

This is a permissive request and does not involve any mandatory issues surrounding withdrawal of counsel. Mr. Adam Jackson concurs with this request and the undersigned fully discussed this request to withdraw with him. Mr. Jackson retains the McBride Law Firm, PLLC with Mr. McBride as lead attorney, who may engage additional support upon Mr. Jackson's request and as needed.

I remain supportive of Mr. Jackson as a person and defendant, and he knows he can call upon me for a second legal opinion or to review his legal options.

Mr. Adam Jackson will not be prejudiced by this request because the McBride Law Firm PLLC is engaged, and Mr. McBride remains lead attorney of record.

WHEREFORE, in consideration of the foregoing request, and for such other reasons that may appear just and proper, I request that this court issue an order permitting me as undersigned counsel to withdraw as an attorney of record and, by doing so, relieve me of any further obligation to this case.

Dated April 14, 2023                                  Respectfully submitted,

/s/ Carolyn A. Stewart
Carolyn A. Stewart, Bar No. FL-0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
Email: Carolstewart_esq@protonmail.com

**CERTIFICATE OF SERVICE**

I hereby certify on the 14th day of April, 2023, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Carolyn Stewart Esq.
Carolyn Stewart, Esq.