**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | Case No. 1:21-cr-00230-RC |
| **ADAM LEJAY JACKSON,** | |
| *Defendant*. | |

## DEFENDANT ADAM JACKSON'S MOTION TO MODIFY BOND CONDITIONS

DEFENDANT, ADAM JACKSON, by and through undersigned counsel, respectfully moves this court under 18 U.S.C. 3142(c)(3) of the Bail Reform Act to modify this Court's July 20, 2023, ORDER (ECF No. 50), which permitted Mr. Jackson to vacation with his family at Kalahari Resorts and drop son off at college in Kansas. Mr. Jackson recently returned home from Kalahari Resorts and is thankful for the vacation time granted to him by this Honorable Court. Regarding dropping his son off at college, this Honorable Court previously ORDERED that Mr. Jackson could fly from Houston to Kansas on August 4, 2023, and from Kansas to Houston on August 6, 2023, where he would then return home to Katy, Texas. This respectful request seeks to modify said ORDER (ECF No. 50) by extending Mr. Jackson's return by one day: from August 6th to August 7th. This request is necessary because Mr. Jackson initially understood that college move-in day was August 5th but has come to understand that move-in day is instead August 6th. Undersigned counsel apologizes for this confusion and respectfully asks this Honorable Court to grant this modest modification request.

Dated: New York, NY
July 19, 2023

                                          Respectfully submitted,

                                        /s/ Joseph D. McBride, Esq.
                                        Bar ID:  NY0403
                                        THE MCBRIDE LAW FIRM, PLLC
                                        99 Park Avenue, 6th Floor
                                        New York, NY 10016
                                        p: (917) 757-9537
                                        e: jmcbride@mcbridelawnyc.com
                                        *Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically served on opposing counsel on

July 19, 2023

/s/ Joseph D. McBride, Esq.