IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ADAM LEJAY JACKSON,<br><br>    *Defendant*. | Case No. 1:22-cr-00230-RC |

### DEFENDANT ADAM JACKSON'S MOTION TO MODIFY BOND CONDITIONS

DEFENDANT, ADAM JACKSON, by and through undersigned counsel, respectfully moves this court under 18 U.S.C. 3142(c)(3) of the Bail Reform Act to modify the conditions of release to allow Mr. Jackson to attend a family reunion over the Labor Day weekend at a family member's home located at 1032 Dunlavy Rd, Cat Spring, TX 78933. If permitted, Mr. Jackson would head to Cat Spring, TX, on Friday, September 1$^{st,}$ and return on Monday, September 4th. Undersigned Counsel spoke to AUSA David Perri on August 30, 2022, regarding this request. Mr. Perri has no objection. Undersigned respectfully asks this Honorable Court to grant this modification request in its entirety.

Dated: New York, NY
August 31, 2023

Respectfully submitted,

/s/ *Joseph D. McBride, Esq.*
Bar ID:  NY0403
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue, 6th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com
*Counsel for the Defendan*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically served on opposing counsel on

August 31, 2023

/s/ Joseph D. McBride, Esq.