IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : CRIMINAL NO. 22-CR-230 (RC) |
| **ADAM JACKSON,** | : |
| | : 18 U.S.C. § 111(a)(1) |
| **Defendant.** | : (Assaulting, Resisting, or Impeding |
| | : Certain Officers) |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, **ADAM JACKSON**, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting

in the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.8 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *ADAM JACKSON's Participation in the January 6, 2021, Capitol Riot*

8. ADAM JACKSON (the defendant) lives in Katy, Texas. On January 5, 2021, defendant traveled from Texas to Washington, D.C., via plane with his co-defendant/brother and a friend. The purpose of the defendant's trip to Washington, D.C., was to protest Congress' certification of the Electoral College.

9. On January 6, all three individuals attended the "Stop the Steal" rally and then marched with other protestors to the Capitol. While on the West Plaza of the U.S. Capitol, the defendant interacted with other rioters. The defendant made the following statements to several rioters heavily outfitted in tactical military gear who were walking by:

- Are we going in?
- We got your back; let's go.
- Hey, you know what - if one goes, we all go.
- We're waitin' on y'all.
- What are we doing standing here? Let's go!

10.     At approximately 4:15 PM, in the midst of a crowd of rioters densely assembled on the Lower West Terrace, the defendant and a friend climbed to the top of a ladder. From that vantage point, the defendant watched the violence taking place at the mouth of the Lower West Terrace Tunnel. He used his cell phone to make a video of what was happening there, often zooming in to focus on the aggressive conduct of the rioters. In the video, the defendant can be heard exclaiming:

- Let's go. We gotta go, dude.
- We should be pushin' with 'em, Pushin' that way.
- This is our house!
- Push!
- We take the house. Right now, we take it.
- Look at 'em pushin'!
- Fuck you; we won't do what you tell us!
- Let us in!
- Look at 'em fight!
- Yes! Fight!
- Let us in!
- Fuck you; we're not going home!

11.     At about 4:57 PM, the defendant was in the midst of a crowd of rioters that had gathered on the Lower West Terrace. At that location, law enforcement officers assembled at the mouth of the Lower West Terrace Tunnel were fending off rioters who were attacking and attempting enter the Capitol Building by way of that entrance. The defendant assaulted law enforcement officers first by hurling a large, red/orange cone-like object at them, and then, by charging at and ramming them with a police riot shield.

12.     On January 10, 2021, defendant had the following exchange with another person on Facebook ("Individual-1"):

| | |
|---|---|
| **Individual-1:** | Dude looks like your bro's FB deleted! |
| **Defendant:** | Try Brian Jackson |
| **Individual-1:** | Ah got him. Been showing one of my guys yalls videos. |
| **Individual-1:** | Looks like you guys were all up in it! 😁😁 |
| **Defendant:** | We were. I'm fucking pissed at what is happening and the things that are being covered up. |
| **Individual-1:** | Yeah bro. Usa is going to hell in a handbag right in front of us! Not even covered up well |
| **Defendant:** | Yup! Sad part is that most people don't wanna see it. |
| **Individual-1:** | Yeah. Its not good. Are you going back for inauguration? |
| **Defendant:** | I'm gonna do my best to get there. Working on it. |
| **Individual-1:** | Did you bring the shield home? |
| **Defendant:** | No, we left them. Cost to much to ship home lol |

### *Elements of the Offense*

13.     The parties agree that Assaulting, Resisting, or Impeding Certain Officers, a violation of Title 18 U.S.C. §111(a)(1) requires the following elements:

First, the defendant assaulted, resisted, opposed, impeded, intimidated, or interfered with an officer of the United States Capitol Police;

Second, the defendant did such acts forcibly;

Third, the defendant did such acts voluntarily and intentionally;

Fourth, the person assaulted, resisted, opposed, impeded, intimidated, or interfered with was an officer of the United States who was then engaged in the performance of his official duties or was assisting officers of the United States who were then engaged in the performance of their official duties; and

Fifth, the defendant made physical contact with a person who was an officer of the United States who was then engaged in the performance of his official duties or was assisting officers of the United States who were then engaged in the performance of their official duties, or who acted with the intent to commit another felony.

### *Defendant's Acknowledgments*

14. ADAM JACKSON knowingly and voluntarily admits to all the elements of 18 U.S.C. § 111(a)(1) as set forth above. Specifically, the defendant admits that, using a police riot shield, he charged and rammed into a law enforcement officer, a person who was an officer and employee of the United States Capitol Police or a person assisting the United States Capitol Police, that is, an officer from the Metropolitan Police Department. The defendant further admits that he knew at that time of the assault, resistance, opposition to, impeding of, intimidation of, or interference with the officer, that the officer was engaged in the performance of the officer's official duties; or that he assaulted, resisted, opposed, impeded, intimidated, or interfered with the officer on account of their performance of the officer's official duties.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ David J. Perri
      David J. Perri
      Assistant United States Attorney
      WV Bar No. 9219

## DEFENDANT'S ACKNOWLEDGMENT

I, **ADAM JACKSON,** have read this Statement of the Offense and have discussed it with my attorney, Joseph McBride. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 9-29-23

ADAM JACKSON
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 9-29-23

Joseph McBride
Attorney for Defendant