CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: 22-230 (RC)
)
Adam Jackson )
)
)

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

*Adam Jackson*
Adam Lejay Jackson
Defendant

Joseph D. McBride
Counsel for Defendant

I consent: _____
Assistant United States attorney

Approved: _____

Rudolph Contreras
United States District Judge

Date: September 29, 2023