# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

v.

**ADAM LEJAY JACKSON,**

*Defendant*.

Case No. 1:22-cr-00230-RC

## DEFENDANT ADAM JACKSON'S MOTION TO MODIFY BOND CONDITIONS

DEFENDANT, ADAM JACKSON, by and through undersigned counsel, respectfully moves this court under 18 U.S.C. 3142(c)(3) of the Bail Reform Act to modify the conditions of release to allow Mr. Jackson to travel this coming Christmas Eve, December 24, 2023.

Specifically, Mr. Jackson requests permission to attend "Santa's Wonderland" at 18898 Hwy 6, College Station, TX, on Sunday, December 24, 2023, from 3:00 pm to 11:00 pm CST. Mr. Jackson's commute to this event by car is approximately one-and-a-half to two hours. Mr. Jackson requests formal permission to adjust curfew hours to 1:00 am CST on December 25, 2023, to accommodate the drive back to his residence after the completion of the event.

Undersigned Counsel spoke to AUSA David Perri regarding these requests on Thursday, December 14, 2023. Mr. Perri has no objection. As such, Undersigned respectfully asks this Honorable Court to grant this modification request in its entirety.

1

Dated: Brooklyn, NY
       December 20, 2023

Respectfully submitted,

/s/ Joseph D. McBride, Esq.
Bar ID: NY0403
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue, 8th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com
*Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically served on opposing counsel on

December 20, 2023

/s/ Joseph D. McBride, Esq.