IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

v.

**ADAM LEJAY JACKSON,**

*Defendant*.

Case No. 1:22-cr-00230-RC

### DEFENDANT ADAM JACKSON'S MOTION TO MODIFY SENTENCING SCHEDULING ORDER

DEFENDANT ADAM JACKSON, by and through undersigned counsel, respectfully moves this court to modify its SENTENCING SCHEDULING ORDER (ECF NO. 63). The current ORDER sets out the following outstanding conditions:

1. Defense's PSR objections are due Friday, January 19, 2024.
2. Final PSR due by probation by Friday, January 26, 2024.
3. Defense's Sentencing Memorandum due by Friday, February 2, 2024.
4. The government's Response is due by Wednesday, February 7, 2024.
5. The sentencing hearing is on Friday, February 9, 2024, at 10:00 AM.

Undersigned Counsel spoke to AUSA David Perri regarding the forthcoming schedule change on Wednesday, January 19, 2024. Mr. Perri has agreed to the following Sentencing Schedule Change:

1. The Defense's PSR objections are due on Friday, February 1, 2024.
2. The final PSR is due by probation on Friday, February 9, 2024.
3. The Defense's Sentencing Memorandum is due by Friday, March 8, 2024.

4. The government's Response is due by Wednesday, March 13, 2024.

5. The sentencing hearing is on Thursday, March 21, 2024, at 2:30 PM.

As such, Undersigned respectfully asks this Honorable Court to grant this motion in its entirety.

Dated: Brooklyn, NY
January 19, 2024

Respectfully submitted,

/s/ Joseph D. McBride, Esq.
Bar ID: NY0403
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue,
8th Floor New
York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com
*Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically served on opposing counsel on

January 19, 2024

/s/ Joseph D. McBride, Esq.