IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**ADAM LEJAY JACKSON,**<br><br>*Defendant*. | Case No. 1:22-cr-00230-RC |

## DEFENDANT ADAM JACKSON'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS A & B TO HIS MEMORANDUM IN AID OF SENTENCING

Comes now Defendant, Adam Lejay Jackson, by counsel, and respectfully moves this Court for the entry of an Order granting Defendant the right to file under seal Exhibits A & B to DEFENDANT'S MEMORANDUM IN AID OF SENTENCING AND ASSESSMENT OF 18 U.S.C. § 3553(a) SENTENCING FACTORS AND MOTION FOR VARIANCE, in accordance with the procedures outlined in Local Rule 5.4

Dated: New York, NY
March 8, 2024

Respectfully submitted,

/s/ Joseph D. McBride, Esq.
Bar ID:  NY0403
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue, 8th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com

1