# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**ADAM LEJAY JACKSON,**<br><br>*Defendant*. | Case No. 1:22-cr-00230-RC |

### ADAM JACKSON'S EXHIBITS TO SENTENCING MEMORANDUM

DEFENDANT ADAM JACKSON, by and through undersigned counsel, in accordance with this Honorable Court's March 15, 2024, minute order, respectfully submits Exhibits A and B to his SENTENCING MEMO, ECF No. 80—for his sentencing, which this Honorable Court will decide on March 21, 2024.

Dated: Brooklyn, NY
       March 18, 2024

Respectfully submitted,

**/s/ Joseph D. McBride, Esq.**
Bar ID:  NY0403
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue,
8th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com
*Counsel for the Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically served on opposing counsel on
March 18, 2024

[/s/ Joseph D. McBride, Esq.](#)