# EXHIBIT A

## ADAM JACKSON'S

## LETTERS IN SUPPORT OF SENTENCING

## ADAM JACKSON SENTENCING LETTERS EXCERPTS

1. **James Jackson (aka Jim):**
   - Relationship – Father
   - Jim and his wife, Nedra, depend on Adam greatly in day to day lives as they are both disabled. Jim has severe issues with his back, and Susie has Parkinson's disease. They rely on Adam to help them not only physically but financially. Adam runs their small electrical business. Without Adam, they would have no income.

   "I am 73 years old, and my body is broken. My back has given out due to years in the military and years working as a laborer. On top of my struggles, my wife suffers from Parkinson's. We can hardly get around and depend on Adam greatly in our day to day lives. Not only in a physical way, but in a financial one as well, he is the one that keeps my wife and I's small business afloat. I fear what will become of us if Adam is no longer around to give us the assistance that we need to survive."

2. **Nedra Jackson (aka Susie):**
   - Relationship – Mother
   - Adam operates his disabled parents' business. They rely on Adam on a month-to-month basis for income. Both parents are in their 70s, and they will suffer greatly if Adam goes away.

   "With his father being almost crippled with a bad back and myself suffering from Parkinson's disease, he is our biggest support system. He helps our little company by making sure we have enough work and employees to maintain our livelihood month to month, even if that means letting us borrow his employees or getting out there and doing it himself."

   "Without Adam, our world would crumble, and that is a very scary thing to anyone, let alone 2 people in their 70's who rely on him so heavily."

3. **Adam Jackson Jr. (aka AJ):**
   - Relationship – Oldest son
   - Adam Jr views his dad as a pillar of his family and community. Adam Jr gave up his college scholarship and football career to come home and take care of his mother and the business in Adam's absence.

   "He is the center of our family; it is held by him. He is the solid tree, and our family members are the branches. We all hold on to him tight as he has never betrayed us or hurt us. This goes with his community too; My dad started a generator business to help after he noticed many power losses due to hurricanes in our Houston area. He quit his main job to pick up on his little-to-nothing business that he started from scratch. All this to help his community, not realizing how big it would become and not even thinking twice about if it would blow up or not."

   "It hurts to say it, but I gave up my scholarship and dream of playing college football to step up and be the man of the house for my mom. My little siblings need their dad and if you take him away, I will be forced to be the father figure they need while still being a child

ADAM JACKSON SENTENCING LETTERS EXCERPTS

myself, because that is the way my dad raised me, and I am not ashamed of it. No matter how much I loved football, being a Jackson means family is the main priority."

**4. Hana Collier-Read:**
- Relationship: Step-Daughter
- Hana and her mother, sister, and brother are employed at the family business. She fears that if Adam goes to prison, the business will fail, and they will all lose their source of income.

"Since being home Adam and my mom have started a new company to replace our one that shut down while he was gone. Our family-owned business is just that. It employs 3 of his 6 kids and is the main source of income for 5 of his 6 kids. I mentioned that our other one shut down. We tried to keep it alive but unfortunately, with Adam being gone we could only do so much. Our company is as successful as it is because of who Adam is. He is the face of Patriot Services."

"Without him here to continue to run our company, I can promise that we won't survive."

**5. Alyssa Collier:**
- Relationship – The oldest daughter
- Alyssa is employed at Patriot Services. She fears for her livelihood if Adam goes to prison

"When Adam got home [from jail] he took a couple days to spend with everyone and then was back to the grind with trying to get his company running again. Unfortunately, it had gotten to far with his absence and the co-owner fall out and he lost his company. Luckily we were blessed enough to start Patriot Services and hit the ground running to build a name for ourselves. Adam has built this company up and kept it running and if he goes away again I honestly don't know that we will survive just like last time."

**6. Broderick Johnson:**
- Relationship – Friend of Adam Jr.
- Broderick was friends with Adam Jr. in high school. During AJ's senior year, Adam took in Broderick after Broderick was kicked out of his house.

"I remember when my mom, dad, and I were all going through stuff, and my parents kicked me out of the house. Mr. Jackson was the first person to call me up, have a conversation with me, and take me in. He understood that if I needed anything, if I needed a place to stay, he would always be there for me. I can completely understand that he made one wrong decision, but I can honestly say, as a young African American man, that he is a good human being. There's nothing bad about him; he would honestly give the shirt off his own back to ensure someone is clothed."

ADAM JACKSON SENTENCING LETTERS EXCERPTS

7. **Jacob Holcomb:**
   - Relationship – Friend of Adam Jr
   - Jacob was friends with AJ most of his life and Adam was like a father to him. Adam hired Jacob to work at the family company and to train him in the electrical field. Many lives will be negatively affected if he goes away.

   "He has also helped me progress in my lifetime. Adam Jackson Sr is a small business owner of an Electrical company and offered me a job so I could start my career in the electrical field. Without him, I wouldn't be where I am today. I am beyond blessed that he is able to not only allow me a safe place to work, but to also show me the ropes and teach me new skills every day."

8. **Jessica Thomas:**
   - Relationship – Friends
   - Adam has shown true remorse for J6 in words and actions. Adam is a selfless and kind person who is a pillar of family and community. Adam is not a threat to his community; he has shown contrition, and he is not a criminal.

   "Adam has shown true remorse for J6 in words and actions. Adam is a selfless and kind human being that is [a] pillar in family and community. Adam is not a threat to his community, he has shown contrition, and he is not a criminal."

9. **Stephanie Holchak:**
   - Relationship – Jamie's coworker
   - Adam and Stephanie do not know each other well, she is a coworker of Jamie's. Stephanie's grandfather was home on hospice care during a terrible heatwave in Texas. The oxygen machine and portable a/c keeping her grandfather comfortable blew the outlets and they lost power. Without hesitation, Adam went over and fixed the issue for them free of charge and rushed home in time for curfew.

   "I suddenly remembered Adam owned an electrical company, so I had my husband call him. My hope was maybe we could explain to Adam what happened, and he could give us a better idea of what was going on. Adam immediately said, "I'm on my way"."

   "About two minutes after he left, his wife Jamie texted me telling me Adam wanted us to know how sorry he was that he had to abruptly leave, he did not want us to think he was being rude, but he had to be home in time for curfew. I told her no apologies were necessary, especially since he dropped everything to come help my family, I was nothing but grateful."

10. **Toby Hill:**
    - Relationship – Friend/Neighbor
    - Adam is remorseful for his actions and accepts accountability. The community would suffer losing Adam because so many young men (late teens) look up to him as a mentor.

    "I can see in him a changed nature of regret. As he speaks of the situation, I can hear his acceptance of being held accountable. "

### ADAM JACKSON SENTENCING LETTERS EXCERPTS

"I understand that justice must be administered fairly for his actions. I ask of you please consider his value to our community. I can attest that he is a mentor to not just my son, but to many other young men departing high school to entering the workforce or college. To remove him from such would not be advantageous for our community."

**11. Jeff Harker:**
- Relationship – Friend of over 20 years
- Adam is an asset to the community and runs a critical small business.

"Adam and Jamie, his wife, are an inseparable team that don't only run a tight nit family but also run a critical small business in this part of Texas.  His business provides power to families and the elderly in times of natural disasters.  Which we have more often here than most places in the U.S.

Adam is an asset to the community and everyone in our community can attest to that.  He is very involved with community activities as his kids are very involved in sports and he runs a critical small business as mentioned above."

**12. Brett Arbaugh:**
- Relationship – Professional acquaintance/friend

"Adam has always gone above and beyond in our business dealings and over the years we have become good friends.  Adam is a man of God and family!"

**13. Pedro Gaytan:**
- Relationship – Professional friend/mentee since 2008
- Adam has always shown support for law enforcement and attending patriotic events

"Then next time I saw Adam was in 2019 where we met at a rally in our neighborhood supporting police officers and backing the badge. The turn out at this event was incredible and I know we were all proud of the amount of people and families from our community that came out to support our men and women in the police force. Especially in a time where morale for officers was low."

**14. Parker Gunter:**
- Relationship – Daughter's Ex-boyfriend
- Adam was crucial in shaping the man Parker is today. He is an Army paratrooper with >4 years service and credits his leadership style to being mentored by Adam throughout high school

"I had learned a lot of how to be a family man, a lot about life from him, and was greatly appreciative to have met him and his family. Mr. Jackson's drive and commitment to being such a good father is admirable to say the least. I learned a great deal watching him with his kids and his wife and have carried the things he had taught me till this day."

**ADAM JACKSON SENTENCING LETTERS EXCERPTS**

"I am currently a specialist in the United States Army with over 4 years of service. I have been stationed overseas as a paratrooper and I am now currently on the Border mission for the Texas National Guard. I have taken a lot of what I had observed and being a part of the Jackson family and implemented that into my leadership style. He is a leader, a role-model, and a key aspect in several peoples lives."

**15. Kathi Hennesey:**
- Relationship – Mother-in-law
- Speaks about how Adam's absence has already traumatized the younger children and how he is needed for the family's survival.

"I am worried about what would happen to our family, especially Jace (3), Jojo (5), and Jamie (his wife), if he is taken away again. This has already changed the dynamics of this family; the children are always in constant fear when they can't find their dad or if he's gone for too long."

"The world is a scary place right now, and the truth is that most two income families are barely able to survive. What is going to happen to our family if he goes away. Not only will 3 households they losing their main source of income, but the kids will be losing their dad, Jamie will be losing her husband and ultimately, we will be losing the man of our house. Our protector. Please don't take away these kid's father."

5

Dear Judge Contreras,

  I hope your week is going well. Our interactions with Mr. Jackson have been nothing but professional. He went above and beyond to make sure the work at our house was done right. Respectful and kind. I got to know him through the process, and we became friends.   Over many lunches we would talk about family and God. Two things that I know are at the top of his list.  In my opinion he's the type of model as a father and the type of person we need in our communities. Thank you for your time and have a great rest of the week.
Take care,

Aaron Hill
aaronlizhill@me.com
March 4th, 2024

Dear Honorable Judge,

Hello, I'm Adam Jackson Jr, the son of Adam Jackson Sr. To start off I would like to say my dad has been judged across the country in the wrong way. The news and other sources are putting out false information about the man that I would know the most. My dad, Adam Jackson, isn't a bad person, in fact he is the one and only father I could have ever asked for. He has never missed a game, scrimmage, or any sporting events and as for family events, he would cancel anything and everything to make it. He has completed my life in the most blessed way. From getting me through my life, junior high football, high school football and even college football. He has been there for every milestone, big or small. From hundreds of miles away he called me every day saying he watched me practice and on game day when I would walk in during halftime my phone would be blowing up with texts from my dad walking me through every single play. Even from hundreds of miles away he didn't miss a second.

He is the center of our family; it is held by him. He is the solid tree, and our family members are the branches. We all hold on to him tight as he has never betrayed us or hurt us. This goes with his community too; My dad started a generator business to help after he noticed many power losses due to hurricanes in our Houston area. He quit his main job to pick up on his little-to-nothing business that he started from scratch. All this to help his community, not realizing how big it would become and not even thinking twice about if it would blow up or not. All my dad cared about was helping others and my dad, Adam Jackson was proud to get the opportunity to go out and communicate with others as he installed generators.

Seeing my dad cuffed up for using his rights to speak freely about his views hurts me as his son, not because I see him different in cuffs but because I know he doesn't deserve this, and this isn't the man he is. Growing up my dad has always instilled in us kids to respect your elders and respect your law enforcement as he has always backed the blue. Anyone that knows my dad can tell you the man you see on tv isn't the man you're seeing in court. You don't have to take my word for it. Our family has been sent an overabundance of letters of support from friends, neighbors and people of all walks of life in our community showing their support for our dad and showing the true man my dad is. It hurts to say it, but I gave up my scholarship and dream of playing college football to step up and be the man of the house for my mom. My little siblings need their dad and if you take him away, I will be forced to be the father figure they need while still being a child myself, because that is the way my dad raised me, and I am not ashamed of it. No matter how much I loved football, being a Jackson means family is the main priority. I, Adam Jackson Jr, love my dad, Adam Jackson Sr, so much. I need him, my siblings need him, my mom needs him, our company needs him, and his community needs him. Please take this letter into consideration when determining our family's fate.

Sincerely Adam Jackson Jr
832-603-0873
February 29, 2024

Dear Honorable Judge Contreras,

My name is Adam Jackson; I am a son, husband of 21 years, father to 6 children, and grandfather to three grandchildren. I am a small business owner that employs three of our children. Our business is the majority income for my household and half for my two daughters' families. I also manage my parent's small business.  My elderly parents have owned their small business for 25+ years. Their business was hit hard during the Covid shutdowns. My father struggled to recover his business, which nearly went bankrupt. His body will not allow him to get out and do what is necessary to keep the business afloat. My mother has Parkinson's disease and can no longer manage the books, so I also help with that. I am vital to my family in many ways.

I'm not sure what will happen if I am sent to prison, But I know neither company will survive. This will also have a devastating effect on the other employees. My 19-year-old son is now employed with us and has enrolled in trade school. After one semester and an outstanding college football season, He has given up his dream of playing collegiate football to come home and help his mother with our small children if I am not around. This is devastating to his mother and me. He has worked so hard, and he is genuinely talented.

I recognize that my actions on January 6, 2021, have hurt many people. I participated in the assault of police officers, the very people that I have taught my children to respect more than anyone. The people who put their lives on the line to protect our loved ones. I am extremely remorseful for the pain and suffering I inflicted on the officers and their families. I have also hurt the people that I love the most. I let down my family, my friends, and my community. I can't undo the hurt that I've caused, but I will spend the rest of my life rebuilding the trust of my family and community.

My actions on that day do not reflect who I truly am. I did not go to DC for a riot, I went there to support the president of the United States of America. I let my emotions and alcohol cloud my judgment. I made horrible decisions that day. I am man enough to take responsibility for it, I have taught my children that our actions always have consequences. I will stand before your honorable court on March 21 to accept my punishment. I pray that you will consider that I am truly remorseful and that this incident was isolated and not reflective of who I am.

Thank you for your time,

Adam Lejay Jackson Sr.

To whom it may concern,

My name is Alyssa, and I would like to introduce you to our family. Adam Jackson is my Bonus Dad because in this family we don't use the word step. My mom brought Adam into my life 23 years ago and he's been stuck with us ever since. He brought with him our sister Haley who is the 3rd oldest of my 6 siblings. I am the oldest of our blended family. I am 27 years old and was able to bless Adam with his first two granddaughters Addilynn (2) and Percy (11 months). Then in order from oldest to youngest we have Hana (25), Haley (24), AJ (19), Joanna (JoJo)(5) and Jace (3). And of course, our mother and Adam's wife Jamie who is the last piece of this puzzle that completes our family.

Adam has been such a huge part of all our lives. Without him none of us would be the people we are today. He taught us to be tough, strong, caring, noble, educated, loving, respectful, brave and to always stand up for what we believe in. Family is the most important thing to all of us. Even though my little family lives almost an hour from them we still try to make it out for dinners or just to hang out. With us having such a big family we are constantly getting together for holidays, birthdays, events, etc. He's always the life of the party playing with the kids, cooking the food, just hanging out and being with friends and family.

Adam also owns his own company named Patriot Services Electric. It is an electrical company that he started in late 2022 after his first company had a fall out with the co-owner. He still follows the same principles as his first company and his household. He set out on his own to help the community during their times of need. He tries his best to be present at every single job and is the face of the company. When we get new customers, he is the first person they meet and the first impression they get of who Patriot Services is as a company. A lot of the customers we get stay loyal to us because of that lasting relationship Adam forms with them on the initial visit and then through the whole journey of the job. Not only does Adam own his own company but it is a family business. Jamie is on as owner as well and helps out in the office where she can. Hana and I run the office and anything and everything besides the actual electrical work. AJ is one of the technicians in the field, and the other technicians are close family friends.

With all that being said and you getting a sneak peak into our lives I hope you can see how Adam is the glue that holds everything together. We need him here with us or we will fall apart. When he was gone just those couple months in 2022 those were the hardest months of our lives. Our mom was having to take care of 2 babies by herself while trying to work a full time job and help out with the family business as she could. Luckily us kids were able to step in and help where we could but none of us can replace the father they were missing. Seeing the babies confused and wondering where their dad was was the most heartbreaking experience. AJ was starting his senior year in high school and his Varsity football year. Adam has always been AJ's biggest supporter and the loudest cheerleader at all the games. That was something else that was so hard for all of us was having that empty spot and missing piece at the games. Him being gone from the house was beyond stressful for everyone even those of us not living in the same house. We all had to come together to help out with the babies even me having my own under 1 year old and another on the way. Our mom was lost without her other half and it affected us all. Us older kids had to leave our own homes and families that we built to be there for the little things that Adam was there to help with on the daily. Hana left her husband and home almost an hour away to move in with our mom to be there for support and help with the babies on a daily basis sometimes going a week

at a time without seeing her husband or going home. I would come down every couple days to help out as I could, Haley would take the kids on day trips to give our mom a break when she could, and AJ being 17 years old had to step into the man of the house. Our grandma had to also move into the house with my mom and the kids to help with the house while my mom was at work since at the time she was the sole provider of the house and family.

When Adam got home he took a couple days to spend with everyone and then was back to the grind with trying to get his company running again. Unfortunately, it had gotten to far with his absence and the co-owner fall out and he lost his company. Luckily we were blessed enough to start Patriot Services and hit the ground running to build a name for ourselves. Adam has built this company up and kept it running and if he goes away again I honestly don't know that we will survive just like last time. This company provides for 5 of his 6 children. The company aside the emotional, physical and mental stress of him being gone was draining and devastating. It made it hard to live life and go on with our day to day routines. Everything was out of whack and felt like a bad dream. Last fall AJ started his freshman year of college at Benedictine College in Kansas. He only made it one semester before returning home because of the dread of his dad being taken away again. He was so stressed and anxious about becoming the man of the house and helping provide for the family that it affected his school and sports and just his life in general. Like I said earlier in this letter I have 2 babies that depend on me and their father to provide for them. We cannot survive on his salary alone so I have to work. Adam taking a chance on me to work for our family company has been the biggest blessing other than my children themselves. I have the ability to work from home or take the kids to the office with me. Allowing me to raise my children instead of leaving them at a daycare or with a babysitter.

All in all we are trying our best to prepare ourselves for what's to come but if we are all praying that he will get to stay home with us or worst case be gone for a shorter period of time. We will all be worse off without him and lost until he comes home to us. LOVE is so so important in family and we all love Adam so dearly. Please please if there is anything that can be done just please let Adam stay with us.


Thank you for taking the time to learn about our family.


Alyssa Collier

346-818-9167

February 21, 2024

To Whom this may concern,

I am writing on behalf of my friend Adam Jackson & his family. I have known Adam since middle school, his family lived down the street from mine when we were growing up.  Even as kids, there is nothing he wouldn't do for his family & friends.  We remained close throughout the years, and I got to be a part of watching his & Julie's first daughter Haley grow throughout those years as well.  I then, had the honor of being the Matron of Honor to his wife now, Jamie Hennessy Jackson. Adam & Jamie were the best friends any woman could ask for. My husband at the time was overseas, serving our country & they were here, being of service to me, as mine was away being of service to all. Whether it be day or night, if I didn't want to be by myself, there they were. Always a phone call away.

I've got to watch their children grow up, and for them to add on additions to that perfect football team of theirs. Their children are growing up to be great role models, and I pray that this case against their father doesn't impede their goals in life.

Adam Jackson is one of the hardest working men I know. He is a loving husband, an amazing father, son, brother, and friend. He deserves a second chance to show the world he is not the person people see on the news. He is all those things I mentioned and more.

I am writing this letter to you today to just say, please, have some grace & find it in your heart to let this good-hearted human being that made a mistake come home to his family, right where he belongs for good. He was entrusted to come home while awaiting his trial and didn't once cause disbelief in my heart that he shouldn't be here. I hope and pray y'all can come to the same conclusion as well. I thank you for taking the time to read what's been so heavy on my mind, and I will be praying for the best possible outcome.  If you have any questions, feel free to contact me at any time you see fit.


Sincerely,


Ashley Wilcox

832-248-6684

ashmarie3000@gmail.com

Dear Judge,

My name is Bailey Skinner, and I am Alyssa's (Adam's oldest daughters) best friend of 20 years. Adam is an amazing father and friend to all those around him. I remember growing up with Alyssa, Adam would come to school events and play with us outside. He was very involved with softball when we were playing as well, helping teach us to catch and throw better! He cares so much for all his kids and is a fantastic father figure to all of them. He's supportive in all their choices in life and does the best he can to provide for them when needed. I can only imagine what working with family is like as well, they all do so good together. I have only ever known Adam to be nice and a fantastic man, and he taught his kids to do the same, being selfless and always having a door open for those who need it.

Bailey Skinner

March 2, 2024

bbaileyskinner@gmail.com

Good day Judge Rudolph Contreras,

I'm writing you today on behalf of Adam Jackson, in hopes that this letter can help with determining the type of person Adam is to his family, friends and community. I have known Adam for 20+ years and he has always had a caring and loving soul. He is always putting others needs in front and ahead of his own. These characteristics have only improved/intensified over the years. Yes he has made mistakes here and there but in my opinion none of his mistakes have been bad enough to cause severe jail time. I definitely don't think he is a criminal and I don't think his fate should be decided based on this one event. He wasn't there to cause harm to anyone. He was there to support what he believes in. The videos and info shared about his past and his life does not truly reflect the person he is today. He has made some mistakes but all the good he has done definitely out weighs them by far. He is not a violent person. He is such a great person, man, father and friend. He is the kind of person we all want in our life and should have. I have seen him grow into such an amazing husband, father, friend and great contributor to his community.

Thanks,
Brandon Hennesey

Dear, Honorable Judge Contreras:

My name is Brenton Read. I'm writing this letter on behalf of Adam Lejay Jackson SR. If you were to ask me what kind of man Adam is, I would tell you he's a loving, caring, and honest person. I've known this man for about 7-8 years and within these years he has shown me how to be there for your family, love his wife, be there for all 6 of his kids and keep a very successful business up and running. Adam's six children love him and look up to him, as do I. Adam started a standby generator business to help other families in need. He owns a family-owned business and has 3-4 family members helping him run it. His business helps keep other families lights on. Like I stated before, he's running a very successful business that helps others in need. Going back to his six children that need him at home and at their side. He has a variety of kids that range in age from 3-27 years old. We are going to start off with the soon to be 3-year-old, his name is Jace. Jace loves his dad very much and needs him by his side at every moment possible. Jace is very big into spider man at this time which we know will change in a couple months. Jace also just started going to preschool and every day when he gets home the first thing Jace does is run up to his dad all excited to see him. Now we are going to move up the chain a little bit but not too far though. The next child we are going to be talking about is the 5-year-old. Her name is Joanna (AKA JOJO) and she's very big into Frozen, cooking or just being very sassy. When Adam is home from working his amazing job JOJO likes to cook him fake dinners and have tea parties. She's also in preschool with Jace which is really helping their bonding time. When JOJO gets up in the morning the first thing she wants to do is hug and love her dad which is a every morning routine until she is fully awake. Now we move on to the 19-year-old. His name is Adam Jackson JR (AKA AJ). AJ had a scholarship to play football in Kansas with Benedictine college. This is a very big step for AJ, but it couldn't have been done without his dad being there every step of the way. AJ recently returned home from college and is not going back. He has decided with his dad going away he needs to stay home and be the man of the house and start training to help take over his dad's job and keep the company a live to help provide for the family. Next is Adam's oldest child which is 24-year-old, Haley. Haley has a great relationship with her dad. Haley wanted to follow in her dads' footsteps by wanting to help others so she became a teacher so she could help the next generation be ready for life. Before we move onto the next two kids, I wanted to let you know they aren't his, but Adam is the bonus dad and they wouldn't change that for the world. Hana will be next which is another 25-year-old. Hana helps Adam run his business and helps take care of clients when it comes to invoicing and scheduling. Lastly, we go to the oldest, the 27-year-old, which is Alyssa. Alyssa also works for Adam's family-owned business as a marketing director. Alyssa also has 3 baby girls which are Adams grandkids that love him very much. Adam has a wife named Jamie. She has been by his side through thick and thin. She needs all of Adam's help taking care of the business, all these kids and grandkids. Now I will get into why I spoke so much about Adams kids. As you can see Adam has a lot on his plate with all these kids. He has spiderman webs to dodge, tea parties and dress ups to be present for, bad days at school, clients that need help, and most importantly a family that needs him. Now to talk about his relationship with me. Back when I first met Adam, I didn't know what to think because I was dating one of his daughters. He is very protective of his family and it's not easy trying to become family but look I made it. Adam has shown me how to care for others more than I could imagine. He has a very good loving heart not just for family but for anybody that might need it. He would give the shirt off his back to anybody if they needed it.

Judge, we need Adam Lejay Jackson Sr home. He is a big part of the family and the community. Adam is the glue that holds many pieces of the family together. Judge, I'm asking for me but I'm also asking for

his kids and wife, they need this man home. I hope this letter helps open your eyes and shows how much Adam cares about his family and this community he helps, but I also want this letter to show how much his kids need him home. Your honor, I would like to thank you for your time in reading this letter and taking in all of these considerations when making your decisions.


Sincerely,

Brenton Howard Read

3/1/2024

940-577-0784

The Honorable Judge Rudolph Contreras

District Judge

Washington, DC


February 27, 2024


Your Honor,

I am writing this letter to you on behalf of Adam Jackson. We have been business associates for several years.  I am a partner for Coastal Power & Equipment, and we have been doing business with Adam since he was working for a large electrical contractor and also since he started up his own business.  Adam has always gone above and beyond in our business dealings and over the years we have become good friends.  Adam is a man of God and family!  We have had countless stories about his family.  I've really enjoyed hearing stories about his son who played high school football then received a scholarship and is playing football in college now.  Adam is a loving father and husband, who works very hard to provide for his family.  I am blessed to have been able to work with Adam through the years.

Thank you for taking the time to read this Your Honor.


Brett Arbaugh
Coastal Power & Equipment
281-682-9511
brett@coastalpowerandequipment.com

To the Honorable Judge,

My name is Brittany Arduini and my husband, Nick, and I live next door to the Jackson's. We have gotten to know them as a family over the last 3 years, first because we have children close in age and they play together regularly, but mainly because we enjoy their company and conversation.

Adam is a great neighbor to us, and in being that neighbor, I see that he is a great father to JoJo, Jace, and AJ, and husband to Jamie. Adam is the dad on the street that is outside with his young kids and plays for hours. He treats my kids as his own and they adore him more than anything. My son Beau is 3 years old and always wants 'Mista Adam' to watch whatever it is that he is doing. Adam and Jamie have made my kids feel as if they are a part of their family.

We have also gotten to know Adam and Jamie's older children, and you can tell by the way Adam and Jamie raised them, they are good people. They are over helping with the kids, celebrating all the milestones, and just around because home isn't where they grew up, but wherever Adam and Jamie are.

I can also say that Adam is a reliable man. He's always there to lend a helping hand if we need it. If my husband needs a second set of eyes on a repair project at the house, Adam is there to help. If I need him to help with the kids because I have to leave, Adam opens his door and allows my children in.
If Adam is available, he's there to help and always with a smile on his face.

I'll end with, we really love living next door to Adam Jackson and his family. We consider them good friends and will support them through this tough time.


Thanks,
Brittany Arduini

713-370-1102

March 3, 2024

To Judge Contreras,

Hi, my name is Broderick Johnson, and I've known Mr. Adam Jackson for about 4 to 5 years now. I can honestly say he's one of the best human beings I've ever met in my entire life. I remember when my mom, dad, and I were all going through stuff, and my parents kicked me out of the house. Mr. Jackson was the first person to call me up, have a conversation with me, and take me in. He understood that if I needed anything, if I needed a place to stay, he would always be there for me. I can completely understand that he made one wrong decision, but I can honestly say, as a young African American man, that he is a good human being. There's nothing bad about him; he would honestly give the shirt off his own back to ensure someone is clothed. He's the type of human being who would help a random person on the street if their car was stuck. He's a good man, a great father, and a great husband to his wife. I understand he's made mistakes in his life, and the one mistake he made was obviously costly to him. But I can guarantee you and say that he is a good human being; he just made one bad mistake.

Sincerely Broderick Johnson

March 2, 2024

March 2, 2024


Attention to Judge Rudolph Contreras


It has been a privilege to know Adam and the Jackson family.

I've been well acquainted with Adam now for several years as we used to be neighbors. Our sons went to the same high school. I've heard nothing but upstanding things about him as a father and as a citizen of our community. As a fellow entrepreneur, I've also heard positive things about the way he runs his business and the quality of work from his customers. The details in which the Jan 6 incident was portrayed are out of his character and if we are to judge him by that one moment and disregard parts of him as a whole would be unfair. He believed what he stood for that day and was exercising his freedom to express that. I've seen and known him closely since and to this day and attest to his upstanding character. His patriotism runs deep with a balanced sense of compassion for the people of America. He believes and continues to pursue the American dream which is to live in a free economy regardless of educational background and continues to be an incredible role model for all his kids. His past is not perfect but it is what made him to be the man he is today. I plead to appeal at your mercy. Adam does not deserve time behind bars. Yes, we are to reap the consequences for our decisions but he has proven to have positively impacted his sphere of influence. If he was to be granted his freedom, I know with everything in me he will continue to walk with upright integrity and of great character.


Sincerely,

Carmela Hennesey

281 686 3746


Mscamillemateo@gmail.com


1505 hudgens ave

Katy tx

77493

Carson T. Hance

210 H Pickens Road - OBI - 7

Onalaska, TX 77360

936-577-1227


To whom it may concern,


My name is Carson Hance and I'm writing this letter on behalf of Adam Jackson. I have known him for close to 6 years now and in this span of time, we have known and seen enough of each other from all aspects of life, be it in personal contexts or in the workplace.

I'm completely aware of the character of my friend, mentor, and father-like figure, who has always become a person of high moral and ethics, and each of his activities for life are driven from those principles. He has been devoted to his family and his work, while also caring for the well being of others and for those who are around him, which I have always witnessed from him in the multiple occasions of such situations. He always puts his family first and will do anything to ensure their happiness.

He is also well regarded and honored at his workplace by not only his employees, but his clients as well.

He is a friend, a father, a husband, a business owner, and so much more to so many people.

I just hope that this letter would give you a better idea of who Adam Jackson is as a person and to truly see that this man has an enormous impact on so many lives. This past year and a half, Adam has done nothing but spend time with his family, continue to grow his business, and help out in the community. He has proven that he is an outstanding member of society and is a well respected and needed man.

I'm thankful to you for taking some time out of your day to read this letter.


Thank you,

Carson Hance

To Whom It May Concern;

My family and I have been friends with the entire Jackson family for 20 plus years.  We have grown up together, we have watched each other get married, have kids, raise our children to be outstanding humans and now we are now embarking on a new part of life.

Adam Jackson has children, grandchildren and a wife that depend on him.  He is the main provider of his family. Without him home to run his company in which he employs almost his entire family there is a chance this family will not survive.

Through all of the legal challenges that have been going on this has not deterred Adam Jackson from being the same family man he was prior to this situation. They recently celebrated the youngest children in the Jackson Family with an amazing birthday party. They had a great group of family and friends come to celebrate and even had Spiderman (Multiple) show up for the party.  He loves his children and will always do what is needed in order to watch them succeed in life just as he has done.

Adam has a small son and daughter who deserve to have their dad home every night and play with them.  They deserve to have their dad home every night to sit down at the dinner table and eat dinner.

Adam also has older children that deserve to have their dad home to watch them maneuver through life as young adults with children.  His grandchildren deserve to have their grandpa home to hug and love on them.  To take them to a baseball game or football game.

Jamie Jackson needs her husband home to help continue to raise their children. To be there to support her and to be her partner in life.  She deserves to have her husband home every night so they can sit and discuss the day's events.

The Jackson family needs their Husband, Dad and Grandpa home.  Please consider their family as you decide the extent of the punishment.  Adam Jackson has shown during this time that he is a committed dad, husband, and grandpa.  He has also shown that he is a law-abiding citizen and will continue to live that way. One bad decision does not determine the type of person anyone is.

Thank you for your time,
Charity Waters
832-508-2092
March 3, 2024

To Judge Contreras:

Hello, my name is Chisholm Hill. As a close friend of Mr. Adam Jackson's son, I am honored to have known him and his wonderful family for the past 9 years. I have had the privilege of growing up for most of my life with Adam and being around a family that makes me feel like one of their own no matter what. Mr. Jackson has always treated me like one of his own children, offering unwavering support from anywhere whether it's about life, school, or football I can trust in whatever advice he gives me. I believe that this same level of care and support he has for me is extended to his wife, daughters, sons, parents, and employees.

When Mr. Jackson returns home from work, he separates himself from a hardworking man to a father figure that cares for his family and will ensure that they are protected and prioritizes their needs. He spends quality time with his children and goes above and beyond to make them happy, whether that means playing with them or doing whatever it takes to put a smile on their faces. The amount of joy I see in his 2 younger children whenever they see their dad arrive home is what truly makes me excited to have children of my own.

I sincerely hope that whoever reads this letter can see beyond Mr. Jackson's actions to understand what a great man and amazing father he truly is.

Chisholm Hill

March 2, 2024

To Whom It May Concern,

My name is Damian Espinoza, I am writing on behalf of Adam Jackson. I've known Mr. Jackson for about a year now, and from the time I've spent getting to know him he has shown nothing but respect and politeness towards me. He has welcomed me with open arms into his family since the day I met him. I was introduced to Mr. Jackon by his daughter Haley Jackson, around March of 2023. Prior to being introduced I was told of the situation Mr. Jackson was going through. Going into meeting Mr. Jackson I wasn't sure what to expect because of the situation, but after meeting him and getting to know him for a few months, I could truthfully say that the things that were told to me did not represent the type of person Mr. Jackson is. He is a family man that goes far and beyond to make sure his family has their necessities met. That being food on the table, a roof over their head, and clothes on their backs. Mr. Jackson not only provides the physical needs to keep a family strong, but he brings a loving fatherly figure to the household. He has always put his family before himself and to anyone that stepped into his house, whether they were family or not, are treated with the same respect and love.

Thank You,

Damian Espinoza

346-317-7537

To Honorable Judge:

Hi, my name is Damian Neveaux. I have been around the Jackson family for a few years now and I can honestly say that they are all loving and genuine people. The moment Adam Jr. brought me around his family they welcomed me with open arms. I remember the first time I met Mr. Adam Jackson, he made me feel like a son and I really look up and admire him because he is hands down one of the best fathers, husband and person I've ever encountered he has passed many of his traits down to his children who are also great people. Mr. Adam Jackson is a great person and role model. If there's anyone in this world that doesn't deserve anything negative in their life, it's someone like Mr. Adam.

Sincerely, Damian Neveaux

March 3, 2024

Haley E. Jackson

22515 Petrizzi Ln, Katy, TX 77449

281-253-8663

To whom it may concern,

My name is Haley Jackson and I am Adams 3rd oldest overall and my dads oldest biological child. My mom and dad had me at just 19, when they were still kids themselves. I have gotten a front row seat in watching my dads growth from the ground up. He has completely turned his life around and  has turned himself into an honorable, respectful, and loving man. I would say that alone just shows you who my dad is as a person. He has worked his butt off to be the man he is today and guess who he did that for? It wasn't for himself, but for his family. My dad has 6 kids ranging from ages 3 - 27. Before January 6th happened, my parents decided our family wasn't complete and had 2 more beautiful babies, Joanna being 5 and Jace being 3. Our family isn't what some say "normal", we often get the comments about how awesome it is of how close our family is and how we spend almost every single weekend together. It's hard to not want to spend every free moment with a family like mine and my dad is the center of that. My dad is always the one who is making us laugh, guiding us, and ensuring our happiness. More than anything, he is both of my little siblings entire world. My little sister, Joanna is the BIGGEST daddies girl I have EVER met. I'm pretty sure if she could, Joanna would spend her entire life up on my dads shoulders. From the moment she wakes up to the second she goes to sleep, she is glued to my dads side as much as she can be. Jace is my dads youngest and let me tell you he is a handful in the best possible way. My dad is his favorite snuggle buddy, Spider-Man, and tickle monster. I wish you could spend a day in our house to watch the countless laughs, playfulness, and love that goes on in our home. In addition to the littles, I have a younger brother, Adam Jr. Who is 19 years old. My brother was off in Kansas playing football but decided this Christmas to come home despite being there with his best friends. The awful truth behind this, is he came home because he didn't want to miss what could be our last few months with our dad. My 19 year old brother has come home from his dream of playing college ball due to fear of what may happen to my dad and our family. At just 19, he has come home to help be the "father figure" to the littles and to support our family as needed. He has also recently been hired by my dads business to start learning the trade and to follow in my dads foot steps. He needs my dad now more than ever to help mold him into the man he is becoming. I'm addition, my dad has 2 other children, my "step" sisters, I put step in quotations because this is not a term we use in our household. My dad treats each of us as his own and you would never know we all aren't blood related. My older sister has 3 little girls ranging from almost a year to 3 years old and my dad is their pride and joy. Every single time they get to the house they run straight to their yiyi. He puts the biggest smile on those little girls faces and they look forward to every second they get to spend with him.

Now, the business. My dad has built his own business and a family business at that. His business employees 3 out of the 6 of his kids and supports almost every single one of our households. If you were to come to Katy and talk about my dad to anyone, they would tell you just how amazing my father is. The business would not be what it is without him. He is not your typical boss. He goes in the field every single day wether it is a weekend, night time, or even early morning to check on his clients. Without him, the business would fail and I fear what may happen to every single one of his employees who rely on it for their livelihood. My dad needs to be home for not only his family, but also for the business to survive.

Back in June of 2022, I got the most devastating call from my mom that my dad had been picked up. At first it felt like a joke, but it quickly set in that this was indeed not a joke, but a life damaging situation. Those 3 months that my dad was gone was possibly the hardest 3 months of every single one of our lives. Our house full of laughter, love, and joy quickly turned to a house full of depression, fearfulness, and sadness. Having to lie to the littles about where their dad was, was the hardest part of it all. Then, we could tell them that daddy was at work, but that didn't last long and it especially won't work this time. Joanna started having night-terrors and was not the same child as she was before my dad was gone. Jace started acting up and wouldn't sleep through the night anymore. It was the hardest thing any of us had ever been through by far. I fear for what may happen if you take my father from us again. I fear what will happen to the littles, to my mom, my brother, my nieces, our business, and all of our lives as a whole.

These past year and a half while being out on bond my dad has spent every waking second either with his family or working. Since being home he has saved our family business and has built it up to being extremely successful, but that wouldn't have been possible without him as the business was failing awfully while he was away. He has proven the man he is and has already lost almost 3 years of his life due to this incident. He has either had to miss family events or has had to leave early due to his bond regulations. He has had to live in fear of the future and what it may hold for our family and we have all had endure the possible thought of losing our dad yet again. I understand we all have to face consequences for our actions as my dad has always taught us that, but I am asking when you're making your decision you take into consideration the time he has already given from his life, almost 3 years, the negative impact on our family, the business, and even the community. I appreciate you taking time out of your day to read this letter and I apologize for the lengthiness, but trying to tell you who my dad is in a short letter is possibly the hardest thing to do, as he is so much more than I was even able to share. Thank you and have a blessed day.

Thank you,

Haley Jackson

To the one that holds my dad's fate in their hands:

My name is Hana Collier-Read, and I am Adam's daughter. Adam has been a part of my life for almost 23 years. I was 2 years old when Adam Jackson Sr. became a part of my family. When he and my mom got married, he didn't have to step into the father role. My older sister Alyssa and I are fortunate enough to still have our biological dad in our life, so it wasn't necessary for Adam to step up and take that on. However, he did. Most people run in the opposite direction when they see a single mom with 2 kids, he didn't, and I am forever grateful for that! I mentioned above that Adam is my father, and I am his daughter. We don't use words in our family like "half or step, or blood related". We are family, and the crazy thing is, if you looked at our family dynamic from the outside looking in, you wouldn't even know that we weren't all from the same parents. Blood doesn't make you family, love does. Adam has instilled that in every single one of us kids. I am one of Adam's six kids. He has a 27-year-old daughter (mother to his very first grandbabies), me being 25 years old, a 24-year-old daughter, a 19-year-old son who just returned home from college to follow in his father's footsteps to work at our family business, a 5-year-old daughter who is Adam's absolute best friend, and a 3-year-old daddies' boy who all need their dad to stay home.

Even since being back home he has made it to every family event, birthday parties, graduations, baby showers, etc. When my brother was off at college and Adam couldn't attend the games or practices, he was watching it on the TV and texting my brother during plays. Even now he has still never missed a game, practice, or scrimmage. He is such a big part of his community and an even bigger part of our family. He puts everyone else's needs above his own. Even after everything Adam has gone through these last three years, he is still our country's biggest supporter.

Since being home Adam and my mom have started a new company to replace our one that shut down while he was gone. Our family-owned business is just that. It employs 3 of his 6 kids and is the main source of income for 5 of his 6 kids. I mentioned that our other one shut down. We tried to keep it alive but unfortunately, with Adam being gone we could only do so much. Our company is as successful as it is because of who Adam is. He is the face of Patriot Services. We have an endless list of customers who tell us that the main reason they choose us is because of Adam. He is the first person they see, and anyone's first interaction is with him. Without him here to continue to run our company, I can promise that we won't survive. Not only the company, but I worry about the affect it will have on our family as well.

The 3 months Adam was gone were the hardest three months of my life, my family's life. We were just trying to survive the days. Going through the motion from sunup to sundown, counting down the days to his next court date to see if we would get to bring him home. Trying to adjust to not seeing our dad, or being able to call him when we needed was hard. Not nearly as hard as having to come up with different things to tell the littles. Telling them daddy was off at work or on a job site only lasted so long. Seeing the effect it had on my mom, from spending your everyday life with your soul mate to now having to do everything on her own. Don't get me wrong, us older kids helped as much as we could, took turns helping with the little kids, made it to all the games so AJ knew he had support on the field to help get him through his senior year, and spent countless nights just taking care of each other. I moved out of my house leaving my husband alone to help take care of my mom and little siblings as much as I could, but those are shoes no one else but Adam can fill.

It won't be that easy this time for me to up and move in over there. As much as I would love to, my husband and I have our own struggles. We have been dealing with infertility for going on 4 years. Adam has been there every step of the way. From asking how the doctors' appointments went to the pep talks convincing us to keep pushing forward when our dreams of having a child feel impossible to achieve. He has been one of our biggest supporters. Now we are this close to hopefully achieving that goal and we need him here. I need him here. I know that sounds selfish compared to my little siblings needing their dad, but he's my dad too. He has been there every step of the way and I need him there for when we finally reach our end goal. I need him here when it's finally my turn to tell him that I get to make him a grandpa again. I need him here for when it comes time to celebrate the miracle of life of my first child. That is not a memory that you can recreate or ever get back.

By locking up our dad, you are not only taking away our father, but you are also taking away most of these kids ONLY father figure. My little brother has already been forced to give up his dream of a college education and future in the sport he loves to return home to be the man of the household and the father figure to his younger siblings while still being a child himself. A wife and mother to lose her life partner and raise these kids alone; to take on not only a mother's role, but now to step into a father's role herself. Two young children in their most important years of life, who need their father the most at this age, to be raised without a dad because they are not allowed to visit him being that young. Forcing a family company to lose its hardest worker, and a family itself to lose the glue that holds them together.

I can assure you that our lives during the 3 months alone of Adam being locked up were the hardest months of my entire life. Having to listen to the littles ask, "where is my daddy, when is he coming home, why can't I see him," the cries at bedtime when they did not have him to cuddle up next to. The constant sadness of my mom not being able to touch or talk to her husband whenever she wanted. The grandkids always asking for their "yiyi" when they arrived at the house. The hardest part was the emptiness we all felt when we had our family gatherings. Knowing he wasn't there... The older kids being forced to grow up and step up in ways no children should have to experience. All things that should NOT have to happen again, that you can choose to not have happen again.

We lived peacefully for the last year and a half since the capital "riot" and have still not even fully adjusted to our new normal of having him back now. He has followed all the rules and guidelines put in place that allowed him to be placed on bail and return home to us. I ask that you please extend that same leniency when determining the future of our family. Please don't take him away again, please let him stay home for good this time. My mother needs him, his children need him, his FAMILY needs him.

Hana Collier-Read

832-310-0637

3/1/2024

18864 Aspen Briar Cir.

Magnolia TX 77355

# HOLLY A. BEZDEK

10262 Hammerly Blvd | Houston, TX  77043-2101 | Phone: (281) 785-9372 | Email:
holly.bezdek@gmail.com

March 5, 2024

To Whom It May Concern:

This statement will be made for the upstanding character I know is Adam Jackson.

I met Adam Jackson in August of 2017 after hurricane Harvey struck the Galveston/Houston area. At the time of this storm, I managed a high-rise condominium association in the historic district of downtown Houston, Tx. Adam worked for the electrical company that was hired to get our building back on temporary power. Adam, who led a team of 5, stayed 14-to-17-hour days and had my residential building, powered by temporary means, within 4 days.

From our initial meeting in 2017 until November 2023 I have witnessed and/or been on the receiving side of Adams work ethic, values, and morality. Since our professional introduction in 2017 and because of his morals, values and work ethic we've also become friends.

I cannot imagine Adam being any other type of person than a person who bends over backwards to help someone, take calls late at night or early mornings or who leaves his family on Mother's Day weekend to lend a helping hand.

I will continue my professional and personal relationship with Adam Jackson as I believe him to be one of the best and most honest electricians in the Houston area.

Kindest regards,

Holly Bezdek

Dear Judge,

   My name is Jacob Holcomb, friend to Adam Jackson Jr and father Adam Jackson Sr. This amazing father figure has a loving heart towards anyone he runs into, whether it's a stranger, friend, or family member. He has always been willing to lend a hand if needed and he's helped my family many times. I've been friends with his son throughout most of my life and he's been such a great father figure not only to his son but every single one of his kids. Not only has he provided so much for his family, but he continues to do so showing all the love and support he can for Adam Jr, JoJo, and Jace as they grow into adulthood. He has also helped me progress in my lifetime. Adam Jackson Sr is a small business owner of an Electrical company and offered me a job so I could start my career in the electrical field. Without him, I wouldn't be where I am today. I am beyond blessed that he is able to not only allow me a safe place to work, but to also show me the ropes and teach me new skills every day. Adam Jackson Sr has been nothing but a good role model and loving husband. Please take this into consideration when determining his future, and everyone's life that will be affected by this decision.

Thank you for your time.
Jacob Holcomb
March 3, 2024
832-596-5506

Jim Jackson

US Army

E-5 Sgt

281-748-9700


Your Honor:

My name is James (Jim) Jackson, and I am the father of Adam L. Jackson. I am writing this letter to let you know, as tears run down my cheeks, how important my son is to his mother and I.

I am 73 years old, and my body is broken. My back has given out due to years in the military and years working as a laborer. On top of my struggles, my wife suffers from Parkinsons. We can hardly get around and depend on Adam greatly in our day to day lives. Not only in a physical way, but in a financial one as well, he is the one that keeps my wife and I's small business afloat. I fear what will become of us if Adam is no longer around to give us the assistance that we need to survive.

However, aside from what we need, I worry about who my son is and what will happen to him. I worry that prison will forever change the man that he is; sweet, giving, understanding, and kind. He is the go-to person when someone is in need, not just to his family but to friends and strangers as well. The man that succeeds in all that he sets out to be. He is a gentle soul and above all else, a father to his children. Nobody can take Adam's place in the lives of his 6 kids, and it is sad to think about him not being there for not only the important milestones, but the day-to-day lives and challenges these kids will face.

He has proven over the last year and a half that he is trustworthy being on a monitor and that he respects the laws that govern him, never once being in violation of the terms. Please let our son stay connected to his family, his wife of over 20 years, his 6 kids, his 3 grandchildren, and his parents.

Thank you for taking the time to read this letter and all the other letters written to you. I truly hope they show you my sons' true character and how important and needed he is back home.


Jim Jackson

James Holcomb

6531 Camillia Ct.

Katy, TX 77493

713-702-0744

To Whom It May Concern:

I have been a resident of Katy Texas for over 13 years.  I have known Mr. Adam Jackson of Katy Texas for over 12 years of that time.  I first met Mr. Jackson at a school event as our children attended public school together and participated on the same athletic teams throughout this extended time frame all year long.  Mr. Jackson has always been a positive role model for his family, children, schools and to others in our community.  I have witnessed his involvement in community, school events, activities and throughout heated healthy competition have never witnessed a negative action from him or his family. He has always demonstrated a positive influence in those activities.  I know him to be an honest man of character in our community and his business.  He is a man of God and leads by example.  I am asking you to please consider his true nature and character that we all know him to be before deciding on these accusations made against him.

Sincerely,

James M. Holcomb

Honorable Judge Contreras:

Please receive this written character reference for my friend Adam Jackson for your consideration.

Adam Jackson lived 2 houses away from us in Katy for many years. We were blessed to get to visit with and know Adam and his family. Adam ran his own electrical business and employed other members of his family. Many people would consider a man who provides so well for others a good man. That he is and more. Adam is a good father, husband, and neighbor. We'd be delighted if they moved back even though we have come to appreciate the family that moved into their old home.

Adam and Jamie Jackson loved to sit outside and chat with neighbors as their kids played. Adam is an excellent father, doting on their baby girl and often throwing a football, baseball or fiddling around with Adam Jr's dirt bike. We shared many pleasant conversations in those days. But what has always marked me most is how he raised his family. Adam is a loving and kind man. His caring and patience has paid off in many ways. I was blessed to see Adam Jr. grow from a little kid into one of the finest young men I've ever met. Adam Jr. is now playing college football in Kansas. I give mom and dad all the credit for those kids. They've done a great job and while I'm sure it wasn't always easy; you'd never know it by the big smile that is always on Adam's face.

When I asked Adam about the time he already served, Adam skipped over a hundred different things to say this: "Most people live their whole lives and never get to hear what others really think about them. In the most difficult time of my life, I got to hear what some of my friends and neighbors think about me. I'm grateful for that and to be back with my family." I didn't ask him anything else. I just wish the best for this good man.

Thank you, your honor, for taking the time to read a few of my thoughts about Adam Jackson.

Sincerely,

James "Jamey" Gonzales

5103 Mathis Dr.

Katy, Tx. 77493

hcjamey@gmail.com  281-684-7825

**Dear Judge Contreras,**

My name is Jamie Jackson, I am Adams other half. I don't acknowledge myself as just his wife because we are so much more than that. Adam and I met in October 2001, and we have been a unit since. Of course this is probably going to come off sounding rather biased, but what else could you expect from a woman that adores her spouse in every way possible. Adam and I joined forces and raised our three girls and then added to our crew with our oldest son, Adam Jr. in 2005. Adam and I made it a point in raising our kids that they would always know how loved they are by our actions and not just our words. We made it a point to try and attend every possible school function, practice, game, event that we could. If one was unable, the other would make sure to be there. I feel like we pride ourselves on how close we are with our kids and how if you ask any of them about their childhood, they will always know that their parents were there, and they were loved beyond measure.

When our son was in junior high and my father passed away in September 2017, Adam and I had decided that we weren't ready for the empty nest and agreed to add to our family once again. Not only were we blessed with a daughter, but God gave us an additional blessing of another son. That boy is who I was pregnant with in January 2021, when Adam decided to go to the rally in DC and be a part of something so historic. I know wholeheartedly that there were not any ill intentions for that trip. He just wanted to be there to show his support for our president in that situation.

Adam would never take a chance with his one-and-a-half-year-old little daddies' girl and his soon to be second son due in March. Looking back, he knows things got out of hand and is truly remorseful for that. He did not come back bragging about anything, or even talking about what happened there, he came back and got right back into the life we were living, enjoying raising our kids and adding to our family.

June 7, 2022, when I woke up for our son's early morning feeding and walked out of his room I met Adam in the hallway. He was as white as a sheet, and he told me that they were coming for him. I asked who, and all he could keep saying was they were coming for him. Prior to that day, never did it cross our mind that things like that were going to happen, and while I will count my blessings with how smoothly they did pick him up, it was still traumatizing, nonetheless. Our teenage son watched it on the ring camera because he kept getting alerts while on the way to school.

While it was only three months that he was away, it felt like years. We had a three-year-old, and a one-year-old that did not understand what was going on, but definitely knew something was off. The man they would see every morning when they woke up and every night before they went to bed was no longer here! That Little girl that would be on her dad shoulders everywhere they went, and the little boy who would fall asleep on his dad's chest, just could not figure out what was going on. Each of our older kids did their part with helping out the best they could, our son was starting his senior year of high school, his most important year on the varsity football team, and his dad was no longer there in the mornings, watching those practices or going to those senior football pictures and that boy that should be enjoying that awesome last year of high school, instead was stressing over how he was going to do his senior year without his dad and help take care of his little siblings. I've tried to block out that time. So, I would rather not drown on it and instead talk about the man that came home from Virginia August 30, 2022. I flew up to Virginia to bring Adam home. Seeing his face in person and wrapping my arms around him, was the most amazing feeling in the world.

August 31, 2022, he came back to Texas to his first company falling apart, because his partner wasn't able to stay strong and have the faith that he promised us he would have. But that didn't detour Adam, it

only made him push harder to make sure that everything would work out. He has made sure that the company excelled as much as possible and continues to grow it every single day. This company is because of him, the customers are because of him, the employees are because of him. Adam has everything to live for out here and those same things are what makes Adam continue to push daily to give his family all that he can. That mistake of a day has haunted us all. I need my husband to help me continue raising our children, we agreed together to start over, and we need each other to raise these little kids, to continue raising and being there for our older ones as well, to enjoy our grandchildren, and our grandchildren to come. I need my other half to help provide for our family. I need my partner to keep our company afloat for our children and employees. I need my best friend to come home to and talk about our days and the crazy things that happened. I need my soulmate here to help me and to love me through the tough days!

Please, consider all these things when deciding my husband's fate.


Thank You for your time.

Mrs. Adam Jackson

28615 Rustic Branch Lane

Katy, TX 77494

To whom this concerns,

My name is Jeff Harker.  I have known Adam for 3 decades now and have very high regards for him.  He is a family man with 6 kids and 2 grandchildren who puts his family first.  He is a father that is very involved in his kids' daily lives and it shows in the successes of his children.

Adam and Jamie, his wife, are an inseparable team that don't only run a tight nit family but also run a critical small business in this part of Texas.  His business provides power to families and the elderly in times of natural disasters.  Which we have more often here than most places in the U.S.

Adam is an asset to the community and everyone in our community can attest to that.  He is very involved with community activities as his kids are very involved in sports and he runs a critical small business as mentioned above.

As a disabled veteran, I believe removing Adam from our community once again would be a great disservice as he has already spent time away from his family for joining a constitutionally protected protest on January 6th, 2021.  I believe he has learned a valuable lesson from being separated from his family for that long of a period.  He has been home now for a year and a half and has shown that he is still the asset he was before these life-changing events took place.  Please find compassion for Adam's family and our community as a whole.

Regards,

Jeff Harker
PR2 USN (EAWS/ESWS)
March 2, 2024

Jessica Thomas
23702 Prince Lawrence Ct.
Katy, TX 77493

March 3, 2024

RE: Adam Jackson

To: The Honorable Judge on the Case of Adam Jackson

I have known Adam Jackson for over 2 years. Adam and his wife Jamie are very close friends of ours. Although 2 years may not seem like a very long time to some, when you spend the time to get to know who Adam really is, it's easy to become more like family. Adam is like a brother to my husband and I both. I, without a doubt, have no hesitation putting myself out there to speak on the amazing person Adam Jackson is.

Over the last 2 plus years, Adam, his wife and children have become very close to us. We have spent time together on many occasions and have come to know Adam Jackson very well. Adam is a man of good character. He shows his generosity to those around him whether it's a helping hand or taking the time to just listen. Adam is a loving, kind, selfless human being that works very hard for his family and community.

Since Adam has been home from the day of his arrest in 2022, I have witnessed a man show immense emotion about the situation he is in. Adam has shown true remorse with words and actions. The person Adam is being portrayed as is not who he is. Everyone makes mistakes in life and we either learn from those mistakes or we don't and Adam Jackson is a real human being who made mistakes that have cost immense pain for himself and his family and he has learned from his mistakes. Adam is a strong leader of his family and through all of the pain, remorse, guilt and sadness he goes through, he still pulls through for not only the people who need him the most but friends and community too.

I am a mother to 16 children and strive to raise my children around people who will only show my family positivity, bravery, honesty, loyalty, respect and love. Adam is all of those things, and much more. Over the course of our friendship, I have watched the way Adam parents his children. I tell my husband all the time how Adam motivates me to be a better parent everyday. The way he talks to his kids, the way he interacts with them, the way he handles situations that can be hard as a parent. Adam is an INCREDIBLE dad and his kids are so very lucky to have him. Adam has raised respectful, kind, loving and successful children. He has guided and raised his kids in the right direction and still has 2 young children at home who rely on him to do the same for. Adam is not only an amazing dad but a super husband to his beautiful wife, Jamie. They both work very hard for the amazing life they've built together. The love and respect he has for her is every girl's dream.

Adam Jackson has shown more than enough love, respect, generosity, courage, selflessness for his family, friends and his community. I understand the charges that are being brought forth on Adam Jackson and I cannot express enough the shock and sadness this brings to me. My sincere hope is that the court will see to it that Adam Jackson is not a threat to his community in any way and he has shown that. I wish that others could really see Adam Jackson for who he truly is, the remorse he has shown and feels and realize that he is not a criminal. My hope is that he will be released to his family who needs him and relies on him. We truly need more people in the world like Adam.

Sincerely,

Jessica Thomas

Joseph Collin Evans

936-219-9883


To whom it may concern,

 My name is Joseph Evans, and I am friends with his daughter, Haley. Over the years I have been in constant contact with them and I have come to know the Jackson family very well. These are some of the most welcoming, loving, respectful, and compassionate family/group of people I have ever had the pleasure of being around. I am asking for your mercy and understanding in the case against the freedom of Adam Jackson. Although they may have made a mistake partaking in the January 6th capital riots, this man is not a violent person. He has a family that he provides for and they rely a great deal on him for financial, emotional, and psychological support. These families' happiness as well as four households' occupations are in jeopardy. Adam Jackson, being the owner of Patriot Services LLC, could potentially lose the company that he has worked endlessly to make successful. He is a role model to his workers at his company, family, and even to several in the community. Mr. Jackson spends all of his time with either his family or working. His two younger kids need their dad at home, as he has one of the biggest impacts on their lives not only now, but who they will become. They need their dad home, all six of his kids need their dad home. He has proven the past almost two years that he is a stellar member of society and lives for his family. I sincerely hope that you would see the changes Adam has made to better his life, the massive impact he has on so many lives, and the absolute need to be home for and with his family.

 Thank you for reading and have a blessed day,

 Joseph Evans

March 3, 2024

**Julie K. Hudson Stratton**

7114 Yardley DR., Katy, TX 77494

281-705-3968


To whom it may concern,

I am writing to you on behalf of Mr. Adam L. Jackson and would like to shine light on his extremely compliant behavior this past year and a half while out on bond. I am the mother of Mr. Jackson's oldest daughter, Haley E. Jackson. Mr. Jackson is a wonderful provider to his entire family and is a role model to his children, especially his youngest two.Having learned from past mistakes, he has gone forward to be an honest businessman, building a reputable company, who now employs several of his older children in  which supplies the livelihoods of almost every single one of them. I believe that Mr. Jackson poses no threat to the public, is a key factor in his family and community, and should be allowed to stay home with alternate repercussions where he can continue to be a supportive parent and member of our community.

Thank you,

Julie K. Hudson Stratton

To Whom it may concern:

I am writing this letter to say, during the time I have known Adam Jackson as a next-door neighbor, he has always been polite to me and my family as well as all the other families on our block.  My kids enjoy playing at his house with him and his children.  His family is friendly, outgoing and very polite.  Adam and his family are just the kind of people you want to be your next-door neighbor.  Always willing to lend a hand, and to participate in social activities.  As a father, living on a street with lots of young families, Adam definitely is as involved in all his children's lives as all the rest of us.


Thank You,

Justin Wainwright
February 28, 2024

Kaitlin Smith

7502 Fondren Rd, Houston, TX 77074

808-463-4345


To whom it may concern,


My name is Kaitlin Smith and I am writing on behalf of Adam Jackson. Adam is a man who has demonstrated mounds of personal growth and is one of the best men I know. He is  a compassionate boss to his employees and he  works just as hard as he would ask of any of them, and he is an even better father. His oldest son, Adam Jr., is in his first year of adulthood and Adam has been playing the largest and only role to set him on the right path. He also has two little babies who need a father figure in the house for the sake of their growth and development. As someone who comes from a broken family, Adam has welcomed me into his family with open arms, without hesitation. While I understand consequences are imminent, I believe it is important to consider the bigger picture as he is a man with many hats. He is at the head of a happy family, the owner of a successful company who has employees counting on him, and just a kind and loving person in general. Removing him from those roles will undoubtedly have negative effects on a plethora of individuals. Over the past year and a half Adam has spent numerous hours with family and close friends. I have attended many events with him there and he is always the first one to greet me with a warm hug and smile. He is such a light in so many lives and continues to grow as a man. He has proven that he is a great man who will do anything for his family. Adam needs to be home with his family and home for his business to continue to thrive. I ask that you would please think about his undoubted compliance and wonderful behavior these past months as you make your decision. We have all been in a situation of influence and, "wrong place, wrong time" and unfortunately, this was the case for Adam that day. Thank you for taking the time to read this letter.


Blessings and kindest regards,

Kaitlin Smith

March 3, 2024

Kathi Hennesey

28615 Rustic Branch Lane

Katy TX 77494

832-526-7939


Honorable Judge Contreras:


I am writing this letter on behalf of Adam L. Jackson Sr, my son-in-law. He is a very hard worker and a loving father to all his children. I have known Adam for over 20 years as he is married to my daughter Jamie. I am worried about what would happen to our family, especially Jace (3), Jojo (5), and Jamie (his wife), if he is taken away again. This has already changed the dynamics of this family; the children are always in constant fear when they can't find their dad or if he's gone for too long. We all live in constant fear that he may not return home on any given day.

Adam and Jamie try their best to hide the reality of the situation from Jace and Jojo since they are too young to understand, but kids can sense things. Adam has done an amazing job following the guidelines put in place since returning home. He has more than proved that he is capable of following things that are asked of him.

Not only has he been maintaining his probationary check-ins, court appearances, and curfews, he has also managed to start a new company. His old company that he started prior closed down shortly after Adam returned home. The company tried to survive while he was gone and unfortunately it just couldn't make it. Adam and Jamie have opened their own company now that has been rather successful with him running it. This company employs not only Adam and Jamie, but 3 of their 6 children as well. This truly is a family business. I worry that if he gets taken again that the company will not survive just like last time. Ultimately, Jamie and the kids will do whatever they can to keep this company alive, but the reality is that Adam is the heart and soul of it. Just like with the family.

The world is a scary place right now, and the truth is that most two income families are barely able to survive. What is going to happen to our family if he goes away. Not only will 3 households they be losing their main source of income, but the kids will be losing their dad, Jamie will be losing her husband and ultimately, we will be losing the man of our house. Our protector. Please don't take away these kid's father. Please don't take away my daughter's husband. Please don't take away my son-in-law.


Thank you for taking the time to read this letter and all the other letters that have been submitted on Adam's behalf. I hope they give you insight into who this man truly is.


Kathi Hennesey

February 28, 2024

March 2, 2024
Kemberly Dean
19823 Joan Leigh Circle
Spring, Texas 77388
713-492-6325


To Whom It May Concern,

I am writing this letter on behalf of Adam Jackson. I am Adam's aunt by marriage and have known him for nearly 20 years. He has been and is still a welcomed member of our family.

Adam has always shown himself to be a courteous and respectful man. Soft spoken and kind to his extended family as well as a loving husband to his wife Jamie and caring father to their 6 children and grandfather of 2.

 Adam is also a supportive member of his community and his children's school functions, attending their sport functions and graduations as well as trying to better all of their lives by working hard and helping his family members, neighbors and friends when they have been in need. I know he has a loving heart and a kind nature and has never shown himself to be a violent or dangerous person in my presence.

As a business owner Adam is working to help support his family and employs several family members and other employees in his community. I am asking that you take into consideration these facts and will allow him the freedom to continue to work and provide for his children, supporting them both financially and emotionally. His family and community need him.

I would be happy to discuss my relationship with Adam over the phone or answer any questions you might have regarding this letter.,

Kemberly Dean

Dear Judge:

I am writing this letter on behalf of Adam Jackson.  I have known Adam for over 20 years.  One thing I can tell you about Adam is that his family is everything to him.  He has his wife, 6 kids, and 2 grandkids.  He works hard to take care of them and run a successful business. Adam is a good person and contributes to society. He has two young children that need him home.  I am asking that you take this into consideration while making your decision.


Thank you,
Khrysten Oliveri
3/4/2024

Lauren Jackson

210-831-8775

March 2, 2024


Dear Court, Judge, and Jury,


My name is Lauren Jackson and I am one of the many nieces of the wonderful man, Adam Jackson. My uncle is one of the most kind hearted, selfless men I have ever had the pleasure of having in my life. When we were kids he was the fun uncle, he was the one that put smiles on all of our faces and always made sure we were happy, having fun and having the best childhood possible. Growing up I didn't have the best childhood personally, but I was always excited to see my Uncle Adam because he always made me happy. My cousins and I always had an amazing time with him, and he always made me feel safe.

        Uncle Adam was and always will be the biggest family man. The most important thing to him is his family and the ones he holds close. He always opens his arms to everyone he loves so warmly. When I was recovering and healing through some past trauma that I went through, Uncle Adam ALWAYS checked up on me. I would get texts, calls, pictures of the family etc. He cared at the hardest time of my life. He wanted to be a part of my healing process because that's just the kind of man he is. I am honored and so very lucky to call this man my uncle. He's so supportive, so loving, so gentle , so caring, and the greatest hype man for any and everyone. Anybody who knows him, knows that he is such a light to this world and everyone around him.

        I come to you today to tell you that punishing him by keeping him away from his family is the greatest mistake you could make. He is not a threat to society, he is not someone to be feared, he is not someone to be uncomfortable with. Adam Lejay Jackson is a family man, he is a loving father, husband, uncle, son, and brother. He is a man of honor and integrity. He is a hardworking man with a dream for his wife and kids. He's one of the good ones. So I ask you today, to see who he truly is, to see how much of an amazing wonderful man he is. See the impact he's made on everyone that knows him and is related to him. He deserves a chance to be seen and heard. He deserves to be home with his family that needs him. His children need their amazing father home, his wife needs her husband home, his employees need their boss home, and the community needs him home. Please open your heart and see him for the good man that he is. We all need this man home.


Thank you,

Lauren Jackson

To Whom it may Concern,

Re: Adam Jackson Sr.

I have known Adam Jackson Sr. for close to 10 years now.  Our sons have grown up together.  They have played sports, attended the same schools, gone on family vacations with each other, and now are away at college together.

In this time, I have known Adam to be an honest person.  He is a man of principles and is a devoted husband and father.  I have seen first-hand his active involvement over the years in his son's life.  I see and admire how much his presence, guidance, and influence have shaped his son into a responsible and respectful young man.  Adam is a devout family man, and he has likewise embraced my son into his family.  Adam has been a positive role model for my son, and he was especially influential during some tough times he went through in his teenage years.  I feel that Adam's encouragement and guidance were pivotal in my son's maturity and growth.

I believe that these attributes demonstrate and are a testimony as to who Adam is as a person.  He is a man of good character, morals, and integrity.

Respectfully,

Lisa M. Ojeda

To whom it may concern,

Growing up I spent a lot of time over at the Jackson's house. I remember always having so much fun at their house and always feeling so welcomed and safe. I was young, but the kindness and love that Adam and Jamie gave out made those times so much more memorable. I'm so grateful that I got the chance to know how kind their family is and see how much they care for others. I always loved spending as much time as possible with the Jackson family, as they always made me feel loved and treated me as one of their own. I always knew that I could trust Adam with anything and that he would always be a shoulder for me to lean on when I needed someone. I have gotten to watch his family grow and all of his kids turn into such awesome people. Adam is truly one of the kindest, loving, and awesome people I have ever met. He would give anyone the shirt off his back, no matter who they are, that is just the kind of person he is. He has built a life that is nothing short of amazing. He has his own business, is an amazing husband, son, father, and member of our Katy community. Adam deserves to be home with his family. Not only does his family need him, but several people in our community need him. His business will not survive, which has helped hundreds of families in the Katy area if he goes away. This business he has built from the ground up does not only support his household, but three of his kids as well. In the past two years, he has shown nothing but growth as a man, a boss, a friend, and especially a father. He has two little kids at home who rely on him tremendously,, a teenage son who looks to him for life advice and guidance, three older daughters who still need their dad for advice and for someone to lean on, and a wife who needs her husband home to help her raise theri beautiful kids. I am asking that when you are making your decision, you keep in mind his outstanding behavior, the changes he's made in his life for no-one but his family, and the massive impact it will have on so many lives.

Thank you,

Makayla Palazzolo

March 3, 2024

March 3,2024

Dear Judge,

Hello, my name is Makenna Loo, the girlfriend of Adam jackson Jr, and I've been around the Jackson family for almost 5 months now. Anytime I've been around Mr. Jackson, I've seen the love that pours from him into his children. He welcomed me into their home and family with ease, and I couldn't be more grateful.  The love and respect he has for his family says a lot about his character and I'm very fortunate to know him. There had been a freeze in Katy earlier in the year, and my mom's pipes had burst. Mr. Jackson showed no hesitation to go out of his way and fix it for her, even with a curfew of 9 p.m. That was the first time Mr. Jackson and my mom met, without even knowing her he still came to her aid when she needed it.  I love to spend my weekends with the Jackson family as they have two littles, a daughter who just turned 5 and a son who is about to be 3. Joanna and Jace are the sweetest babies I've ever met, and don't deserve to see their dad go away so early in their lives. Mr. and Mrs. Jackson are always outside hanging with not only them, but with all the kids in the neighborhood.  There have been many situations where Mr. Jackson has done so many good things for people and for that I believe he deserves to be at home, supporting his family and the people around him.

Makenna Loo

March 2, 2024

Your Honor,

I am writing this letter to the court in reference to my son Adam L. Jackson. I am his mother. I am going to say the same things in this letter that I am sure every mother before has written in regards to their child. Adam is our middle son and what a special blessing he has been. With his father being almost crippled with a bad back and myself suffering from Parkinsons disease, he is our biggest support system. He helps our little company by making sure we have enough work and employees to maintain our livelihood month to month, even if that means letting us borrow his employees or getting out there and doing it himself. Adam is a kind, compassionate, and loyal human being. You can trust that if he gives you his word, you can put your faith in him 100% and that makes him indispensable to the people that love and depend on him. Without Adam, our world would crumble, and that is a very scary thing to anyone, let alone 2 people in their 70's who rely on him so heavily.

With that being said, let me tell you about my son as a dad. Adam has 6 children, 4 of whom he has raised to adulthood, and 3 of whom he employs at his own small family business. Two of his daughters have worked alongside him in the business that Adam built from scratch, simply based off his character and word of mouth referrals. He's never met a stranger that didn't love or trust him as I am sure you have read or will hopefully read in these letters defining Adam's character. These are the things that make a man a man, and not just a person. We are all people, but not all people grow to be as trustworthy, dependable, and as loved and trusted as Adam.

For the second half of this letter, I would like to speak to you from the perspective of his 2 small children, Joanna and Jace. Joanna just had her 5th birthday and is already showing the signs of being a natural born leader. She is smart, well behaved, and such a daddy's girl. She is all the these and more because of the way Adam is with her.  He is raising her to be the best possible version of herself and as she continues to grow into the marvelous young women that I know she will become, she will need him by her side. It is a proven fact that households with both parents present tend to raise children that will become upstanding and honorable adults. Joanna is 5 years old and has never known a life without her father. I can tell you that no amount of explaining is going to in any way prepare her for the years without her father's love and guidance. It is a scary thought that this little girl's life could be forever turned inside out by Adam going to prison and not being present in her life. It would be such a shame to put out such a bright light in this world filled with so much darkness. Now we get to Jace. He turned 3 this month. Jace is a wonderful, peaceful little boy that is soft and loving. He worships Adam, follows him around, and looks to him to be there every day of his life. He will miss the nighttime rough housing, loving hugs, kisses, and tickle fights, but most importantly the security of being raised with his dad, his protector, his best friend. You read about the importance of a father's involvement in little boys' lives specifically and the real structure a good father provides in their life. Adam is as good as they come.

So, I am speaking to you for them. For the 5- and 3-year-old kids that cannot speak for themselves. That cannot tell you how important it is to have their dad home every day and every night. That cannot tell you how badly they need him there for the scary stormy nights, or to calm them when they wake up from a bad

dream. For the mornings when they wake up and want their morning snuggles with dad, or the evening walks around the neighborhood. I understand all circumstances are different and I hope when you read this you consider what all Adams babies would say to you if they could.

Adam has been on a leg monitor for the past year and a half and has proven he takes his freedom seriously. Because that freedom allows him to be home and present to raise 2 of the most precious and important people in any of our lives, our children.


Thank you for your time,

Nedra Jackson

832-213-8721

To whom it may concern,

I have known Adam Jackson for 3 years now, he was one of the first people I met when I moved to Texas.  The things that have been said about him and his character are absolutely atrocious.  He is nothing but an absolute pillar in the community.  Probably the best father you have ever met in your life.  A well-respected business owner. One of the most genuine human beings I have ever met.  He is calm, passionate, loving, caring, kind, giving, classy, considerate, ambitious, funny, the list goes on and on.  He is exactly what every man should be. Please take these things into consideration when looking at this.  It would be a huge loss for our community if Adam wasn't here for any time period.

Thank you

**Nick Thomas**
**Store Manager - Katy Ranch**
Goodwill Industries of Houston
(Mobile) (346) 452-5115
[www.goodwillhouston.org](www.goodwillhouston.org)

**"Changing Lives Through the Power of Work"**

Parker Gunter

832-596-6728


To whom it may concern,


 I am writing this letter on behalf of Adam Jackson. I had the pleasure of knowing his family growing up throughout high school. At the time, I had dated his daughter and he had accepted me as one of his own. I had learned a lot of how to be a family man, a lot about life from him, and was greatly appreciative to have met him and his family. Mr.Jackson's drive and commitment to being such a good father is admirable to say the least. I learned a great deal watching him with his kids and his wife and have carried the things he had taught me till this day. If I hadn't met his family and seen just how great they functioned as a unit, I wouldn't have such a great understanding of what it really means to be a part of a family. He has six children and I know it would be detrimental to his family if he could not be around to support them not only financially, but also emotionally as a father and husband. Mr. Jackson will do anything and everything for those he loves, family or not. He would give anyone the shirt off his back if they needed it.


I can confidently say that without meeting Mr.Jackson's daughter and seeing how they operated as a family, I wouldn't be the man today. I am currently a specialist in the United States Army with over 4 years of service. I have been stationed overseas as a paratrooper and I am now currently on the Border mission for the Texas National Guard. I have taken a lot of what I had observed and being a part of the Jackson family and implemented that into my leadership style. He is a leader, a role-model, and a key aspect in several peoples lives. I write you all this, to hopefully help you see who Mr.Jackson truly is. Not only for the sake of his family and community, but for everything he has done for me and helped me become. Adam Jackson needs to be home to help his family continue, to help his business continue to grow, and to continue helping our community. This past year and a half while being out on bond, Mr. Jackson has spent all of his time with his family, working, or helping out anywhere he can. He has and continues to grow as a man and has undoubtedly learned from his mistakes. Sir, when you are deciding his fate, please keep in mind who Mr. Adam is as a person, his family, and his impact.


Very Respectfully,


SPC Gunter Parker

Combat Engineer

Bravo company, 172nd BEB

March 3, 2024

March 1, 2024

Dear Judge Rudolph Contreras,

My name is Pedro Gaytan and I am writing this letter to speak on behalf of the character of Adam Jackson. I first met Adam in 2008 when he worked with me on my first job as an electrician. It was here where he shared with me his skills in the field. He took me under his wing and helped mentor me into not only being a better craftsman but also showed me the importance of passing your knowledge down to future generations. I worked with and around Adam on this job site until 2010 but we kept in touch over the next several years. In 2016 I reached out to him when I was laid off from my job at that time. He offered me a job on the spot to come work for him on a service truck. At the time this was not a great fit for me so while I appreciated his help and concern I had to pass on the job opportunity. Then next time I saw Adam was in 2019 where we met at a rally in our neighborhood supporting police officers and backing the badge. The turn out at this event was incredible and I know we were all proud of the amount of people and families from our community that came out to support our men and women in the police force. Especially in a time where morale for officers was low. In 2021 I was working for the school district and looking for a change. I once again reached out to Adam for his advice and potential help. I asked if he knew anyone looking for an employee. At this time Adam had just begun his new company and they were just getting up and running but he could make a call and get me a job at his old company. I told him to hold off for now because I still wasn't sure what I wanted to do. About a month later I received a call from Adam and he explained how his company was growing rather rapidly and needed some help running the day to day in order to increase efficiency. This is when he presented me with the job opportunity of being the company's project manager. While this was an uneasy decision for me given the risk of joining a newly formed company without having certainty of job security or knowing where the company could end up in the next couple years, I decided to take his offer. The reason for my decision was simple. While Adam could not give me any guarantees on the future of the company I knew no matter what he would do everything in his power to make sure I would be taken care of because this is the type of person he is. Over the next year we began to build the company together and began to employ more people and share our skills and knowledge with them. When Adam was arrested for the January 6th incident it was a big surprise and a huge hit to the company. But even from jail Adam did everything in his power to take care of his family, his company and his employees. We are a small hometown business and we consider and treat our employees like family. We all did everything we could to keep things going in his absence and to help him and his family in any way we could because we know he would do the same to us if we were in a similar situation. Since Adam's release he has done nothing but continue to grow the company. A company that has several people who rely on its success to provide for them and their families. When he isn't busy with work he spends the rest of his time with his amazing family. Helping his daughters in their careers, sending his oldest son to college then enrolling him in trade school and also raising his two youngest children who absolutely adore their father. I don't believe he deserves the charges he is facing but, I understand certain actions however well the intentions behind them have consequences. I only ask that while you are determining sentencing for Adam not to just see the action he is being charged with but to also see who he is as a person. No one is perfect and Adam, like the rest of us, has made mistakes in his life. However I know him to be an honest man and a caring person. Adam is someone that will do anything in his power to help those around him. He's what I would call a true friend. He is an amazing boss, a loving father, a devoted husband and a genuinely good man. Thank you for your time.

Pedro Gaytan

March 2, 2024

To whom it may concern,

My name is Preston. I am the husband to Adams oldest daughter and the father of his grandkids. From the first time I met Adam the first two things I noticed about him was he is very family oriented and protective of those he cares about. It took me a while to be fully accepted by him into the family, and it did not take me long to understand why. I made a comment saying (stepdaughter) referring to his oldest daughter and he taught me that step was not a word in his household. I have never heard the word step come from any of the family members referring to one another and Adam is the loving and caring cause of that. My grandfather always told me that to build a house you need a good foundation and even better mortar to hold everything together. As I seek advice as a father, Adam has taught me that the bond of family is the foundation, and the father is the mortar that holds the house together. Every time I see Adam, he reminds me of this not by his words but by his actions. Adam has not only become a father figure of mine but also a friend. After my second daughter was born, his first grandchild, our bond has grown stronger every day. Now I have another beautiful daughter that he loves dearly. He has definitely taught me a lot about how to be a friend, good person, and most importantly a good father. As I grow as a father, I am constantly looking up to Adam for advice and guidance. As I grow in the business world Adam has been helping me along the way, showing me the pros and cons of self-employment. Adam is more than just a good father and business owner he has also been an amazing friend as well. All around Adam is an amazing person and no matter what he will always be in my book of heroes. He truly is the best guy I know and I hope that everyone here can see and understand that Adam is important to us as a family. After all Mr. Jackson has taught me and hopefully everyone here today that A.D.A.M. is an Amazing Dad And Mentor.

Thank you,
Preston Goshorn
281-224-7150

28626 Rustic Branch Ln,
Katy, TX , 77494
3rd March 2024


**To Whom It May Concern:**


This is Ronald Lopes, currently residing in 28626 Rustic Branch Ln, Katy, TX.

I have known Adam for a couple of years now. He is a very good friend and has been very helpful ever since. He's loving, caring and a wonderful neighbor.

He has always been a respected person in the community, and a genuine person to everyone he has come across.


He tries to see things from another person's perspective and it has been a pleasure to have him around in the neighborhood. He's thoughtful of others, kind, courteous and remorseful. He's always supportive and there to help whenever needed.

I hope that this letter can go some way to show that he is a good person, and this testimony will be taken into consideration.



Yours truly,

Ronald Lopes
Email: rontheonly987@yahoo.com

Judge Contreras:

Hello, I'm Ryan Ojeda, a close friend of Mr. Adam Jackson's son. Mr. Jackson is like a dad to me; he has always been there for me and his family through any situation there is. The past 8 years of knowing Adam Jackson I've seen how much of a good man he is and a great dad and role model he is to his children. His youngest are 5 and 3 years old and they always look up to him because they love him so much, and they bring so much joy to his life. His kids really need him in their lives because life would not be the same without him, I know he would do anything to make them happy and doesn't deserve to be in this situation. Mr. Jackson's family, friends, community, and business need him home. He is the center of all of their lives and without him, you are altering so many people's lives. Mr. Adam has proven to be a great member of society, a wonderful role model and an outstanding man these past 2 years out on bond. He has only made positive impacts on those around him and continues to do so.  By taking him away from his family, friends, business, and community you are doing more harm than good. You are taking away a boss who is needed to keep his company afloat, a father who is needed to help mold the lives of his kids, a husband who is needed for his wife to lean on, and a member of the community needed to help those in need. Mr. Jackson needs to be home for thousands of reasons, but mainly for his family.


Ryan Ojeda

832-269-2449

March 2, 2024

- Adam@patriotserviceselectric.comYour honor…

I'm writing this on the behalf of Adam l jackson

I've known him for 25 plus years. And have watched him raise his kids and he helped me raise mine. He is an honest hard working American. And his family needs him home. I assure you. The world is a better place with him in it. A fare business owner that offers jobs to hard working Americans. He is the staple of what an American stands for and should be. And the removing him from his community is robbing the community of a leader and a good american.

Thank you

Ryan oliveri

To whom it may concern,

Please consider the following when evaluating Adams case. Firstly, I want to point out that Adam is a family man. He has multiple children who look up to him in many different ways. He has always taught them to be strong and to stand up for what they believe in no matter the cost. He teaches them to persevere regardless of their situation and he teaches them to love above everything else. He loves every one of his children more than anyone could ever begin to explain. I have known Adam for 10 plus years through his bonus daughter Hana and I have gotten to witness Adam with all his children. Never once did I feel threatened by him or scared of him. A man who is considered a "danger" would seemingly make me feel threatened or at least uneasy, but I never have felt this way around him. I have always been accepted by him and welcomed with open arms.

Secondly, Adam is as patriotic as patriotic can get. He loves his country and stands for the founding beliefs that this country was built on. He stands for what he believes in and does not back down. Adam is also an important member to his community. He has a company that serves the greater Houston area and is thriving. Someone who is a danger does not positively contribute to their community or raise loving kids.

Adam is also a husband to a woman who puts her heart and soul into her family. Jamie and Adam are a modern-day love story. She has and always will stand by his side through the good and the bad. She is strong but losing her husband for any amount of time will take a great toll on her and the young children that she is still actively raising.

I want to close with this. Adam and Jamie's oldest son was accepted to a college for football. Aj went off to college and played for a bit but has recently come home. When I asked Hana why he came home she told me it was because he wanted to be there in the event his dad was incarcerated. He planned on taking over as man of the house in the event his dad wasn't able to be there to do it. Adam and Jamie raised a young man that is willing to give up his hopes and dreams to help provide and be there for his family in the absence of his father. Please think about this when you are determining the kind of threat you believe Adam is to the people around him. He raised beautiful children, and he contributes to society in a positive manner. Putting Adam away will not just affect him, but it will uproot his entire family. Put yourself in his shoes, or his wife's shoes, or even his kids' shoes. Give grace like God says we are supposed to.

Thank you for taking this into consideration and please be just in your ruling. God bless.

-Savannah Shry
March 2, 2024
Savannah98@gmail.com

# Clinton Scott Hearn

3102 Cumberland Brook Ln. Katy, TX  77494 | 832-654-0607 | ScottHearn76@Gmail.com

March 1, 2024

District Judge Rudolph Contreras
333 Constitution Ave. N.W.
Washington D.C.  20001

Dear Judge Contreras,

I am writing to you on behalf of Adam Jackson, as he is scheduled to be sentenced in your courtroom for his actions related to the incident commonly referred to as "The January 6th Insurrection at the US Capitol".

I am sure you have a full docket and endless correspondence that requires your attention so I would like to thank you in advance for taking the time to read this letter.

I am confident you will receive numerous letters that speak to Adam's character and how his actions on January 6th were not an accurate representation of who he is as a husband, father, business owner, or member of his community.  I could fill multiple pages with Adam's positive attributes and my admiration for his ability to overcome obstacles he encountered as he established himself as a business owner, but I would like to give you a slightly different perspective into Adam and his personal life.

As people gain experience through life's journey, mistakes can often be the rudder that determines the destination unless course corrections are made along the way.  I would love to tell you that Adam has lived a mistake-free life, and I agree with and support every decision he has made; but that is not something I can do because everyone's journey is different.  For instance, Adam's decision to attend the protest at the US Capitol on January 6th, 2021, is a decision I fundamentally disagreed with, while I understand his reasoning, I still disagreed.

Feelings aside, if a crime is committed, there must be consequences.  As you contemplate the consequences you deem appropriate for Adam's actions, I ask that you take the following information into consideration and approach your decision impartially and with an open mind.

I have worked with Adam's wife (Jamie) for 15+ years and have gotten to know their family well.  I have had the privilege to watch as their oldest son (AJ) develop as a great athlete, ultimately earning an athletics scholarship to college.  I have watched their family grow, as their youngest daughter (Joanna) was born and their youngest son (Jace) was born; AJ is currently 19 years old, Joanna is 5 years old, and Jace is 3 years old.  Not only was I able to witness their grow in numbers, but I also watched as Adam grew as a man and father.

Like most coworkers, Jamie and I talk about our families, our weekends, our children and whatever else may be going on in our personal lives.  I would like to give you an idea of how this situation has already affected Adam and his family.

In the months that followed January 2021, there was tremendous uncertainty as to what would happen to Adam, the stress this put on their family is immeasurable, especially since AJ would be entering his Sr. year in high school.

In June 2022, Adam was arrested in their home and would be incarcerated for three months; this is when the collateral damage began.  False stories about Adam began surfacing, his family was being harassed and discriminated against and as an 18-year-old Sr. in high school, AJ had to blindly navigate through the chaos. Although AJ was able to graduate high school with Adam in attendance, his entire Sr. year was overshadowed by this situation.  Although AJ earned a college scholarship to play football, midway through his first year he decided to return home because he feels the responsibility to contribute to his household if Adam is not able to be home.

Due to no actions of his own, AJ's future has changed considerably by this situation.  The worst thing that could happen is the absence of his father while this young man is trying to find his identity and determine his future direction.

While Jamie has a support system, it will be difficult for her to financially maintain the needs of their household, along with their two other young children, leaving them in limbo.

 When considering the punishment you deem appropriate for Adam, please take this into consideration:  even though they are not directly involved, Adam's wife and children have been enduring the negative effects of this situation for close to three years and will continue to experience negative effects in the future.  Adam wakes up every morning knowing that he put his family in this situation, his actions have caused significant pain for the people he loves more than anything on Earth.

That feeling is a punishment that will never go away, he will carry that for the remainder of his life.

Lastly, I would like to add that most families in this situation would experience significant infighting and be torn apart, but due to Adam's remorse and acknowledgement of his mistakes, his family is behind him and continues to support each other.

As you approach your sentencing decision, please do so impartially and with an open mind and consider the toll this situation has already on Adam and his family.


Warm Regards,

*Scott Hearn*

Scott Hearn
ScottHearn76@Gmail.com
832-654-0607

Shannon N. Coleman

31235 Conover Drive, Fulshear, TX 77441

727-735-7923


To Whom It May Concern,

I have known Adam Jackson for the last 10 years.

As the father of my best friend, Mr. Jackson has always welcomed me into his home and family as if I were one of his own children.

I am privileged to go to family functions and on family vacations where he has been nothing but convivial, hospitable, and has always made sure we were all safe.

While I have known Mr. Jackson, I have seen him build a business from the ground up as well as build a beautiful, extremely close family.

His children are well behaved and are respected by their father, which is why it is important that Mr. Jackson be able to go home where he can continue to raise his children to be productive and good citizens and he can continue to expand his business.


Respectfully,


Shannon N. Coleman

March 3, 2024

To Whom It May Concern:

     I have personally known Adam Jackson, Sr. for the past six years and he is a very Christian man that loves his family with everything in him. Adam is just a great role model to his children as well as his children's friends of all ages. Adam works very hard to support his family as any father/husband would do. Adam and Jamie have six amazing children and three amazing granddaughters. Adams older children go to and look up to Adam for advice in regards to life decisions, business questions or concerns or when they need someone to talk to, all while the youngest children and granddaughters reach out to snuggle and play with him on a daily basis.

     I personally have seen the heartache and struggle that all this has put on the family as Adam faces the unknown. The struggle of Jamie (Adams wife) facing the part of having to raise the two youngest children while trying to stay positive for them. The struggle of going from a two-income family to a one income family in this world is added stress to this family as well. I believe that if Adam is sentenced away from his family, it will devastate his family, friends, and coworkers. Adam is not a violent person, nor would he do anything to personally, knowingly, or willingly harm anyone in his presence.  Adam is a person that would
give the shirt off his back if anyone asked because that is what his beliefs are, to "Love your neighbor as yourself."

     In closing, I know that you have taken the time to read everything that has been submitted to you in the case of Adam Jackson Sr. and we all THANK YOU from the bottom of our hearts. Our prayer from this case is to have you see the good side of Adam Jackson Sr. not for his family and friends but for himself and as a citizen of the United States of America who proudly stands for what is right.

**"'For I know the plans I have for you,' declares the Lord. 'Plans to prosper you and not to harm you, plans to give you hope and a future.' " – Jeremiah 29:11 NIV**

Thank you for your time,
Sheila Phelps
March 2, 2024
Sheilaphe@yahoo.com

Skye Perryman

346-213-3593

March 2, 2024

Dear Judge,


My name is Skye Perryman and Adam Jackson is my uncle. He has always been warm, welcoming, and even acted as a father figure to me. When my own dad shunned me, he was there for me and never once turned his back on me. He always goes above and beyond for his kids and extended family. He employs almost all of his children and their partners through his extremely successful business that he has built from the ground up. He has truly never shown a hint of anger or mistreatment towards anyone in my presence and this is why I can say with 100% confidence, he is an amazing, well respected man. He has a family that needs him right now, a family that leans on him and trusts him. We had family dinners every weekend where we would cook together and enjoy eachothers company. Adam Jackson spends every weekend with his family, and working when he needs to. By locking my uncle up, you are destroying a plethora of people's lives and doing nothing but hurting innocent people. Adam deserves to be  home, he deserves to be with his family, and he deserves to continue running his business. He has proven these last several months that he is an outstanding member of society, a law-abiding citizen, a hard worker, and a family man. Even prior to January 6th, he was doing nothing but working and spending time with his family and continues to do so today. Adam needs to be home for his family's happiness and well being, for his successful business to keep going, and for the numerous people who need him in this community. Please keep in mind his wonderful behavior while out on bond. He has proven himself as a man.


Sincerely,

Skye Perryman

Stephanie Holchak

22231 Cimarron Pkwy

Katy, TX 77450

Re: Adam Jackson

To: The Honorable Judge Contreras

My name is Stephanie Holchak, I have been a friend and a co-worker of Jamie Jackson, Adam Jackson's wife, for over two years. I am not very close to Adam but I have gotten to know him through the countless stories Jamie tells, videos and pictures I have been shown, the interactions with him when he comes and visits Jamie at work, and the get-togethers Jamie and Adam have thrown. I do believe Adam to be a very genuine person and there are two instances that stick out to me.

In April my husband and I attended a birthday celebration for Jamie. It was a small get together at their home with crawfish, cupcakes and yard games. Adam and my husband Travis partnered up to play a game of cornhole against Adam's oldest son - Adam Jr., and his friend. This game quickly became "Old Guys vs Youngins". One game turned into three…not so very short games. While the "old guys" gave it their best, the Youngins won each game. Jamie and I sat watching as everyone laughed, hugged, chased each other, and of course old guy vs youngins competitive banter. In watching I could really see how strong of a bond Adam and his son share, and it warmed my heart looking at Jamie who had such love and contentment on her face while she watched her husband and son. It truly was a wonderful day.

On August 15, 2023, my grandfather was put on hospice. We were told he had entered the end-of-life period so it would be any day that he passed. Every day I and other family members went to my grandparents' house to be by his side and to be with my grandma in his final hours/days. During these days, Texas was experiencing an extreme heatwave, with temps well in the 100's for the majority of the afternoon/evening. You couldn't keep your house cool without risking your AC. In addition to the central AC being on, we also had a portable AC unit running to try and keep my grandfather's room comfortable for him. My grandfather was also hooked up to an oxygen machine.

The evening of August 16, around 6:30pm, all the outlets along one wall in my grandfather's room went out. These, of course, were the outlets powering the portable AC unit and the oxygen machine. Doing all we knew to do and getting temporary setups going, I suddenly remembered Adam owned an electrical company, so I had my husband call him. My hope was maybe we could explain to Adam what happened, and he could give us a better idea of what was going on. Adam immediately said, "I'm on my way".

15 minutes later he was there. Not only was Adam able to fix the problem, but he also let us know of some other issues my grandmother needed to address sooner rather than later. He also wouldn't accept payment, even after we all asked multiple times "are you sure?".

About two minutes after he left, his wife Jamie texted me telling me Adam wanted us to know how sorry he was that he had to abruptly leave, he did not want us to think he was being rude, but he had to be home in time for curfew. I told her no apologies were necessary, especially since he dropped everything to come help my family, I was nothing but grateful.

The relief on my grandmother's face once he got the problem fixed was priceless. Although she wasn't happy about him not accepting payment, she finally agreed and told me multiple times to thank him again for her.

Adam could have easily said "I can't come out, call another company", but he didn't. While I know he wouldn't have risked curfew, if he couldn't have made it out, I truly believe he would have done whatever he could to help us, in whatever way he could have because I have learned that is just the kind of guy he is. I am not sure if he even realized the magnitude of what he did for my family that night.

When you get to know someone more so through stories that you hear, you create your own narrative about that person. When you interact with them in person, that narrative usually changes; sometimes for the better…sometimes not so much. Witnessing what I have in the short amount of time I have known both Adam and Jamie only solidifies my belief that he is a genuinely good person.

Thank you, Judge Contreras, for taking the time to read this.

Sincerely,

Stephanie Holchak

Tamara Jay

44750 Cary Ln, Hempstead, TX 77445

713-805-7894

March 3, 2024


Dear Judge,


My name is Tamara Jay, and I am writing this letter on behalf of Adam Jackson. I have known Adam since he was a teenager and I am the grandmother of his first biological daughter, Haley Jackson. Over the past 15 years, Adam has shown nothing but growth and has transformed into an astounding father, business owner, and member of society. Adam loves his kids more than anything, and he shows this everyday by being actively present in their lives and acting as a role model for each of them. Watching Adam throughout the years has been nothing short of amazing, and I am beyond proud of the man he has become. Adam needs to be home in order to support his family and run his extremely successful business. Adam Jackson has proved to be an exceptionally good man and has proven to the government who he is as a father, a member of society, and a business owner. He has shown that he can and does follow the law, he is shown that he is a good man, and he has shown that he makes an exceptional impact on several peoples lives. A plethora of people need him home and I ask that you think about the negative impact locking Adam up would do.


Thank you,

Tamara Jay

February 21, 2024

Dear Sir or Madam,

I want to take this opportunity to speak on behalf of Adam Jackson. I have had the pleasure of getting to know Adam over the past 2 ½ years through family functions, as our adult children are engaged and have children together. Adam has always been super respectful, polite and helpful. He goes the extra mile to help out whenever he can. The grandchildren absolutely love him and he takes time out to play with them and teach them how to be good human beings.

I once asked Adam to come to my house to help me with an electrical/air conditioning issue, and he took care of the entire issue and refused payment. That is just one example of the kind of guy he is. Always there to help out when he can.

I was a school nurse for 15 years and have been a high school Health Science teacher for the past 3 years. I have been around many people in my career and I have to say, Adam has more character than most people I have been in contact with. He has proven to be a good role model for his children, my children and their children and I hope you will take this into consideration. If you have any further questions, please feel free to contact me at 713-825-7424.

Tammy Goshorn, RN

Tammy Goshorn, RN

Tammy Pizzitola
5150 Hidalgo, Unit 803
Houston, Texas 77056


February 21, 2024

ATTN:  Judge Rudolph Contreras

I have known Adam Jackson for more than six (6) years professionally.   I am proud to say I have also gotten to know Adam personally since we both love talking about our families.   When I met Adam, he worked for a large reputable electrical company.  I am a general manager for a mixed-use high rise historic building downtown and when Hurricane Harvey hit Houston Adam and his team worked several months to put the building back together working day and night so people could have their homes back. Since then, I have watched Adam grow his own business which is a "family" business.  Adam is hard working, honest and a true family man that I am honored to call my friend.

If you have any questions for me, please feel free to contact me at 713-446-1107.


Tammy Pizzitola, RPA

To,

The Honorable Judge Rudolph Contreras

District Judge

Washington, DC

February 21, 2024

Your Honor,

I am writing this letter on behalf of Adam Jackson who will be before you on a case involving January 6. I have known Adam for 17 years; his spouse is employed by my company. I have seen firsthand what a great husband and father Adam is over the years, he has two very young children as well as a several that are older. I have attended football games, company functions as well as dinners, he has always projected a very calm and professional demeaner.

Adam is an electrician by trade and owns his own company and has performed many projects for my family including installing a whole house generator and in all cases the job was well done and professional. I have highly recommended him to neighbors and friends over the years and was always thanked by them for the recommendation since they were all very pleased with his work. Adam is a credit to our community and contributes by employing others in his company.

I hope the court understands that an individual that makes a poor choice over the matter of a few minutes does not ruin his entire life, when that happens our community suffers as well as his family. Adam has already suffered significantly because of this bad choice, and I would like to see justice done with his ability to stay with his family and our community.

Thank you very much for this opportunity to address your honor.

Terry W. Simonds

28322 Rolling Ridge Drive, Katy, Texas 77494

To whom it may concern,

I am writing to you regarding Mr. Adam Jackson.

Adam and his wife Jamie moved in next door over 2 years ago.
As a mother, and a woman, I would consider myself a good judge of character.

As parents of two impressionable boys, we do not hesitate to let Adam spend time with our children. Infact, most evenings my husband works late.
Our ten-year-old loves to throw the football around. Not only does Adam throw the ball with Blake, but he positively encourages our child to keep practicing and try out for the football team.

When you need a hand, he is there to help you. He is very involved in every aspect of his children's lives.

We are blessed to have wonderful neighbors.
The man you see before you is kind, gentle, and genuine.


Kindly,

Tina Wainwright
28611 Rustic Branch Lane
Katy, TX 77494

TOBY HILL
26503 THAXTON HILL LN
KATY, TX 77494
281-732-1546
March 1 2024

Your Honor,

I am Toby Hill. Houston area resident for 59 years. Father of 3, husband of 30 years, Navy Veteran and engineer.

I have the pleasure of Adam Jackson being more than just my neighbor. He has been my friend and confidant during our child rearing years. He has been and always will be a person we can depend upon when in need. He has a closer relationship with my son than all his aunts, uncles and grandparents combined. He has always presented himself in a respectable manner and never expelled signs of a deviant nature.

Since his mischievous actions that occurred, he has maintained a great relationship with our family.  I can see in him a changed nature of regret. As he speaks of the situation, I can hear his acceptance of being held accountable.

I understand that justice must be administered fairly for his actions. I ask of you please consider his value to our community. I can attest that he is a mentor to not just my son, but to many other young men departing high school to entering the workforce or college. To remove him from such would not be advantageous for our community. I ask that you administer some leniency in this matter before you.

Thank You
Toby Hill

March 4, 2024

To Whom it May Concern,

I am writing to share about the relationship and interaction I have had over the last 5-6 years with Adam Jackson. I have worked with his wife for about 6 years, so we have had a few occasions to meet as families for work related events. On those occasions Adam has been engaging with all in attendance and supportive of his wife's work commitments. They clearly share the routine stories couples share about the ups and downs of any job.

On a couple of occasions, I have reached out to Jamie to see if we could use Adam's electrical service expertise, and on each occasion, Adam has been responsive and help for the little issues and just answering questions and for more involved repairs as well. He is prompt, knowledgeable and true to his word in helping. Adam has many years' experiences working in the electric service and is generous with his knowledge, even with those of us he knows only a little. Clearly, he values not only his and his family's personal relationships, but also those of his wife.

We hope that the sentencing board will consider his family commitments, his community involvement and service, and his overall good citizenship when considering the terms of his sentence.

Thank you,

Tom Simpson

Hi, my name is Tracy Collier. I have known Adam Jackson for 20 yrs. He is the stepdad to my nieces, Alyssa, and Hana. He is a hard-working husband, father, and son. He loves his family and is a good provider. He always supported the kids in whatever sport they were in and went to their games. He loves getting together with family and friends. He is an abiding citizen and loves his country. He has 4 kids of his own, a 24- and 19-year-old, as well as 2 younger kids, 3 and 5 and has 3 granddaughters, 3, 2 and almost 1. They adore him. I pray that you would give him grace and let him continue to provide and lead his family from home.

Thank you for your time.
Tracy Collier
(713)320-4591
colliert8566@yahoo.com