1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

2

_____

3

United States of America,           ) Criminal Action
                                     ) No. 1:22-cr-00230-RC-2

4

                        Plaintiff,   )
                                     ) **Sentencing**

5

vs.                                  )
                                     )

6

Adam Lejay Jackson,                  ) Washington, D.C.
                                     ) **March 21, 2024**

7

                        Defendant.   ) Time:  2:30 p.m.

_____

8

9

**Transcript of Sentencing**
**Held Before**
**The Honorable Rudolph Contreras**

10

**United States District Judge**

11

A P P E A R A N C E S

12

13

For the Government:        **David Perri**
                           UNITED STATES ATTORNEY'S OFFICE
                           1125 Chapline Street, Suite 3000

14

                           Wheeling, West Virginia 26003

15

For the Defendant:         **Joseph D. McBride**
                           THE MCBRIDE LAW FIRM, PLLC

16

                           99 Park Avenue, 25th Floor
                           New York, New York 10016

17

18

Also Present:              Sherry Baker, U.S. Probation Officer

_____

19

Stenographic Official Court Reporter:

20

                           Nancy J. Meyer
                           Registered Diplomate Reporter
                           Certified Realtime Reporter

21

                           333 Constitution Avenue, Northwest
                           Washington, D.C. 20001

22

                           202-354-3118

23

Proceedings recorded by mechanical stenography.  Transcript
produced by computer-aided transcription.

24

25

1          P R O C E E D I N G S

2              THE COURTROOM DEPUTY:  This is Criminal Action

3     22-230, United States v. Adam Jackson.

4              Counsel, please step forward to the podium and state

5     your appearances for the record.

6              MR. PERRI:  David Perri for the United States,

7     Your Honor.

8              MR. MCBRIDE:  Good afternoon, Your Honor.  Joseph

9     McBride on behalf of Adam Jackson.

10             THE COURT:  Good afternoon.

11             THE PROBATION OFFICER:  Good afternoon, Your Honor.

12    Sherry Baker on behalf of the probation office.

13             THE COURT:  Good afternoon.

14             All right.  Mr. Jackson and defense counsel, have you

15    reviewed the presentence report as revised following the

16    defense and the government's submissions?

17             MR. MCBRIDE:  Yes, Your Honor.

18             THE COURT:  Any additional objections?

19             MR. MCBRIDE:  No, Your Honor.

20             THE COURT:  Any from the government?

21             MR. PERRI:  No, Your Honor.

22             THE COURT:  Under Federal Rule of Criminal Procedure

23    32(i)(3)(A), the Court will accept the presentence report as

24    its findings of fact on issues not in dispute.

25             This case falls within the Sentencing Reform Act of 1984

1    under which Congress created the United States Sentencing

2    Commission which has issued detailed guidelines for judges such

3    as myself to consider in determining the sentence in a criminal

4    case like this.  The commission has set the sentencing ranges

5    for specific offenses, and those ranges are contained in the

6    *Guidelines Manual.*  However, in light of the Supreme Court's

7    decision in *Booker*, the guidelines are not mandatory -- they

8    are advisory -- but must be consulted by the Court in

9    determining the appropriate sentence in a case.

10        Therefore, I will assess and determine the proper

11   sentence in this case by reference to and in consideration of

12   the guidelines in the first instance, but the guidelines will

13   be treated as advisory, not mandatory, and there's no

14   presumption that the guideline sentence is the correct

15   sentence.  The guidelines will be considered, along with all

16   the other relevant factors pursuant to 18 U.S.C. 3553(a).

17        Defendant has pled guilty to a lesser included offense

18   of Count 2 of the superseding indictment, assaulting,

19   resisting, or impeding certain officers, in violation of

20   18 U.S.C. § 111(a)(1).

21        As reflected in the presentence report using the

22   2023 *Guidelines Manual*, the base offense level is 14.  There's

23   a plus 4 enhancement for a dangerous weapon.  In this case,

24   this is the riot shield used in connection with the instant

25   offense.  There's a plus 6 for a victim government officer, and

1    the offense was motivated by such status.  That results in an

2    adjusted offense level of 24.

3         There's a 3-level decrease for acceptance of

4    responsibility.  That's 2 levels for clear demonstration of

5    acceptance of responsibility and 1 level for assistance in

6    investigation by timely provision of information concerning the

7    defendant's involvement by timely notification of intent to

8    enter a guilty plea.  That results in a total offense level

9    of 21.

10        With respect to criminal history, like many of the

11   January 6th defendants, this defendant has no criminal points,

12   but he does have a criminal history, albeit outdated.  At

13   age 17 he was involved in a criminal trespass; and, separately,

14   on two separate assaults.

15        At age 18, he was convicted for aggravated assault

16   with a deadly weapon.  Although he was given 10 years'

17   probation for the aggravated assault, it appears that in 2006

18   he served 30 days in custody for a violation after being

19   charged for unlawful possession of alprazolam, which I believe

20   is Xanax.

21        At age 29 he was arrested and charged with assault

22   causing bodily injury in what appears to have stemmed from a

23   domestic dispute, although this case was dismissed.

24        All that is to say that although this criminal history

25   is dated and does not result in points, defendant is not -- not

1    a stranger to assaultive behavior.  Regardless, he's in

2    Criminal History Category I.

3        The guidelines range for imprisonment based on a total

4    offense level of 21 and a criminal history category of I is

5    37 to 46 months.

6        Any objections to those calculations?

7            MR. PERRI:  No, Your Honor.

8            MR. MCBRIDE:  No, Your Honor.

9            THE COURT:  All right.  Thank you.

10       As I've said, under the law following *Booker*, the

11   guidelines are advisory, but they will be considered by the

12   Court in determining the proper sentence, along with all the

13   relevant factors.

14       Would the government like to address the Court regarding

15   sentencing?

16           MR. PERRI:  Yes, Your Honor.  Thank you.

17           THE COURT:  Okay.

18           MR. PERRI:  Your Honor, as the Court knows, we've

19   submitted a lengthy sentencing memorandum.  I don't have a

20   whole lot to say beyond that.  I just want to perhaps emphasize

21   a few things and maybe speak a little bit to what the defense

22   has submitted.

23       Your Honor, a lot of letters of support have been

24   introduced into this particular case, and everyone who drafted

25   a letter of support seems to agree that Adam Jackson is a

1    really good guy.  And given the things that people said, I can

2    understand why they think so.

3         But it raises the question, in my mind, as to who then

4    was the person that was at the top of the ladder encouraging,

5    egging on the person that couldn't wait to be part of the

6    violence at the mouth of the lower west terrace tunnel.  I

7    think that's a fair question.  It's so markedly different from

8    the person that is portrayed in the letters.  And I have no

9    reason to dispute those characterizations.

10        I'd like to play just one video and -- and revisit my

11   question:  Who is this guy, this Adam Jackson, who is wearing

12   a flag like a cape, using his body like a projectile, trying

13   to penetrate the defensive line at the lower west terrace

14   tunnel.

15              (An audio-visual recording was played.)

16              MR. PERRI:  The defense asked the Court to dismiss

17   this conduct as an aberration.  I don't think that we as a

18   country can afford to do that, Your Honor.  I don't think we

19   can just write it off, dismiss it as an aberration.  Nor would

20   it be rational to do so because the defendant does have some

21   relevant criminal history.  Although old, it is relevant to the

22   type of conduct in which he engaged in this case.

23        He wants the Court to be concerned for his family and

24   for his livelihood, and I certainly understand that.  But those

25   officers in the tunnel, Your Honor, they wanted to go home to

1    their families too.  They had livelihoods also that were on the

2    line.  They were just doing their job in an impossible

3    situation.

4         What we hear over and over again, Your Honor, when we

5    talk to these officers is that many of them didn't think they

6    were going make it.  It's hard to hear that because they're

7    talking about a situation in which they were dealing with other

8    Americans, not some situation where they were fighting

9    overseas.

10        Where was the defendant's concern for them?  Did he come

11   to their aid?  No.  He made their situation worse, more

12   violent, more dangerous.  Not only did he take it upon himself

13   to ram that line, but as you can see from the videos that we've

14   submitted as exhibits, that action had an invigorating effect

15   on the other rioters around.  They renewed their push, their

16   violence, their attack based on the audacity of Mr. Jackson's

17   actions.  You can see the individual with a table leg who with

18   renewed energy starts whaling on officers with that table leg,

19   which -- big enough of -- in and of itself also has a screw

20   sticking out of the end.

21        Defense counsel have submitted a thoughtful and thorough

22   memorandum and many letters of support.  But the question that

23   I'm still having trouble with is why did he think it was okay

24   to do that, Mr. Jackson?  Why did he think it was okay?

25        I saw one letter that talked about the defendant having

1    been, quote, cuffed up for exercising his right to speak freely

2    about his views.  What happened at the riot wasn't about free

3    speech.  It wasn't about protest.  It was about politically

4    motivated violence.  It was about a concerted effort to stop

5    the certification of the electoral vote.

6         No one -- no one -- is being prosecuted for exercising

7    their right to free speech or merely attending a rally.

8    They're being prosecuted for their criminal acts.  And

9    Mr. Jackson, accordingly, is being prosecuted for his criminal

10   acts.

11        Amazingly, one of those letters is written by the friend

12   who was at the top of the ladder with Mr. Jackson chanting,

13   "F-U.  We won't do what you tell us" and staring down the

14   police in the tunnel.

15        We would ask the Court to consider the 3553 factors in

16   making its decision, as I'm sure you will.  In particular the

17   seriousness of the offense, Mr. Jackson hit that line with

18   enough force to knock down two heavily outfitted officers; one

19   of whom -- the one that's referenced in the sentencing

20   memorandum, Officer K.H. -- initially planned to come in and

21   speak to the Court in the way of a victim impact statement.

22        He later changed his mind, citing the difficulty of

23   having to continually relive January 6th, 2021.  He said that

24   after he was knocked down, he felt rioters pulling on his leg,

25   trying to drag him out into the crowd.  He was also struck in

1    the leg by what felt like a metal object.  Not by Mr. Jackson,

2    but by other rioters.

3          This was an extremely dangerous situation.  I asked him

4    how long he was on the ground.  And his response was it felt

5    like an eternity.  In his absence, Your Honor, we would move

6    for the admission of his FBI 302 from a very recent interview,

7    March 7th.  I provided a copy to Mr. McBride.  It's only a

8    little more than a page, and we would move for the admission

9    for that as United States Exhibit No. 6.

10          THE COURT:  Any objection?

11          MR. MCBRIDE:  No objection, Your Honor.

12          THE COURT:  It's admitted.

13          (Government Exhibit 6 admitted into evidence.)

14          MR. PERRI:  The other factor we'd like to draw the

15    Court's attention to is the deterrence value of the Court's

16    sentence.  The public at large -- and even more so the

17    extremist elements of our society, Your Honor -- need to know

18    that political violence is not acceptable and that if it

19    happens, the perpetrators will be held accountable.

20          Thank you, Your Honor.  Nothing further.

21          THE COURT:  All right.  Let me ask you a couple of

22    questions because this is not the more straightforward of the

23    types of cases I've been seeing.

24          How should I consider the fact that, clearly, they were

25    drinking quite a bit, and that's reflected in the video?

1          MR. PERRI:  Well, I would suggest, Your Honor, that

2     there's no evidence of impairment.  So as the Court well knows,

3     intoxication is not a defense.  It's not like he was out of his

4     mind.  He may have been hopped up.  He may have been riding a

5     high, so to speak.  But I certainly think that he had all of

6     his faculties and he went into this situation knowing exactly

7     what he was doing.  You don't stand on top of a high ladder if

8     you're impaired.  So I don't think --

9          THE COURT:  Or one could argue the opposite too.  I

10    would not stand on a high ladder in a crowd unless I was

11    impaired.

12         MR. PERRI:  Fair point, Your Honor.

13        So don't think that it's a significant consideration,

14    certainly not one that would justify the type of variance that

15    the defense is seeking in this case.  Again, it goes back to my

16    question of what was he thinking.  I don't know.  So that's how

17    I would respond to that, Your Honor.

18         THE COURT:  All right.  And the other major thrust of

19    the defense pleadings concerns the collateral damage of sending

20    him to prison and the business possibly shutting down and

21    putting half of his family out of a paycheck.  How do you think

22    I should consider that?

23         MR. PERRI:  I -- I don't think that those impacts,

24    those consequences, are outside of the heartland of the types

25    of things that families typically experience when their loved

1    one commits an offense and is held accountable with a sentence

2    of incarceration.  Of course, they're not going to be able to

3    work at their job anymore.  Of course they're not going to be

4    home to fulfill the roles that they typically do.

5         I know that the defense cited some cases, but those

6    cases seem to be more outside of the heartland of extreme

7    hardship; you know, somebody being disabled or something like

8    that.

9         I don't want to minimize the impact that Mr. Jackson's

10   absence will have on his family.  But, again, one of those

11   officers could have been seriously injured as a result of his

12   behavior, and he wasn't thinking about that then.  So I don't

13   know -- I don't know that it should carry as much weight as the

14   defense thinks it does.

15        THE COURT:  Okay.  Thank you.

16        All right.  Mr. McBride.

17        MR. MCBRIDE:  So I have a little bit more to say than

18   Mr. Perri.  So with the Court's indulgence, I'll proceed.

19        THE COURT:  Sure.

20        MR. MCBRIDE:  Thank you, Your Honor.

21        THE COURTROOM DEPUTY:  Mr. McBride, will you be

22   trying to show the exhibits?

23        MR. MCBRIDE:  Thank you.

24        So I just have a brief matter of housekeeping.  I'm

25   assuming that, of course, the exhibits that we have submitted

1      have been reviewed by the Court.

2                  THE COURT:  I have.

3                  MR. MCBRIDE:  And because of that, we'll -- we don't

4      have another need to reshow them today.

5                  THE COURT:  That's correct.

6                  MR. MCBRIDE:  Thank you.

7            Adam Jackson is joined today by his beautiful wife,

8      Jamie, sitting over there in the second row in black.

9                  THE COURT:  I recognize them all from the video.

10                 MR. MCBRIDE:  Thank you, Your Honor.

11           And Adam, Jr.  And for the purposes of the record and

12     for the sake of posterity, he's also joined in spirit by his

13     daughters Haley, Alyssa, and Hana; his little boy Jace; and his

14     little girl Joanna, both toddlers.  Joanna, of course, is

15     affectionately known as Jojo.

16           Adam is also joined by the 59 members of his community

17     who submitted sincere, well-thought-out sentencing letters

18     asking this Honorable Court to look past the coldish nature of

19     the sentencing guidelines and into the heart and life of this

20     contrite and sorrowful man who sits before you today.

21           Adam Jackson is a good man, and good men learn from

22     their mistakes; and Adam has, undoubtedly, learned from his.

23     As Your Honor knows, there's something very different between

24     the criminal mind and that of a good man.

25           The criminal mind is darkened, it's forever scheming,

1    and is certainly allergic to accountability.  Hardened

2    criminals, predicate felons, they arguably -- they're the worse

3    of the lot.  They prey on the innocent without regard for the

4    pain they're causing as they carry out their crimes.  Then they

5    come to this Honorable Court, before Your Honor, and they stand

6    here and they tell you how they're sorry and how they've

7    changed.

8         And in some certain senses, it's true.  In a whole lot

9    of circumstances, it's not true at all.  More times than not,

10   they have no empirical evidence to show for it.  I'd submit

11   that the sentencing guidelines were written for guys like these

12   to ensure accountability, to make sure that the punishment fits

13   the crime; to protect society from future violence; and, in

14   certain cases, to foster and consider rehabilitation and

15   reintegration.

16        Adam Jackson is different, very different, than the

17   man who came to the Capitol on January 6th, 2021.  I mean,

18   he was already a good man that day, but he's different today.

19   And I'm not just saying that.  Of course, you're sentencing

20   the man who sits before you today, not Adam Jackson on

21   January 7th [sic] of 2021.

22        Let's just briefly look at the last almost 1200 days of

23   his life since January 6th.  During that time, Adam has not

24   broken a single law, nor has he failed to comply with court

25   instructions in the last 1,170 days.  If you break it down a

1    little further, if you look at his post-January 6th conduct,

2    immediately after January 6th he said some stupid things on

3    text messages to his friends.  It was a bit of a cooling-off

4    period.  And then he calmed down and began to realize the

5    gravity of what happened and he said, "Oh, man, this isn't such

6    a good thing that I participated in."  And much of that is laid

7    out in our papers and reflected in the PSR and in the

8    sentencing letters.

9         But it is worthy to -- to note that Adam was not picked

10   up until January -- until June 7th of 2022.  So that's 517 days

11   of unsupervised, voluntary, good behavior between the day of

12   January 6th and the day he was arrested.  Criminals, men with

13   violent dispositions, men who are unfit to society would have

14   used that time to their advantage.  Mr. Jackson did not do

15   that.  And that is the good man who sits before you here you --

16   before you here today.

17        Adam was, of course, incarcerated pretrial for almost

18   3 months.  Eighty-five days to be exact.  So it's almost

19   3 months.  After his June 22 arrest, he did that time at

20   Northern Neck Regional Jail.

21        And Northern Neck Regional Jail is a disgusting,

22   violent, filthy facility.  It's overrun with roaches and rats.

23   I know this from my own personal experience in going there,

24   visiting there, filing habeas motions in other cases, and

25   from the fact that in one of my other January 6th cases we

1    filed -- in a habeas motion, 14 members of Congress penned a

2    letter to the Bureau of Prisons Director Michael Carvajal

3    demanding the prison clean up its act and, in particular,

4    treat the January 6th guys a little bit differently than the

5    treatment that they were getting.  Director Carvajal, in

6    response to that letter, resigned from the BOP, after 30 years,

7    3 days later.

8         In addition to the bedbugs and the roaches and the rats

9    and other vermin, the men who were housed there were regularly

10   denied access to open sky and fresh air.  Of course, they were

11   held in solitary confinement for extended periods of time,

12   arguably due to concerns related to the pandemic.

13        Be that as it may, it was a hard almost 90 days of

14   incarceration for Adam Jackson.  Adam never complained during

15   that time, nor was he disciplined.  He followed my

16   instructions.  He believed in the integrity of this Honorable

17   Court, and he was released by Your Honor on the 30th of August

18   of 2022.

19        He reported to pretrial services the moment he went

20   home, and he has successfully complied with the conditions of

21   supervised release since that time, which as of today is an

22   additional 570 days.  Adam Jackson has not broken a single law

23   or failed to comply with the Court's instructions in the last

24   1,170 days.  This demonstrates respect for this Honorable

25   Court's instructions.  This demonstrates respect for the rule

1   of law in society.  This is proof positive that Adam is not a

2   danger to society but fit to live and reintegrate fully into

3   it.  This supports the fact that Adam's behavior on January 6th

4   was an aberration in his life.  The exception, Your Honor, not

5   the rule.

6         Before I discuss the 3553(a), I just want to talk a

7   little bit about justice and life.  I personally -- I'm the son

8   of an Irish father, whose great-grandparents immigrated to

9   Brooklyn during the potato famine, and a Puerto Rican mom born

10  in Spanish Harlem.

11        My brother, Anthony, a paranoid schizophrenic, was

12  wrongfully accused and convicted of a crime in 2005.  Anthony

13  was 1 of 18 foster kids who passed through my home during my

14  youth.  No one wanted him so my family adopted him.  We gave

15  him our last name and made him one of us.

16        Sure, when my brother was wrongfully convicted in 2005,

17  my heart was broken, and it hurt me deeply.  But when I looked

18  in my mom and dad's eyes and their face that night, it was

19  their broken heart that changed me forever.  And at that

20  moment I decided to become a lawyer to get my brother out of

21  prison.

22        It took me 10 years to become a lawyer.  And by the time

23  I was admitted, my brother had maxed out.  He returned home.

24  But I began my career as an intern with the Innocence Project

25  and then 5 years as a Manhattan public defender, committed to

1    fighting for justice.  I learned during that time that the
2    consequences of incarceration not only ravaged my entire
3    family, but entire populations of people.  I also learned that
4    out of something gravely evil, a greater good could come from
5    it.
6        Judge, I don't know much about your life history.  I do
7    know that I look up at you and I see a man who does not look
8    very different from me.  Apart from our dashing good looks and
9    locks of flowing blonde hair, I see a man who has risen to the
10   heights of the legal practice, a judge in D.C. District Court
11   whose name is not Smith, Marshall, Black, or Johnson but
12   Contreras.  And I say wow.
13       And it is to this man that I appeal for mercy on behalf
14   of Adam Jackson.  It is to this man, a man with his own family
15   history, the young man who went college, then law school, and
16   became a judge to administer justice, a man whose reasons for
17   doing so, although different than my reasons, are just as
18   memorable or just as important, now just as powerful.
19       Judge, we all remember the 2008 subprime mortgage crisis
20   and the corresponding housing market collapse and the Great
21   Recession that followed.  It was a disaster.  The economy was a
22   disaster.  Tens of thousands of American citizens lost their
23   homes.  And then Bear Stearns collapsed, and the world went
24   huh.  Did a major financial institution just collapse?  And
25   then shortly thereafter, the Lehman Brothers collapsed.  And

1    everyone went OMG, WTF is happening.

2        America and the world began to panic.  What would be

3    next?  If JPMorgan or Chase Bank of America -- or Bank of

4    America collapsed, the consequences would be unthinkable.

5    After an intense investigation, it was determined that these

6    financial institutions were at fault for the mortgage crisis.

7    Many people, some of whom I personally know, and you likely

8    know, had their life savings and retirements wiped out.  As a

9    result, they were furious and they wanted justice.

10       And then what happened?  Then President Obama gets on

11   TV and he says, "We're going to bail out the banks."  Some

12   people scratched their heads.  Others were mad, and most people

13   just did not understand what was going on.  And then the phrase

14   came out that defined America for the next 10 years, "Too big

15   to fail."

16       People said, "How could you bail out the banks after

17   what they've done?"  And the justification went something like

18   this:  The banks have served America well.  Sure, there were

19   some bumps along the way, like the stock market crash of 1929,

20   but when FDR stepped in and regulated the banks.  Look at the

21   progress of America since then.

22       Therefore, the banks are redeemable and the housing

23   crisis an aberration in their behavior.  The exception, not the

24   rule.  As such, and despite their wrongdoing, approximately

25   $787 billion were allocated to the banks because if those banks

1    shut down, the consequences to the lives of innocent American

2    citizens would have been in unmitigable financial disaster.

3    The banks were too big to fail.

4          Now, when we juxtapose the financial crisis with

5    Adam Jackson and his family, we see many of the same things.

6    Like the 1929 stock market crisis, Adam Jackson had some

7    difficulties with the law early in his life that required

8    government intervention.  Analogously, after said government

9    intervention, Adam, like the banks, changed his behavior for

10    the better and built a wonderful life.

11          But, then again, down the road, like the 2008 mortgage

12    crisis, Adam behaved recklessly and irresponsible on

13    January 6th.  And like the banks also, if Adam Jackson is

14    incarcerated, the tidal wave of financial destruction that will

15    hit his family will be unmitigable.  They simply will not be

16    able to recover from it.

17          Adam Jackson is a husband, a father, a grandfather, a

18    brother, a business owner, a mentor, a role model.  He runs a

19    successful business named Patriot Services Electric, which he

20    built from the ground up with his wife, Jamie.  Adam is known

21    for caring for his employees and helping many in his community.

22    He grew up under financial -- under modest financial

23    circumstances, just above the poverty line, in a lower

24    middle-class setting.

25          He's never run from the fact that he had trouble as a

1    teenager or a young adult or that he was sentenced to 10 years

2    of probation in 1997, which he completed.  Adam freely admits

3    that he struggled with substance abuse as a young man and he

4    has had anger issues over the course of his life.  But he also

5    points to the fact that he has grown into a respectable member

6    of his community since that time.

7        Adam, therefore, is a prime example of a man who can

8    change his life around completely after a judge chooses an

9    alternative to incarceration.

10       I want to talk a little bit about January 6th, Adam's

11   reason for coming, and the fact that it was truly an aberration

12   in his law-abiding life.  Adam thought the 2020 presidential

13   election was incorrectly decided.  Because of this, he traveled

14   to Washington, D.C., in good faith, to hear then-President

15   Trump speak on January 6th, 2021.

16       His intentions were to participate in political protest

17   and to hear the President's speech.  All of this is protected

18   by the First Amendment.  At some point, we know that Adam

19   crosses the line from protected speech into the land of

20   criminality.  But it is important to look at the fact that his

21   initial intent was -- was good.  It was constitutionally

22   protected, and it was made in good faith.  Adam planned and

23   decided to stand in solidarity with people who shared his

24   views, absent knowledge of suspicious or planned violence or

25   personal intent to be violent in any way.

1      And as laid out in our underlying papers, he went on a

2  guys' trip, something that he had not been on in over 10 years.

3  And when him and his three old pals and his brother and his --

4  I want to say college roommate because they were 21, but he was

5  the trade school roomie at the time.  He hadn't seen him in

6  7 years.

7      They get to the Capitol -- they get to the Ellipse

8  around 5 o'clock in the morning.  It's cold out.  They're

9  dressed in -- in Texas clothing on a January day in

10  Washington, D.C., and the three amigos, the three geniuses, the

11  brain trust, decides, you know, let's drink whiskey to stay

12  warm.  Not the smartest move.  But that's exactly what

13  happened.

14      By 10:00 o'clock a.m. there's an estimated 30,000 people

15  on the Ellipse.  President Trump begins his speech at

16  approximately noon.  Throngs of people are headed to the

17  western terrace by 12:30.  At 12:30 p.m. Adam Jackson's going

18  off to lunch and drinks with his buddies around that time.

19      The first material breach of the western terrace occurs

20  by Ryan Samsel at 12:53 p.m.  Multiple breaches occur on the

21  eastern and western sides of the Capitol by 2 o'clock p.m.

22  The --

23           THE COURT REPORTER:  Hold on.  You need to slow down.

24           MR. MCBRIDE:  If I go too fast again, just throw

25  something at me.  I'm sorry.  It's the Brooklyn in me.

1      The Joint Session recesses at 12:20 and the evacuation

2  ensues.  Adam is not at the Capitol at this time.  He's not

3  responsible for this stuff.  He heads back to his hotel, and

4  he's drinking more with his pals.

5      The east Rotunda doors are breached at approximately

6  2:30.  Actually, Ashli Babbitt is shot and killed at 2:44.  A

7  full-scale riot breaks out on the western terrace by 3 o'clock

8  p.m.

9      Adam shows up drunk on the western terrace around 4:15.

10 Justin Winchell, when we're referring to Rosanne Boyland's

11 death, cries out, "She's dead.  She's dead" at 4:26.  News of

12 Boyland's death circulates across the western terrace by 4:40.

13 At approximately 4:45, Adam Jackson is angered after learning

14 about Ashli Babbitt and Rosanne Boyland.

15     He has pent-up frustration from being locked down in his

16 hometown, COVID, and the business, and all these things that

17 are happening over the past few years.  And at 4:47, in an act

18 of protest, he takes an additional swig of whiskey -- it's

19 right there in the video -- and he throws a soft construction

20 cone at police.

21     He is then handed a riot shield and decides to charge

22 the police line like a drunken idiot.  Adam runs into the line

23 of officers who are fully clad in riot gear.  He falls the

24 moment he makes contact.  He then realizes that he's bleeding

25 from his head, and he makes the journey home.

1    Now, I don't want to minimize Adam's participation in

2    the greater events of that day, but I do want to point out the

3    fact that Adam Jackson has not been charged with group assault.

4    He has not been charged with -- he has not pled guilty to a

5    group assault.  He has not pled guilty to conspiracy.  He has

6    not pled guilty to civil disorder.

7    Civil disorder is what happened there.  He's not charged

8    per se with participation with the group.  So while the -- the

9    actions of the mob are relevant, to an extent, at some point

10   Adam has to be peeled away and his actions judged as the

11   individual.  So you've got to look at what did he do, him and

12   his two friends.

13   He gets up on the ladder; right?  AUSA Perri said,

14   "Who's the guy on the ladder?  You know, what's going through

15   his mind?"  Well, the guy that's on top of the ladder is a

16   husband, a father, and a grandfather, and a business owner

17   who's drunk and who's pretending that he's at one of his son's

18   football games.  He's in the cheap seats.  He climbs up on a

19   ladder to get a better look.  He says, "Go, go, go, go."  He

20   gets down, and he tries to cross the goal line.  He gets stuck

21   at the goal line.  He cuts his head and he goes home.

22   Unfortunately, we know that there were a lot of

23   other bad actors there that day.  But Adam Jackson was not

24   one of those guys.  He did something stupid.  He did something

25   that was drunken.  He did something that he never should have

1    done.

2         Now, I don't raise his voluntary intoxication as a

3    defense.  As AUSA Perri rightfully pointed out, voluntary

4    intoxication is not a defense to a crime, but it does serve to

5    add some additional context as to why an otherwise law-abiding,

6    good man with everything to lose would do something like this.

7    Alcohol will reduce your inhibitions and get you to do things

8    that you normally wouldn't do.

9         Adam's conduct relative to that of other Capitol rioters

10   is objectively less problematic than those who planned,

11   coordinated, and executed a premeditated paramilitary attack on

12   the Capitol.  Adam's conduct is also less problematic than

13   those who prepurchased weapons and/or tactical gear and then

14   used that stuff to attack the police.

15        And it is also very important to highlight, since we're

16   talking about the mob -- and the mob has been a part of the

17   case and a part of underlying papers and arguments -- that

18   Adam Jackson is not a part of any hate group or extremist

19   group.  He wasn't then and he wasn't [sic] now.  He never was

20   and he never will be.

21        And, of course, Adam Jackson never entered the

22   Capitol Building.  And that's one of the big defining factors

23   of this day.  Did you go into the Capitol?  The answer is

24   unequivocally no.  Adam Jackson traveled to Washington, D.C.,

25   to exercise his First Amendment rights, to protest, yet ended

1    up wrongfully interacting with the police absent premeditation.

2    An action he regrets deeply.

3           When judged on a sliding scale from the most serious

4    offenders to the least, his conduct clearly falls in the

5    category of the least serious offenders.  Again, we --

6           THE COURT:  I have to disagree with you there.  I

7    mean, lots of people who did just walk through the Capitol I

8    have not imprisoned.  Assaulting an officer is far more

9    serious.

10          MR. MCBRIDE:  Understood, Your Honor.

11          If I may clarify then.  So there are groups of people

12   who went into the Capitol and did not go into the Capitol.  And

13   I think it's fair to say that crossing the threshold of the

14   Capitol is -- is a problem in and of itself.  So he's not a

15   part of that group of people.

16          And then there are groups of people who have assaulted

17   police officers in one way or another.  Adam Jackson is a part

18   of the group of people who assaulted police officers, but he is

19   not a man who sprayed bear spray into the face of a police

20   officer.  He's not a man who brandished a weapon or -- or tased

21   a police officer.  He's not a man who put his hands on an

22   officer and dragged him into the crowd like what happened to

23   Officer Fanone.  He's not a man who hit Officer Craig over the

24   head with a baseball bat in the mouth of the tunnel.

25          So when you look at the -- the broader scale of guys who

1    assaulted officers, I would -- I would submit, respectfully,

2    that on the -- on the sliding scale of assaulters, he's on the

3    lower end of that scale.

4        I think it's also worthy to note -- and I -- I know that

5    when I brought this up in bail arguments, Your Honor scorned me

6    about this, but I'm going to bring it up again, about the BLM

7    riots and stuff like that.  I know Your Honor's position on

8    that.  For sure I've done my homework at this point.

9        But it's worthy to note that January 6th did not happen

10   in a vacuum.  America was literally on fire for a couple years

11   preceding up to it.  And I would submit that January 6th is the

12   end result, the culmination; although the worst protest of all

13   those protests.  It's another one of those protests that got

14   out of hand.

15       But we saw in other circumstances where people have done

16   all types of things, and -- and it just sort of became a part

17   of the protest culture.  It's not an excuse.  I'm just giving

18   context as to why January 6th was a little bit more wild and

19   inappropriate and got out of hand.  It didn't happen -- it

20   didn't happen -- it wasn't an isolated incident.

21       It was -- it was one of -- of a series of protests and a

22   stream of protests that were all interconnected for political

23   reasons that -- where people came out of their houses, whether

24   it was for George Floyd or for the election.  Lots of people

25   crossed the line from protests protected under the

1  First Amendment into violence.  He's one of those people.  I'm

2  just saying he's not alone.  He's not alone on January 6th, and

3  he's not alone in the three years that preceded it.

4        So -- find myself here.  I apologize.

5        The government has argued that the appropriate sentence

6  for Adam Jackson's 111(a)(1) guilty plea is 41 months.  We

7  disagree for several reasons, and most of the reasons are laid

8  out in our papers and what I said so far today.

9        There are some other cases that we laid out in our

10  motion, our sentencing memorandum, where defendants were -- who

11  we submit objectively, committed assaults more egregious than

12  Adam Jackson's yet received sentences much further -- less --

13  significantly less than what the government is asking for

14  here.

15        As cited in our papers, Mark Jefferson Leffingwell --

16  it's 21-cr-005-ABJ -- he pled guilty to the 111(a)(1),

17  assaulting two officers inside the Capitol, sentenced to

18  6 months of incarceration.

19        Grayson Sherrill, 21-cr-282-TCS, he pled guilty to the

20  111(a)(1) for assaulting an officer with a metal pole that he

21  later took inside the Capitol.  The government asked for

22  41 months, and the Court sentenced him to 7 months of

23  incarceration.  Again, significantly less and objectively --

24  I would say objectively more offensive because these are

25  assaults on officers inside of the Capitol, not outside of the

1    Capitol.

2         And then you have a defendant David Alan Blair

3    21-cr-186-CRC, he pled guilty to civil disorder.  While a bit

4    of a different charge, the facts are analogous.  They're on

5    point.  He struck an officer in the chest with a lacrosse stick

6    adorned with a Confederate flag, and he was sentenced to

7    5 months in prison.

8         I respectfully submit that these cases support the

9    conclusion that Adam Jackson's almost 90 days in jail and over

10   a year of pre- -- of supervised release lends and is supportive

11   of the conclusion that time served is appropriate here.

12        There are 60 -- 59 letters -- 60 letters in support of

13   Adam Jackson's sentencing memorandum.  Family members submitted

14   23; neighbors and friends, 27; professional acquaintances, 9.

15   And Adam, of course, wrote a letter of contrition himself.

16   These letters describe Adam as extraordinarily devoted to his

17   wife and six children, two of which are very young.

18        Adam's family -- and this is -- this is the crux of

19   what -- what we're talking about here today.  This is -- the --

20   the financial fallout of -- of -- if Adam Jackson is

21   incarcerated, the damage that will be done to his family

22   significantly outweighs the need for further punishment in this

23   case, certainly incarceration.

24        Adam, he owns -- well, before I get to what he owns, I

25   want to talk about the cases that we cited, very quickly.

1    Courts have granted downward variances, which is what we're

2    asking for here based on the defendant's family circumstances.

3    Our sentencing memo cites three cases.

4         There's *United States v. Martin*.  That's 520 F.3d at

5    87.  It's a First Circuit decision in 2008.  In that case a

6    downward variance was approved based, in part, on the support

7    that the defendant stood to receive from his family and the

8    defendant's personal qualities indicating his potential for

9    rehabilitation.

10        Then there was *United States v. Muñoz-Nava*, 524 F.3d at

11   1137, a Tenth Circuit decision from 2008, where a downward

12   variance was granted where the record supported the finding of

13   extraordinary family circumstances because the defendant cared

14   for his 8-year-old son as a single parent and had elderly

15   parents with serious medical problems.

16        And, lastly, *United States v. Lehmann*, 513 F.3d 805,

17   Eighth Circuit decision from 2008.  This is a *per curiam*

18   decision.  And here the Court affirmed a downward variance,

19   concluding that a prison sentence would negatively affect the

20   defendant's disabled young son.

21        So under *Martin*, Adam Jackson -- a variance is

22   appropriate under *Martin* based on the support that Adam will

23   receive from his family, based on his personal qualities, his

24   life history, his characteristics, all of which speak to a

25   tremendous potential for rehabilitation.  That is what the

1    court used in that case for a justification.

2         Extraordinary family circumstances were found in the

3    *Muñoz-Nava* case because of the 8-year-old son and in -- because

4    of the elderly parents with serious medical problems.

5    Analogously, Adam Jackson has 11 people whose financial

6    well-being depend on his ability to operate Patriot Freedom

7    Services, including two young children and two elderly parents;

8    one crippled with Parkinson's and the other with debilitating

9    back pain related to the military service that he had and --

10   and life as a blue-collar worker.  Adam's father cannot even

11   barely come out of the house.

12        And in -- under *Lehmann*, where the Eighth Circuit,

13   again, affirmed a downward variance because it would negatively

14   affect the defendant's disabled son, you have Adam's son,

15   Adam, Jr., who's already dropped out of college.  Adam Jackson

16   also has two young children, toddlers, who depend upon him for

17   financial, emotional, and physical support.  And although not

18   disabled, his kids are far too young to care for themselves.

19        When you combine that with the fact that Adam Jackson's

20   parents, both exclusively dependent on him as well, it becomes

21   very apparent, very quickly that should Adam be incarcerated,

22   the financial damage that will hit his household, they just

23   won't be able to come back from it.

24            THE COURT:  Obviously, his very poor decisions put

25   them in a very difficult place.  That's on him.  That's not on

1     me.

2             MR. MCBRIDE:  Without question, Judge.  And I don't

3     mean to suggest that it's on you.  What I'm trying to -- to

4     suggest is that there are cases where these types of

5     circumstances, where a man like Adam Jackson, who's a good man,

6     doesn't have a hardcore criminal history, he's got zero points

7     on his -- regarding criminal justice contacts and history, that

8     a good man like Adam Jackson who has people in his life who

9     depend on him, in those circumstances these cases speak to the

10    fact that if he were to go in, that these people would have a

11    very, very difficult time fending for themselves out in the

12    world.  And that the ripple effect from that is -- is -- is

13    unfair to the point where an alternative to incarceration or a

14    sentence of time served may be proper.

15             It is not like Adam Jackson hasn't done any jail time.

16    He's done almost 90 days, and he's been under supervised

17    release for a very long time.  So with -- with the deepest and

18    most profound respect for the Court, this is not an attempt

19    to -- to elicit -- to make you feel guilty or to elicit that

20    kind of pity.

21             It's just to say this has been recognized by courts that

22    guys like him, you know, maybe -- maybe him -- maybe going to

23    jail isn't the best thing.  Maybe staying out -- and he has a

24    lot more -- AUSA Perri was talking about the seriousness of the

25    crime and the need to deter conduct; right?  So what greater

1    need to deter conduct than your family?

2        He went in on -- when he went in, he lost his first

3    business; right?  He had hoped that his previous partner was

4    going to be able to have that business and hold it up for him.

5    The business went under.  We were able to get him out in enough

6    time where he came out and he started another business.

7        And he employs his whole family in that business; right?

8    So they even -- and this business, Patriot Services Electric,

9    they rely even more substantially on Adam.  He's the face of

10    the business.  He goes on estimates.  He does the jobs.  He's

11    got the licensing.  You name it.  This is the guy who runs the

12    show.  Everybody is underneath him.

13        So without -- without him, they're just not going to be

14    able to do it.  And in conjunction with that, you have, like,

15    the support letters from Adam Jackson's father, for instance.

16    He says, "I am 73 years old, and my body is broken.  My back

17    has given out due to years in the military and years of working

18    as a laborer.  On top of my struggles, my wife suffers from

19    Parkinsons.  We can hardly get around and depend on Adam

20    greatly in our day to day lives.  Not only in a physical way,

21    but in a financial one as well, he is the one that keeps my

22    wife and I's small business afloat.  I fear what will become of

23    us if Adam is no longer around to give us the assistance we

24    need to survive."

25        Support letter from his mother, Susie Jackson.  "With

1    his father being almost crippled with a bad back and myself

2    suffering with Parkinsons disease, he's our biggest support

3    system.  He helps our little company by making sure we have

4    enough work and employees to maintain our livelihood month to

5    month, even if that means letting us borrow his employees or

6    getting out there doing it himself . . .  Without Adam, our

7    world would crumble, and that's a very scary thing to anyone."

8          And what I'm trying to -- well, what I hope to

9    respectfully get across to you in my own way here today is that

10   the Jackson family business will fail if he's -- if he's -- if

11   he's incarcerated.  And, you know, he had 570-something days

12   between January 6th and his arrest where he abided by the law

13   unsupervised.

14         And when he got out and he went on supervised release,

15   he followed the instructions of the Court.  He -- he lived a

16   law-abiding life.  He founded another business, and he went

17   back to work for his family.  He wasn't pro-Trump this; screw

18   Biden that; I'm going to go back to the Capitol; my life is

19   politics now; I'm going join the -- I'm going to join this

20   group; I'm going to join that group.

21         He went:  What did I do?  I can't believe I just did

22   that.  Who the hell is the guy on the ladder?  I don't even

23   recognize the schmuck that charged a police line.  Who does

24   that?  It's not me.  I risked everything.  I had my business

25   taken away.  So I come home, I go back to work, and I go to bat

1    for my family.  And I do everything I can do under the

2    circumstances to show my family that I'm worthy of them and to

3    show the Court and Your Honor that I am worthy of staying out

4    and not going in.

5        And that's -- I hope, Your Honor, that's what this case

6    law speaks to, and I hope that I properly conveyed that in my

7    sentencing memo.

8        And as the Court also knows, we filed multiple motions

9    over the course of the pendency of -- of this case for

10   continued motions to adjust the bail modification conditions in

11   this case.  And every time we asked, it was related to a family

12   circumstance.  He wanted to take his kids to -- to a park, his

13   toddlers.

14       He wanted to show up for Adam, Jr.'s college football

15   career.  We showed some pictures of the family in the memo,

16   and you got one picture where Adam is holding their son;

17   they're at a football game when Adam, Jr., is young.  You've

18   got another picture with proud dad and proud mom standing there

19   when he's a high school football champion in Texas.  That's

20   saying a lot.

21       The kid's got talent.  Then the kid gets a scholarship

22   to go --

23       Kansas, Adam?

24       -- to go to Kansas.  He gets a scholarship.  He gets a

25   ride, a full scholarship, to get an education and to have a

1    chance to play in collegiate football and to maybe go to the

2    NFL one day.

3         And what did he do?  He gave it up.  He gave it up to

4    come home to sit by his mother, to try to go to trade school

5    that he's going to have to pay for out of his pocket to try to

6    get his dad's licenses so he can go and run the family

7    business.  It's crushed him.  It took the kid's soul away.

8    Nineteen years old.  I can't imagine.  It's unfair.

9         And Adam did that to him.  You didn't do that to him.

10   AUSA Perri didn't do that to him.  The officers he hurt didn't

11   do that to him.  Adam did that to him.  And he knows it, and

12   he's got to live with that every day.  Judge, that is

13   punishment.  That is gut-wrenching punishment that he's never

14   going to be able to recover from.  Never going to be able to

15   recover from.

16        But because he raised his son the right way -- and there

17   he is today -- he gave up his life in service of his father, in

18   service of his family because he knows his dad is redeemable.

19   He knows that his dad is a good guy, and he knows that.  And

20   that's what's reflected by the sentencing memo.  That's what's

21   reflected by the 60 letters in support of a sentence of time

22   served.

23        And that's what I'm trying to convey today.  Lots of

24   people -- judges, politicians, political pundits, candidates

25   for office, common people -- have said that January 6th is a

1    special day, for one reason or another, but it's certainly

2    nothing like January 5th.  It's certainly none -- it's not like

3    the other protests that happened with the BLM protests.  It's

4    different.  It was at the Capitol.  There was a transition of

5    power happening.  Yes, it is different; right?

6         But you've got a bunch of guys who went there -- and

7    he's one of them -- who -- who were good guys who did something

8    really, really, really stupid.  And I think that the

9    legislators, in their wisdom, have given an avenue for

10   situations -- although January 6th was not -- it was completely

11   unforeseeable, like what could have happened.  Like, it --

12        These legislators give the Court discretion.  You

13   know -- I don't have to tell you.  You know *Booker* and all the

14   case law better than I'll ever know it.  But the guidelines are

15   advisory.  They're not mandatory.  And there is a little

16   section there that talks about downward variances being

17   appropriate in certain circumstances, and I think -- I submit

18   that this is one of those circumstances.

19        This is not a bad man.  This is not a criminal.  This is

20   not a member of any -- by the way, I don't mean to throw him

21   under the bus, but he's nothing like his brother either.  This

22   is a good man.  This is a good man with everything to lose, and

23   he messed it all up.  And he's -- I think that he's

24   demonstrated by his life after January 6th that he's prepared,

25   that he's willing, that he's able, and he's capable to redeem

1    himself in the eyes of God, in the eyes of country, in the eyes

2    of family, and in the eyes of this Court.

3         And I have a lot more that I wrote here, but I'm not

4    going to say it.  I think Your Honor knows exactly where I'm

5    going with this.  I want to be respectful of the Court's time.

6    I want to be respectful of AUSA Perri's time.

7         And the last thing I'll say here is this:  There was, I

8    think, 6 points added in the sentencing calculations for an

9    official victim.  And I came into possession of this document

10   just within the last 48 hours.  And as Your Honor stated

11   earlier, it's not necessarily clear as to Adam Jackson is

12   directly responsible, is he the but-for causation for this

13   officer's injuries.  He doesn't talk about the extent of his

14   injuries too much.  It talks a little bit about a sprained

15   ankle.

16        And there's a statement here.  After AUSA Perri

17   interviewed him, he's, like, look, the officer -- I'm

18   paraphrasing -- doesn't want to come in in person.  He says

19   I'll give an affidavit and writes an email here, I assume.

20   Good afternoon -- I'm quoting from page 2 of the 302 report for

21   Officer Kendall Hawkins.

22        (As read):  "Good afternoon.  I greatly appreciate the

23   work that you-all have done in reference to the identification

24   and prosecution of Mr. Jackson.  However, I don't have a desire

25   to or feel inclined to submit a victim impact statement.

1    Respectfully, my only wish is for this process to be over

2    with -- with and no -- and no longer being forced to

3    continual -- continuously relive January 6th."

4         I have represented thousands of people at this point in

5    my career.  Your Honor has had an untold amount of people in

6    this court.  In many cases where there's a victim, the victim,

7    no matter how painful it is for them, they come to court and

8    they let Your Honor know what has happened to them because they

9    want that person to go in.  They want that person to suffer the

10   consequences for their actions.

11        I am not making light of this officer's plight.  I

12   sincerely believe everything that he wrote in here; that the

13   time, the 10 minutes or so, he was down on the floor probably

14   felt like an eternity for him.  It was probably scary as hell;

15   right?  But he's ready to put it behind him as well, and we're

16   all ready to put this behind us.

17        Adam Jackson is ready to put this behind him.  His wife

18   and family and kids are ready to put it behind them as well.

19   And he says right here clearly, I don't have a desire or feel

20   inclined to submit a victim impact statement.

21        On one hand, you could say, maybe he just doesn't want

22   to come in and relive it.  This is an officer.  This is a guy

23   who, you know, is trained.  He's got a badge.  He's got a gun.

24   January 6th was 3 years ago.  He's had a lot of time to think

25   about it.  He's had a lot of time to think about, you know,

1    what has transpired between now and then.  And maybe he thinks

2    that if he comes in, that his presence here will add a little

3    bit of weight to maybe what Your Honor is going to sentence

4    Mr. Jackson to.  So just maybe he thinks that his absence is a

5    little bit of a way to say, hey, I hope Adam Jackson doesn't

6    get wrung up too hard for what he did.

7         Your Honor, I thank you for your time.  I thank you for

8    the way that you've treated us and Mr. Jackson during this

9    case.

10        Mr. Perri, you've been an absolute pleasure to work

11   with.

12        And I throw Adam Jackson upon the mercy of the court.

13        THE COURT:  I have a few technical questions.  So the

14   circuit, in its wisdom, has changed the way we deal with the --

15   what used to be the standard terms of supervision, and now we

16   have to discuss them at the sentencing hearing.  Those standard

17   terms of supervision were placed in the PSR on paragraph 117.

18   I don't know if you had a chance to look at those.  But do you

19   have any objection to any of them?

20        MR. MCBRIDE:  No objections, Your Honor.

21        THE COURT:  Okay.  Your papers didn't really address

22   the financial issues.  So the government is seeking the $2,000

23   for the Architect of the Capitol.  Any -- any objection to

24   that?

25        MR. MCBRIDE:  No.  Adam Jackson would be more than

1    happy to pay the fine.

2              THE COURT:  All right.  The probation office

3    determined that he has some capacity to pay a fine.  What is

4    your position on whether I should impose a fine, and if so, at

5    what level?

6              MR. MCBRIDE:  Our position is that we believe that a

7    fine is -- is inappropriate given the fact that Mr. Jackson did

8    not create any property damage or enter the Capitol.  Having

9    said that, you know, we understand that he did pick up a riot

10   shield at some point and -- and used that in a way that's

11   inappropriate.  I would suggest if -- in the alternative of no

12   fine, a fine of $2,000.

13             THE COURT:  Okay.  All right.  Does Mr. Jackson wish

14   to address the Court?

15             MR. MCBRIDE:  Yes, Your Honor.

16             THE COURT:  All right.

17             THE DEFENDANT:  Hello, Your Honor.

18        I would just like to say that Mr. Perri asked who I was

19   that day.  Who I was that day was very intoxicated.  My

20   judgment was very clouded.  It is never something I would ever

21   do, and I regret it deeply, not just for my family, not just

22   for my friends, but for the police officers.  Like I said in my

23   statement, those -- those guys protect us, and I'm thankful for

24   them.  I don't know how it flipped.

25        I went there that day to watch Mr. Trump speak.  I

1    didn't go there with evil intent.  I didn't want to hurt

2    anybody.  I never thought it would be police officers that I'd

3    be going up against.  I don't know what happened.  I honestly

4    don't know.

5        We talked about if somebody hurts a police officer, if

6    somebody hurts a family, that we would help.  We talked about

7    that the night before.  Nobody ever talked about hurting a

8    police officer.  I regret it deeply.

9        I think that's all I want to say.  I apologize to that

10   officer.  I wish I could speak to him.  I hope -- I apologize

11   to all the officers.  I love the police.  I respect them.

12       And thank you.  That's all I got.

13           THE COURT:  Okay.  Thanks.

14           MR. MCBRIDE:  If Your Honor has no more questions,

15   I'll just ask to be excused.

16           THE COURT:  Okay.

17           MR. MCBRIDE:  Thank you.

18           THE COURT:  Have a seat.

19       All right.  We're going to start with a few of the

20   financial issues.  So we'll start with the restitution to the

21   Architect of the Capitol.  I'm going to impose the $2,000,

22   which has become the standard imposition for the felony

23   convictions, to help pay for all the damage that occurred on

24   that day and other things.

25       With respect to a fine, the maximum fine is $250,000.

1    The guidelines range is 15,000 to 150,000 dollars.  Probation

2    indicates he is able to pay a fine and recommends a minimal

3    fine of $5,000.  The defendant has successfully run one or

4    more businesses and does possess a modest amount of income

5    and assets.  Moreover, the supervision costs have not

6    been inconsequential.  Accordingly, I'm going to impose a

7    fine of $4,392 to help defray the government's cost of

8    supervision, which is 12 months at the rate that's set forth in

9    the PSR.

10        The Court is to impose a sentence sufficient but not

11   greater than necessary to comply with the purposes set forth in

12   the subsection.  I'm to consider the nature and circumstances

13   of the offense and the history and characteristics of the

14   defendant and impose a sentence that reflects the seriousness

15   of the offense, promotes respect for the law, and provides just

16   punishment for the offense.

17        Of course, the offense is extremely serious.  A number

18   of my colleagues have spoken eloquently about this.  Defendant

19   took part in the mob riot that took place at the Capitol on

20   January 6th, 2021.  Many of the rioters, including defendant,

21   engaged in violence and some destroyed property.  I have

22   watched numerous videos of rioters who engaged in hand-to-hand

23   combat with police officials.  It was not a peaceful event.

24   More than a hundred law enforcement officers were injured on

25   that day.  Moreover, the Capitol sustained over $1.5 million in

43

1    property damage.

2         Many of the rioters intended to block the certification

3    of the votes for President Joe Biden.  Although the rioters

4    failed to block the certification, they delayed it for several

5    hours.  The security breach forced lawmakers to hide inside the

6    House gallery until they could be evacuated to undisclosed

7    locations.  In short, the rioters' actions threatened the

8    peaceful transfer of power, a direct attack on our nation's

9    democracy.

10        And the defendant fits comfortably within the group of

11   rioters that actually attacked law enforcement.  He was part of

12   some of the most violent clashes that day that took place at

13   the archway tunnel at the lower west terrace.  Once at the

14   lower west terrace, defendant spent time observing the chaos

15   that surrounded him.  In fact, he climbed up a ladder to gain a

16   better view of that chaos, videotaping some of it on his

17   cell phone.

18        Once he arrived near the entrance to the tunnel around

19   4:57 p.m., the defendant assaulted the officers in the police

20   line guarding the mouth of the tunnel, first by hurling a large

21   red-orange cone-like object at them and then by charging them

22   with a police shield at full speed.  He hit the officers with

23   such force that two of them were knocked to the ground.  And

24   while on the ground exposed and more vulnerable, they could

25   feel other rioters trying to grab them to potentially pull them

1    into the crowd.

2         Defendant explains, in part, that he was drinking quite

3    a bit on that date, and there seems to be video evidence of

4    that.  But also troubling to the Court is that upon arrest, in

5    his custodial interview with the task force officers, defendant

6    made several bald-faced lies to them.  So I'm not sure whether

7    I should consider his statements now any differently than

8    those.  But to his credit, defendant pleaded guilty at a

9    relatively early juncture.

10        Defendant is a 44-year-old man with an 11th-grade

11   education but with valuable trade skills as an electrician.  He

12   has been gainfully employed the majority of his adult life in

13   that trade.  Most recently, he operates his own electrical

14   business that employs not just himself but his wife and a

15   number of his family members and friends.  Defendant asserts

16   that if he is incarcerated, the business is likely to fail,

17   greatly impacting his family.

18        Defendant's upbringing is entirely unremarkable.  He

19   grew up in an intact family where all material needs were met

20   and there was no exposure to physical abuse, neglect, or drug

21   abuse.

22        Defendant has been married for over 20 years, and they

23   reside in a stable home.  The many letters in his support

24   uniformly describe defendant as a devoted husband; thus,

25   defendant has available to him a stable home environment and

1    familial support to facilitate his rehabilitation upon release.

2         The Court is to impose a sentence that affords

3    adequate deterrence to criminal conduct and protects the

4    public from further crimes of the defendant.  The events of

5    January 6th involved a real, unprecedented confluence of events

6    spurred by then-President or other and a number of his

7    prominent allies who bear much responsibility for what occurred

8    on that day.

9         Since his arrest, defendant has done very well on

10   release status, but an individual who has directly and brazenly

11   attacked law enforcement officers, in my view, is inherently

12   dangerous to the public because one who does not hesitate to

13   attack a law enforcement officer would not hesitate to attack

14   any member of the population who angers him.  Due to

15   defendant's history of violence against law enforcement, the

16   Court is concerned that Mr. Jackson will reoffend or will be

17   emotionally swept up in irrational actions and can be an

18   ongoing risk to the public.

19        With respect to general deterrence, the Court believes

20   that some further incarceration is necessary to deter other

21   potentially violent protesters from resolving their political

22   disputes through the use of violence rather than peaceful

23   demonstrations.

24        The Court is to impose a sentence that provides the

25   defendant with needed educational or vocational training,

1      medical care, or other correctional treatment in the most

2      effective manner.

3            As reflected -- excuse me.  As reflected in the PSR, the

4      Court intends to impose as a special condition of supervision

5      financial disclosure requirements to facilitate the monitoring

6      of restitution and fine payments and to require anger

7      management education to address the defendant's history of

8      assaultive behavior.

9            The Court is to consider the kinds of sentences

10     available.  Given the nature of the crime and the defendant's

11     history of violence against law enforcement, the Court is

12     considering incarceration of some sort, but perhaps it'll

13     be intermittent incarceration in order to preserve the

14     business.  Failure of that business would have significant

15     collateral damage to the family that the Court believes should

16     be avoided, if possible.

17           But as I indicated earlier, the Court wants to make

18     clear it is the defendant's foolish actions that put the

19     family in that position, not the Court.  Certainly, his violent

20     action directed towards law enforcement would merit a greater

21     term of incarceration, absent the unique circumstances

22     presented here.

23           The Court is to consider the kinds of sentence and

24     the sentencing range established for the applicable category

25     of offense committed by the applicable category of defendant

1    as set forth in the guidelines.  The Court has considered

2    the applicable guidelines.  The Court is also cognizant

3    that the government seeks a sentence at the middle of the

4    guidelines range; while probation has recommended a low-end

5    sentence.

6         Additionally, the Court is aware that defendant has had

7    significant restrictions on his liberty pretrial, including

8    curfew, with location monitoring since August 30th, 2022, a

9    little over a year and a half.  So I will give him some credit

10   for those restrictions.

11        No pertinent policy statements issued by the Sentencing

12   Commission have been brought to my attention.

13        The Court is to impose a sentence that avoids

14   unwarranted sentence disparities among defendants with similar

15   records who have been found guilty of similar conduct.  The

16   government has provided a chart that lists a number of

17   January 6th defendant sentencings.  I have previously closely

18   analyzed the other January 6th defendants who were convicted

19   under 18 U.S.C. § 111 by researching the dockets in those

20   cases, including the applicable guidelines ranges.

21        The Court makes the observation that no matter how one

22   analyzes the 111 cases -- all of them, just those that involve

23   111(a) and (b), some subset that eliminates high and low

24   outliers suggest those cases with guidelines similar to

25   defendant -- the result is that the average sentences cluster

1    around the low end of the guidelines.  So defendant's ask here

2    for a variance is extraordinary in that context.

3         But the Court recognizes that the government is asking

4    for more than even the low end of the guidelines.  And a

5    sentence even modestly below the low end of the guidelines to

6    account for the pretrial restrictions, even though that can

7    make sense here, and normally would, as previously stated,

8    there are unique aspects to this case concerning the family

9    business and the collateral damage that incarceration might

10   cause.  That makes seeking an alternative desirable.

11        Defendant has already been in custody slightly less than

12   3 months at the inception of the case.  Perhaps some additional

13   intermittent incarceration would provide sufficient punishment

14   while preserving the business and avoiding significant

15   collateral damage to the family.  So in reality, there are no

16   clear comparators for this particular set of facts, and

17   defendant's extremely compliant pretrial supervision indicates

18   this alternative may be enough punishment.

19        With respect to restitution, I already discussed the

20   $2,000.

21        So I will indicate the sentence to be imposed, but

22   counsel will have one more opportunity to make any legal

23   objections about any of the factors I've considered.

24        Mr. McBride?

25            MR. MCBRIDE:  No objections, Your Honor.

```
1              THE COURT:  Okay.  Government?

2              MR. PERRI:  No objection.

3              THE COURT:  All right.  Mr. Jackson, if you can come

4      to the podium, please.

5              I'll note that the defendant was in custody from his

6      arrest on June 7th, 2022, to his release on personal

7      recognizance bond with pretrial supervision on August 30th,

8      2022, and that time already served has factored into my

9      sentence.

10             It is the judgment of the Court that you, Adam Lejay

11     Jackson, are hereby placed on probation for a term of

12     36 months on Count 2.  This term of probation shall include

13     52 consecutive weekends of intermittent incarceration

14     coinciding with one year of home confinement location

15     monitoring.

16             You are further ordered to pay a hundred-dollar special

17     assessment, which is required by statute.  The Court finds that

18     you have the ability to pay a fine and, therefore, imposes one

19     in the amount of $4,392.  You are ordered to make restitution

20     through the clerk's office to the Architect of the Capitol in

21     the amount of $2,000.  These financial obligations shall be

22     paid at a rate of no less than $200 per month.  The special

23     assessment and restitution are payable to the Clerk of the

24     Court.

25             Within 30 days of any change of address you shall notify
```

1    the Clerk of the Court of the change until such time as the

2    financial obligation is paid in full.

3        While on supervision, you shall submit to collection of

4    DNA.  You shall not possess a firearm or other dangerous

5    weapon.  You shall not use or possess an illegal controlled

6    substance and submit to one drug test within 15 days of

7    placement on supervision and at least 2 periodic drug tests

8    thereafter.

9        And you shall not commit another federal, state, or

10   local crime.  You shall also abide by the general conditions

11   of supervision adopted by the U.S. Probation Office, which

12   terms were in the presentence report and to which your

13   counsel did not object, as well as the following special

14   conditions:

15       As I indicated, there's going to be an intermittent

16   confinement for weekends.  You shall be confined to the custody

17   of the Bureau of Prisons from 7:00 p.m. each Friday until

18   7:00 a.m. each Monday for 52 consecutive weekends commencing on

19   the report date arranged by the probation office.  And you will

20   continue to have location monitoring during that period.  What

21   technology to be used will be determined by the probation

22   office.  And they'll probably choose one that will facilitate

23   going in and out of the jail.

24       Simultaneously, for that one-year period, there will be

25   home confinement that will be monitored by the location

1    monitoring, and that's required to follow your restrictions on

2    movement in the community, as well as other imposed conditions

3    of release.

4        So you'll be restricted to your residence at all

5    times except for employment, community service, education,

6    religious services, medical, substance abuse or mental health

7    treatment, attorney visits, court appearances, court-ordered

8    obligations, or other activities as preapproved by the

9    probation office.

10        As I indicated, there's going to be a financial

11    information disclosure so the probation office can track the

12    fine, payment of the fine, and the restitution.  And the anger

13    management education.

14        Other than the arguments previously made and argued, any

15    objections to imposing the sentence as stated?

16        MR. MCBRIDE:  No, Your Honor.

17        THE COURT:  Government?

18        MR. PERRI:  Yes, Your Honor.  We would place an

19    objection for the record to the -- on the basis that we don't

20    believe that probation and intermittent confinement adequately

21    reflects the 3553 factors in this case.

22        THE COURT:  All right.  Thank you.

23    I'll impose the sentence as stated.

24        THE PROBATION OFFICER:  Good afternoon, Your Honor.

25        Does the Court waive the cost of location monitoring?

1    THE COURT:  I will.

2    THE PROBATION OFFICER:  Thank you, Your Honor.

3    THE COURT:  All right.  I gather that there's charges

4    that need to be dismissed.  I think he pled -- he pleaded to

5    Counts 2 of -- Count 2 of the six-count indictment.

6    MR. PERRI:  Yes, Your Honor.  We would move for the

7    dismissal of any other charges that pertain to Mr. Jackson.

8    THE COURT:  I believe that's 1, 3, 4, 5, and 6.  So

9    I'll go ahead and dismiss those.

10   And with respect to supervision, I'm going to transfer

11   supervision to the Southern District of Texas but not

12   jurisdiction.  So if there's a violation, it's going to come

13   back to me, Mr. Jackson, and I'm going to be watching very

14   closely.

15   I tried to structure something -- I know it's going to

16   make the Bureau of Prisons squeal because that's a lot of in

17   and out that they hate.  But I'm trying to listen to some of

18   the things that I'm being told and not make your family suffer

19   as much for what you've done.

20   All right.  So, Mr. Jackson, you were convicted by a

21   plea of guilty.  You can appeal your conviction if you believe

22   that your guilty plea was somehow involuntary or if there's

23   some other fundamental defect in the proceedings that was

24   not waived by your guilty plea, but your guilty plea had a

25   pretty substantial waiver of appellate rights.  So if you're

1    inclined to appeal, talk to your attorney about it.  There are

2    also -- you may also have a statutory right to appeal under

3    certain circumstances to the extent not waived by your guilty

4    plea.

5            You have the right to apply for leave to appeal in forma

6    pauperis.  That means without the payment of costs.  If you

7    request and qualify, the Clerk of the Court will prepare and

8    file a notice of appeal on your behalf, although I note that

9    you are represented by very able counsel that can assist you in

10   that process if you're so inclined.

11           With few exceptions, any notice of appeal must be filed

12   within 14 days of the entry of the judgment.  This has been a

13   very busy week.  We've had five sentencings this week.  So I

14   don't think this is going to be docketed before early next

15   week.  So 14 days from that point in time.

16           Anything else we need to cover?

17               MR. MCBRIDE:  No, Your Honor.  Thank you very much.

18               MR. PERRI:  Nothing, Your Honor.

19               THE COURT:  All right.  Thank you.  You're excused.

20   Good luck to you.

21           (Proceedings were concluded at 4:03 p.m.)

22

23

24

25

1    <u>CERTIFICATE OF STENOGRAPHIC OFFICIAL COURT REPORTER</u>

2

3         I, Nancy J. Meyer, Registered Diplomate Reporter,

4    Certified Realtime Reporter, do hereby certify that the above

5    and foregoing constitutes a true and accurate transcript of my

6    stenograph notes and is a full, true, and complete transcript

7    of the proceedings to the best of my ability.

8

9              Dated this 25th day of April, 2024.

10

11              /s/ Nancy J. Meyer
                Nancy J. Meyer
12              Official Court Reporter
                Registered Diplomate Reporter
13              Certified Realtime Reporter
                333 Constitution Avenue Northwest
14              Washington, D.C. 20001

15

16

17

18

19

20

21

22

23

24

25

## $

**$2,000** [5] - 39:22, 40:12, 41:21, 48:20, 49:21
**$200** [1] - 49:22
**$250,000** [1] - 41:25
**$4,392** [2] - 42:7, 49:19
**$5,000** [1] - 42:3
**$787** [1] - 18:25

## /

**/s** [1] - 54:11

## 1

**1** [3] - 4:5, 16:13, 52:8
**1,170** [2] - 13:25, 15:24
**1.5** [1] - 42:25
**10** [6] - 4:16, 16:22, 18:14, 20:1, 21:2, 38:13
**10016** [1] - 1:16
**10:00** [1] - 21:14
**11** [1] - 30:5
**111** [2] - 47:19, 47:22
**111(a** [1] - 47:23
**111(a)(1** [3] - 27:6, 27:16, 27:20
**111(a)(1)** [1] - 3:20
**1125** [1] - 1:13
**1137** [1] - 29:11
**117** [1] - 39:17
**11th** [1] - 44:10
**11th-grade** [1] - 44:10
**12** [1] - 42:8
**1200** [1] - 13:22
**12:20** [1] - 22:1
**12:30** [2] - 21:17
**12:53** [1] - 21:20
**14** [4] - 3:22, 15:1, 53:12, 53:15
**15** [1] - 50:6
**15,000** [1] - 42:1
**150,000** [1] - 42:1
**17** [1] - 4:13
**18** [5] - 3:16, 3:20, 4:15, 16:13, 47:19
**1929** [2] - 18:19, 19:6
**1984** [1] - 2:25
**1997** [1] - 20:2
**1:22-cr-00230-RC-2** [1] - 1:3

## 2

**2** [8] - 3:18, 4:4, 21:21, 37:20, 49:12, 50:7,

52:5
**20** [1] - 44:22
**20001** [2] - 1:21, 54:14
**2005** [2] - 16:12, 16:16
**2006** [1] - 4:17
**2008** [5] - 17:19, 19:11, 29:5, 29:11, 29:17
**202-354-3118** [1] - 1:22
**2020** [1] - 20:12
**2021** [5] - 8:23, 13:17, 13:21, 20:15, 42:20
**2022** [5] - 14:10, 15:18, 47:8, 49:6, 49:8
**2023** [1] - 3:22
**2024** [2] - 1:16, 54:9
**21** [4] - 1:6, 4:9, 5:4, 21:4
**21-cr-005-ABJ** [1] - 27:16
**21-cr-186-CRC** [1] - 28:3
**21-cr-282-TCS** [1] - 27:19
**22** [1] - 14:19
**22-230** [1] - 2:3
**23** [1] - 28:14
**24** [1] - 4:2
**25th** [2] - 1:16, 54:9
**26003** [1] - 1:14
**27** [1] - 28:14
**29** [1] - 4:21
**2:30** [2] - 1:7, 22:6
**2:44** [1] - 22:6

## 3

**3** [7] - 14:18, 14:19, 15:7, 22:7, 38:24, 48:12, 52:8
**3-level** [1] - 4:3
**30** [3] - 4:18, 15:6, 49:25
**30,000** [1] - 21:14
**3000** [1] - 1:13
**302** [2] - 9:6, 37:20
**30th** [3] - 15:17, 47:8, 49:7
**32(i)(3)(A** [1] - 2:23
**333** [2] - 1:21, 54:13
**3553** [2] - 4:15, 51:21
**3553a** [1] - 16:6
**3553(a)** [1] - 3:16
**36** [1] - 49:12
**37** [1] - 5:5

## 4

**4** [2] - 3:23, 52:8
**41** [2] - 27:6, 27:22
**44-year-old** [1] - 44:10
**46** [1] - 5:5
**48** [1] - 37:10
**4:03** [1] - 53:21
**4:15** [1] - 22:9
**4:26** [1] - 22:11
**4:40** [1] - 22:12
**4:45** [1] - 22:13
**4:47** [1] - 22:17
**4:57** [1] - 43:19

## 5

**5** [4] - 16:25, 21:8, 28:7, 52:8
**513** [1] - 29:16
**517** [1] - 14:10
**52** [2] - 49:13, 50:18
**520** [1] - 29:4
**524** [1] - 29:10
**570** [1] - 15:22
**570-something** [1] - 33:11
**59** [2] - 12:16, 28:12
**5th** [1] - 36:2

## 6

**6** [6] - 3:25, 9:9, 9:13, 27:18, 37:8, 52:8
**60** [3] - 28:12, 35:21
**6th** [27] - 4:11, 8:23, 13:17, 13:23, 14:1, 14:2, 14:12, 14:25, 15:4, 16:3, 19:13, 20:10, 20:15, 26:9, 26:11, 26:18, 27:2, 33:12, 35:25, 36:10, 36:24, 38:3, 38:24, 42:20, 45:5, 47:17, 47:18

## 7

**7** [2] - 21:6, 27:22
**73** [1] - 32:16
**7:00** [2] - 50:17, 50:18
**7th** [4] - 9:7, 13:21, 14:10, 49:6

## 8

**8-year-old** [2] - 29:14, 30:3
**805** [1] - 29:16
**87** [1] - 29:5

## 9

**9** [1] - 28:14
**90** [3] - 15:13, 28:9, 31:16
**99** [1] - 1:16

## A

**a.m** [2] - 21:14, 50:18
**aberration** [5] - 6:17, 6:19, 16:4, 18:23, 20:11
**abide** [1] - 50:10
**abided** [1] - 33:12
**abiding** [3] - 20:12, 24:5, 33:16
**ability** [3] - 30:6, 49:18, 54:7
**able** [11] - 11:2, 19:16, 20:23, 32:4, 32:5, 32:14, 35:14, 36:25, 42:2, 53:9
**absence** [3] - 9:5, 11:10, 39:4
**absent** [3] - 20:24, 25:1, 46:21
**absolute** [1] - 39:10
**abuse** [4] - 20:3, 44:20, 44:21, 51:6
**accept** [1] - 2:23
**acceptable** [1] - 9:18
**acceptance** [2] - 4:3, 4:5
**access** [1] - 15:10
**accordingly** [2] - 8:9, 42:6
**account** [1] - 48:6
**accountability** [2] - 13:1, 13:12
**accountable** [2] - 9:19, 11:1
**accurate** [1] - 54:5
**accused** [1] - 16:12
**acquaintances** [1] - 28:14
**Act** [1] - 2:25
**act** [2] - 15:3, 22:17
**Action** [1] - 1:3, 2:2
**action** [3] - 7:14, 25:2, 46:20
**actions** [7] - 7:17, 23:9, 23:10, 38:10, 43:7, 45:17, 46:18
**activities** [1] - 51:8
**actors** [1] - 23:23
**acts** [2] - 8:8, 8:10
**Adam** [79] - 1:6, 2:3, 2:9, 5:25, 6:11, 12:7, 12:11, 12:16, 12:21,

12:22, 13:16, 13:20, 13:23, 14:9, 14:17, 15:14, 15:22, 16:1, 17:14, 19:5, 19:6, 19:9, 19:12, 19:13, 19:17, 19:20, 20:2, 20:7, 20:12, 20:18, 20:22, 21:17, 22:2, 22:9, 22:13, 22:22, 23:3, 23:10, 23:23, 24:18, 24:21, 24:24, 25:17, 27:6, 27:12, 28:9, 28:13, 28:15, 28:16, 28:20, 28:24, 29:21, 29:22, 30:5, 30:15, 30:19, 30:21, 31:5, 31:8, 31:15, 32:9, 32:15, 32:19, 32:23, 33:6, 34:14, 34:16, 34:17, 34:23, 35:9, 35:11, 37:11, 38:17, 39:5, 39:12, 39:25, 49:10
**Adam's** [8] - 16:3, 20:10, 23:1, 24:9, 24:12, 28:18, 30:10, 30:14
**add** [2] - 24:5, 39:2
**added** [1] - 37:8
**addition** [1] - 15:8
**additional** [5] - 2:18, 15:22, 22:18, 24:5, 48:12
**additionally** [1] - 47:6
**address** [5] - 5:14, 39:21, 40:14, 46:7, 49:25
**adequate** [1] - 45:3
**adequately** [1] - 51:20
**adjust** [1] - 34:10
**adjusted** [1] - 4:2
**administer** [1] - 17:16
**admission** [2] - 9:6, 9:8
**admits** [1] - 20:2
**admitted** [3] - 9:12, 9:13, 16:23
**adopted** [2] - 16:14, 50:11
**adorned** [1] - 28:6
**adult** [2] - 20:1, 44:12
**advantage** [1] - 14:14
**advisory** [4] - 3:8, 3:13, 5:11, 36:15
**affect** [2] - 29:19, 30:14
**affectionately** [1] - 12:15
**affidavit** [1] - 37:19
**affirmed** [2] - 29:18,

30:13
**afford** [1] - 6:18
**affords** [1] - 45:2
**afloat** [1] - 32:22
**afternoon** [7] - 2:8, 2:10, 2:11, 2:13, 37:20, 37:22, 51:24
**age** [3] - 4:13, 4:15, 4:21
**aggravated** [2] - 4:15, 4:17
**ago** [1] - 38:24
**agree** [1] - 5:25
**ahead** [1] - 52:9
**aid** [1] - 7:11
**aided** [1] - 1:23
**air** [1] - 15:10
**Alan** [1] - 28:2
**albeit** [1] - 4:12
**alcohol** [1] - 24:7
**allergic** [1] - 15:14
**allies** [1] - 45:7
**allocated** [1] - 18:25
**almost** [7] - 13:22, 14:17, 14:18, 15:13, 28:9, 31:16, 33:1
**alone** [3] - 27:2, 27:3
**alprazolam** [1] - 4:19
**alternative** [5] - 20:9, 31:13, 40:11, 48:10, 48:18
**Alyssa** [1] - 12:13
**amazingly** [1] - 8:11
**Amendment** [3] - 20:18, 24:25, 27:1
**America** [8] - 1:3, 18:2, 18:3, 18:4, 18:14, 18:18, 18:21, 26:10
**American** [2] - 17:22, 19:1
**Americans** [1] - 7:8
**amigos** [1] - 21:10
**amount** [4] - 38:5, 42:4, 49:19, 49:21
**analogous** [1] - 28:4
**analogously** [2] - 19:8, 30:5
**analyzed** [1] - 47:18
**analyzes** [1] - 47:22
**anger** [3] - 20:4, 46:6, 51:12
**angered** [1] - 22:13
**angers** [1] - 45:14
**ankle** [1] - 37:15
**answer** [1] - 24:23
**Anthony** [2] - 16:11, 16:12
**apart** [1] - 17:8

**apologize** [3] - 27:4, 41:9, 41:10
**apparent** [1] - 30:21
**appeal** [7] - 17:13, 52:21, 53:1, 53:2, 53:5, 53:8, 53:11
**appearances** [2] - 2:5, 51:7
**appellate** [1] - 52:25
**applicable** [4] - 46:24, 46:25, 47:2, 47:20
**apply** [1] - 53:5
**appreciate** [1] - 37:22
**appropriate** [5] - 3:9, 27:5, 28:11, 29:22, 36:17
**approved** [1] - 29:6
**April** [1] - 54:9
**Architect** [3] - 39:23, 41:21, 49:20
**archway** [1] - 43:13
**arguably** [2] - 13:2, 15:12
**argue** [1] - 10:9
**argued** [2] - 27:5, 51:14
**arguments** [3] - 24:17, 26:5, 51:14
**arranged** [1] - 50:19
**arrest** [5] - 14:19, 33:12, 44:4, 45:9, 49:6
**arrested** [2] - 4:21, 14:12
**arrived** [1] - 43:18
**Ashli** [2] - 22:6, 22:14
**aspects** [1] - 48:8
**assault** [5] - 4:15, 4:17, 4:21, 23:3, 23:5
**assaulted** [4] - 25:16, 25:18, 26:1, 43:19
**assaulters** [1] - 26:2
**assaulting** [3] - 3:18, 25:8, 27:17, 27:20
**assaultive** [2] - 5:1, 46:8
**assaults** [3] - 4:14, 27:11, 27:25
**asserts** [1] - 44:15
**assess** [1] - 3:10
**assessment** [2] - 49:17, 49:23
**assets** [1] - 42:5
**assist** [1] - 53:9
**assistance** [2] - 4:5, 32:23
**assume** [1] - 37:19
**assuming** [1] - 11:25
**attack** [6] - 7:16,

24:11, 24:14, 43:8, 45:13
**attacked** [2] - 43:11, 45:11
**attempt** [1] - 31:18
**attending** [1] - 8:7
**attention** [2] - 9:15, 47:12
**attorney** [1] - 51:7, 53:1
**ATTORNEY'S** [1] - 1:13
**audacity** [1] - 7:16
**audio** [1] - 6:15
**audio-visual** [1] - 6:15
**August** [3] - 15:17, 47:8, 49:7
**AUSA** [6] - 23:13, 24:3, 31:24, 35:10, 37:6, 37:16
**available** [2] - 44:25, 46:10
**avenue** [1] - 36:9
**Avenue** [3] - 1:16, 1:21, 54:13
**average** [1] - 47:25
**avoided** [1] - 46:16
**avoiding** [1] - 48:14
**avoids** [1] - 47:13
**aware** [1] - 47:6

## B

**Babbitt** [2] - 22:6, 22:14
**bad** [3] - 23:23, 33:1, 36:19
**badge** [1] - 38:23
**bail** [4] - 18:11, 18:16, 26:5, 34:10
**Baker** [2] - 1:17, 2:12
**bald** [1] - 44:6
**bald-faced** [1] - 44:6
**Bank** [1] - 18:3
**banks** [10] - 18:11, 18:16, 18:18, 18:20, 18:22, 18:25, 19:3, 19:9, 19:13
**barely** [1] - 30:11
**base** [1] - 3:22
**baseball** [1] - 25:24
**based** [6] - 5:3, 7:16, 29:2, 29:6, 29:22, 29:23
**basis** [1] - 51:19
**bat** [2] - 25:24, 33:25
**Bear** [1] - 17:23
**bear** [2] - 25:19, 45:7
**beautiful** [1] - 12:7
**became** [2] - 17:16,

26:16
**become** [4] - 16:20, 16:22, 32:22, 41:22
**becomes** [1] - 30:20
**bedbugs** [1] - 15:8
**began** [3] - 14:4, 16:24, 18:2
**begins** [1] - 21:15
**behalf** [4] - 2:9, 2:12, 17:13, 53:8
**behaved** [1] - 19:12
**behavior** [7] - 5:1, 11:12, 14:11, 16:3, 18:23, 19:9, 46:8
**believes** [2] - 45:19, 46:15
**below** [1] - 48:5
**best** [2] - 31:23, 54:7
**better** [4] - 19:10, 23:19, 36:14, 43:16
**between** [4] - 12:23, 14:11, 33:12, 39:1
**beyond** [1] - 5:20
**Biden** [2] - 33:18, 43:3
**big** [4] - 7:19, 18:14, 19:3, 24:22
**biggest** [1] - 33:2
**billion** [1] - 18:25
**bit** [13] - 5:21, 9:25, 11:17, 14:3, 15:4, 16:7, 20:10, 26:18, 28:3, 37:14, 39:3, 39:5, 44:3
**black** [1] - 12:8
**Black** [1] - 17:11
**Blair** [1] - 28:2
**bleeding** [1] - 22:24
**BLM** [2] - 26:6, 36:3
**block** [2] - 43:2, 43:4
**blonde** [1] - 17:9
**blue** [1] - 30:10
**blue-collar** [1] - 30:10
**bodily** [1] - 4:22
**body** [2] - 6:12, 32:16
**bond** [1] - 49:7
**Booker** [3] - 3:7, 5:10, 36:13
**BOP** [1] - 15:6
**born** [1] - 16:9
**borrow** [1] - 33:5
**boy** [1] - 12:13
**Boyland** [1] - 22:14
**Boyland's** [2] - 22:10, 22:12
**brain** [1] - 21:11
**brandished** [1] - 25:20
**brazenly** [1] - 45:10

**breach** [2] - 21:19, 43:5
**breached** [1] - 22:5
**breaches** [1] - 21:20
**break** [1] - 13:25
**breaks** [1] - 22:7
**brief** [1] - 11:24
**briefly** [1] - 13:22
**bring** [1] - 26:6
**broader** [1] - 25:25
**broken** [5] - 13:24, 15:22, 16:17, 16:19, 32:16
**Brooklyn** [2] - 16:9, 21:25
**brother** [7] - 16:11, 16:16, 16:20, 16:23, 19:18, 21:3, 36:21
**Brothers** [1] - 17:25
**brought** [2] - 26:5, 47:12
**buddies** [1] - 21:18
**Building** [1] - 24:22
**built** [2] - 19:10, 19:20
**bumps** [1] - 18:19
**bunch** [1] - 36:6
**Bureau** [3] - 15:2, 50:17, 52:16
**bus** [1] - 36:21
**business** [23] - 10:20, 19:18, 19:19, 22:16, 23:16, 32:3, 32:4, 32:5, 32:6, 32:7, 32:8, 32:10, 32:22, 33:10, 33:16, 33:24, 35:7, 44:14, 44:16, 46:14, 48:9, 48:14
**businesses** [1] - 42:4
**busy** [1] - 53:13
**but-for** [1] - 37:12

## C

**calculations** [2] - 5:6, 37:8
**calmed** [1] - 14:4
**candidates** [1] - 35:24
**cannot** [1] - 30:10
**capable** [1] - 36:25
**capacity** [1] - 40:3
**cape** [1] - 6:12
**Capitol** [24] - 13:17, 21:7, 21:21, 22:2, 24:9, 24:12, 24:22, 24:23, 25:7, 25:12, 25:14, 27:17, 27:21, 27:25, 28:1, 33:18, 36:4, 39:23, 40:8, 41:21, 42:19, 42:25, 49:20

**care** [2] - 30:18, 46:1
**cared** [1] - 29:13
**career** [3] - 16:24, 34:15, 38:5
**caring** [1] - 19:21
**carry** [2] - 11:13, 13:4
**Carvajal** [2] - 15:2, 15:5
**case** [22] - 2:25, 3:4, 3:9, 3:11, 3:23, 4:23, 5:24, 6:22, 10:15, 24:17, 28:23, 29:5, 30:1, 30:3, 34:5, 34:9, 34:11, 36:14, 39:9, 48:8, 48:12, 51:21
**cases** [16] - 9:23, 11:5, 11:6, 13:14, 14:24, 14:25, 27:9, 28:8, 28:25, 29:3, 31:4, 31:9, 38:6, 47:20, 47:22, 47:24
**Category** [1] - 5:2
**category** [4] - 5:4, 25:5, 46:24, 46:25
**causation** [1] - 37:12
**causing** [2] - 4:22, 13:4
**cell** [1] - 43:17
**certain** [5] - 3:19, 13:8, 13:14, 36:17, 53:3
**certainly** [8] - 6:24, 10:5, 10:14, 13:1, 28:23, 36:1, 36:2, 46:19
**CERTIFICATE** [1] - 54:1
**certification** [3] - 8:5, 43:2, 43:4
**Certified** [3] - 1:20, 54:4, 54:13
**certify** [1] - 54:4
**champion** [1] - 34:19
**chance** [2] - 35:1, 39:18
**change** [3] - 20:8, 49:25, 50:1
**changed** [5] - 8:22, 13:7, 16:19, 19:9, 39:14
**chanting** [1] - 8:12
**chaos** [2] - 43:14, 43:16
**Chapline** [1] - 1:13
**characteristics** [2] - 29:24, 42:13
**characterizations** [1] - 6:9
**charge** [2] - 22:21,

28:4
**charged** [6] - 4:19, 4:21, 23:3, 23:4, 23:7, 33:23
**charges** [2] - 52:3, 52:7
**charging** [1] - 43:21
**chart** [1] - 47:16
**Chase** [1] - 18:3
**cheap** [1] - 23:18
**chest** [1] - 28:5
**children** [3] - 28:17, 30:7, 30:16
**choose** [1] - 50:22
**chooses** [1] - 20:8
**circuit** [1] - 39:14
**Circuit** [4] - 29:5, 29:11, 29:17, 30:12
**circulates** [1] - 22:12
**circumstance** [1] - 34:12
**circumstances** [14] - 13:9, 19:23, 26:15, 29:2, 29:13, 30:2, 31:5, 31:9, 34:2, 36:17, 36:18, 42:12, 46:21, 53:3
**cited** [3] - 11:5, 27:15, 28:25
**cites** [1] - 29:3
**citing** [1] - 8:22
**citizens** [2] - 17:22, 19:2
**civil** [3] - 23:6, 23:7, 28:3
**clad** [1] - 22:23
**clarify** [1] - 25:11
**clashes** [1] - 43:12
**class** [1] - 19:24
**clean** [1] - 15:3
**clear** [4] - 4:4, 37:11, 46:18, 48:16
**clearly** [3] - 9:24, 25:4, 38:19
**Clerk** [3] - 49:23, 50:1, 53:7
**clerk's** [1] - 49:20
**climbed** [1] - 43:15
**climbs** [1] - 23:18
**closely** [2] - 47:17, 52:14
**clothing** [1] - 21:9
**clouded** [1] - 40:20
**cluster** [1] - 47:25
**cognizant** [1] - 47:2
**coinciding** [1] - 49:14
**cold** [1] - 21:8
**coldish** [1] - 12:18
**collapse** [2] - 17:20, 17:24

**collapsed** [3] - 17:23, 17:25, 18:4
**collar** [1] - 30:10
**collateral** [4] - 10:19, 46:15, 48:9, 48:15
**colleagues** [1] - 42:18
**collection** [1] - 50:3
**college** [4] - 17:15, 21:4, 30:15, 34:14
**collegiate** [1] - 35:1
**COLUMBIA** [1] - 1:1
**combat** [1] - 42:23
**combine** [1] - 30:19
**comfortably** [1] - 43:10
**coming** [1] - 20:11
**commencing** [1] - 50:18
**Commission** [2] - 3:2, 47:12
**commission** [1] - 3:4
**commit** [1] - 50:9
**commits** [1] - 11:1
**committed** [3] - 16:25, 27:11, 46:25
**common** [1] - 35:25
**community** [5] - 12:16, 19:21, 20:6, 51:2, 51:5
**company** [1] - 33:3
**comparators** [1] - 48:16
**complained** [1] - 15:14
**complete** [1] - 54:6
**completed** [1] - 20:2
**completely** [2] - 20:8, 36:10
**compliant** [1] - 48:17
**complied** [1] - 15:20
**comply** [3] - 13:24, 15:23, 42:11
**computer** [1] - 1:23
**computer-aided** [1] - 1:23
**concern** [1] - 7:10
**concerned** [2] - 6:23, 45:16
**concerning** [2] - 4:6, 48:8
**concerns** [2] - 10:19, 15:12
**concerted** [1] - 8:4
**concluded** [1] - 53:21
**concluding** [1] - 29:19
**conclusion** [2] - 28:9, 28:11
**condition** [1] - 46:4
**conditions** [5] - 15:20,

34:10, 50:10, 50:14, 51:2
**conduct** [10] - 6:17, 6:22, 14:1, 24:9, 24:12, 25:4, 31:25, 32:1, 45:3, 47:15
**cone** [2] - 22:20, 43:21
**cone-like** [1] - 43:21
**Confederate** [1] - 28:6
**confined** [1] - 50:16
**confinement** [5] - 15:11, 49:14, 50:16, 50:25, 51:20
**confluence** [1] - 45:5
**Congress** [2] - 3:1, 15:1
**conjunction** [1] - 32:14
**connection** [1] - 3:24
**consecutive** [2] - 49:13, 50:18
**consequences** [5] - 10:24, 17:2, 18:4, 19:1, 38:10
**consider** [9] - 3:3, 8:15, 9:24, 10:22, 13:14, 42:12, 44:7, 46:9, 46:23
**consideration** [2] - 3:11, 10:13
**considered** [4] - 3:15, 5:11, 47:1, 48:23
**considering** [1] - 46:12
**conspiracy** [1] - 23:5
**constitutes** [1] - 54:5
**Constitution** [2] - 1:21, 54:13
**constitutionally** [1] - 20:21
**construction** [1] - 22:19
**consulted** [1] - 3:8
**contact** [1] - 22:24
**contacts** [1] - 31:7
**contained** [1] - 3:5
**context** [3] - 24:5, 26:18, 48:2
**continual** [1] - 38:3
**continually** [1] - 8:23
**continue** [1] - 50:20
**continued** [1] - 34:10
**continuously** [1] - 38:3
**Contreras** [2] - 1:9, 17:12
**contrite** [1] - 12:20
**contrition** [1] - 28:15
**controlled** [1] - 50:5
**convey** [1] - 35:23

**conveyed** [1] - 34:6
**convicted** [5] - 4:15, 16:12, 16:16, 47:18, 52:20
**conviction** [1] - 52:21
**convictions** [1] - 41:23
**cooling** [1] - 14:3
**cooling-off** [1] - 14:3
**coordinated** [1] - 24:11
**copy** [1] - 9:7
**correct** [2] - 3:14, 12:5
**correctional** [1] - 46:1
**corresponding** [1] - 17:20
**cost** [2] - 42:7, 51:25
**costs** [2] - 42:5, 53:6
**counsel** [6] - 2:4, 2:14, 7:21, 48:22, 50:13, 53:9
**count** [1] - 52:5
**Count** [3] - 3:18, 49:12, 52:5
**country** [2] - 6:18, 37:1
**Counts** [1] - 52:5
**couple** [2] - 9:21, 26:10
**course** [12] - 11:2, 11:3, 11:25, 12:14, 13:19, 14:17, 15:10, 20:4, 24:21, 28:15, 34:9, 42:17
**court** [7] - 13:24, 30:1, 38:6, 38:7, 39:12, 51:7
**COURT** [38] - 1:1, 2:10, 2:13, 2:18, 2:20, 2:22, 5:9, 5:17, 9:10, 9:12, 9:21, 10:9, 10:18, 11:15, 11:19, 12:2, 12:5, 12:9, 21:23, 25:6, 30:24, 39:13, 39:21, 40:2, 40:13, 40:16, 41:13, 41:16, 41:18, 49:1, 49:3, 51:17, 51:22, 52:1, 52:3, 52:8, 53:19, 54:1
**Court** [51] - 1:19, 2:23, 3:8, 5:12, 5:14, 5:18, 6:16, 6:23, 8:15, 8:21, 10:2, 12:1, 12:18, 13:5, 15:17, 17:10, 27:22, 29:18, 31:18, 33:15, 34:3, 34:8, 36:12, 37:2, 40:14, 42:10, 44:4, 45:2, 45:16, 45:19,

45:24, 46:4, 46:9, 46:11, 46:15, 46:17, 46:19, 46:23, 47:1, 47:2, 47:6, 47:13, 47:21, 48:3, 49:10, 49:17, 49:24, 50:1, 51:25, 53:7, 54:12
**Court's** [7] - 3:6, 9:15, 11:18, 15:23, 15:25, 37:5
**court-ordered** [1] - 51:7
**COURTROOM** [2] - 2:2, 11:21
**courts** [2] - 29:1, 31:21
**cover** [1] - 53:16
**COVID** [1] - 22:16
**Craig** [1] - 25:23
**crash** [1] - 18:19
**create** [1] - 40:8
**created** [1] - 3:1
**credit** [2] - 44:8, 47:9
**cries** [1] - 22:11
**crime** [6] - 13:13, 16:12, 24:4, 31:25, 46:10, 50:10
**crimes** [2] - 13:4, 45:4
**Criminal** [4] - 1:3, 2:2, 2:22, 5:2
**criminal** [16] - 3:3, 4:10, 4:11, 4:12, 4:13, 4:24, 5:4, 6:21, 8:8, 8:9, 12:24, 12:25, 31:6, 31:7, 36:19, 45:3
**criminality** [1] - 20:20
**criminals** [2] - 13:2, 14:12
**crippled** [2] - 30:8, 33:1
**crisis** [6] - 17:19, 18:6, 18:23, 19:4, 19:6, 19:12
**cross** [1] - 23:20
**crossed** [1] - 26:25
**crosses** [1] - 20:19
**crossing** [1] - 25:13
**crowd** [4] - 8:25, 10:10, 25:22, 44:1
**crumble** [1] - 33:7
**crushed** [1] - 35:7
**crux** [1] - 28:18
**cuffed** [1] - 8:1
**culmination** [1] - 26:12
**culture** [1] - 26:17
**curfew** [1] - 47:8
**curiam** [1] - 29:17
**custodial** [1] - 44:5

**custody** [4] - 4:18, 48:11, 49:5, 50:16
**cuts** [1] - 23:21

## D

**D.C** [7] - 1:6, 1:21, 17:10, 20:14, 21:10, 24:24, 54:14
**dad** [3] - 34:18, 35:18, 35:19
**dad's** [2] - 16:18, 35:6
**damage** [9] - 10:19, 28:21, 30:22, 40:8, 41:23, 43:1, 46:15, 48:9, 48:15
**danger** [1] - 16:2
**dangerous** [5] - 3:23, 7:12, 9:3, 45:12, 50:4
**darkened** [1] - 12:25
**dashing** [1] - 17:8
**date** [2] - 44:3, 50:19
**dated** [1] - 4:25
**Dated** [1] - 54:9
**daughters** [1] - 12:13
**David** [3] - 1:12, 2:6, 28:2
**days** [16] - 4:18, 13:22, 13:25, 14:10, 14:18, 15:7, 15:13, 15:22, 15:24, 28:9, 31:16, 33:11, 49:25, 50:6, 53:12, 53:15
**dead** [2] - 22:11
**deadly** [1] - 4:16
**deal** [1] - 39:14
**dealing** [1] - 7:7
**death** [2] - 22:11, 22:12
**debilitating** [1] - 30:8
**decided** [3] - 16:20, 20:13, 20:23
**decides** [2] - 21:11, 22:21
**decision** [6] - 3:7, 8:16, 29:5, 29:11, 29:17, 29:18
**decisions** [1] - 30:24
**decrease** [1] - 4:3
**deepest** [1] - 31:17
**deeply** [4] - 16:17, 25:2, 40:21, 41:8
**defect** [1] - 52:23
**defendant** [32] - 3:17, 4:11, 4:25, 6:20, 7:25, 28:2, 29:7, 29:13, 42:3, 42:14, 42:18, 42:20, 43:10, 43:14, 43:19, 44:2,

44:5, 44:8, 44:10, 44:15, 44:22, 44:24, 44:25, 45:4, 45:9, 45:25, 46:25, 47:6, 47:17, 47:25, 48:11, 49:5
**DEFENDANT** [1] - 40:17
**Defendant** [2] - 1:7, 1:15
**defendant's** [13] - 4:7, 7:10, 29:2, 29:8, 29:20, 30:14, 44:18, 45:15, 46:7, 46:10, 46:18, 48:1, 48:17
**defendants** [4] - 4:11, 27:10, 47:14, 47:18
**defender** [1] - 16:25
**defense** [12] - 2:14, 2:16, 5:21, 6:16, 7:21, 10:3, 10:15, 10:19, 11:5, 11:14, 24:3, 24:4
**defensive** [1] - 6:13
**defined** [1] - 18:14
**defining** [1] - 24:22
**defray** [1] - 42:7
**delayed** [1] - 43:4
**demanding** [1] - 15:3
**democracy** [1] - 43:9
**demonstrated** [1] - 36:24
**demonstrates** [2] - 15:24, 15:25
**demonstration** [1] - 4:4
**demonstrations** [1] - 45:23
**denied** [1] - 15:10
**dependent** [1] - 30:20
**DEPUTY** [2] - 2:2, 11:21
**describe** [2] - 28:16, 44:24
**desirable** [1] - 48:10
**desire** [2] - 37:24, 38:19
**despite** [1] - 18:24
**destroyed** [1] - 42:21
**destruction** [1] - 19:14
**detailed** [1] - 3:2
**deter** [3] - 31:25, 32:1, 45:20
**determine** [1] - 3:10
**determined** [3] - 18:5, 40:3, 50:21
**determining** [3] - 3:3, 3:9, 5:12
**deterrence** [3] - 9:15,

45:3, 45:19
**devoted** [2] - 28:16, 44:24
**different** [10] - 6:7, 12:23, 13:16, 13:18, 17:8, 17:17, 28:4, 36:4, 36:5
**differently** [2] - 15:4, 44:7
**difficult** [2] - 30:25, 31:11
**difficulties** [1] - 19:7
**difficulty** [1] - 8:22
**Diplomate** [1] - 1:20, 54:3, 54:12
**direct** [1] - 43:8
**directed** [1] - 46:20
**directly** [2] - 37:12, 45:10
**Director** [2] - 15:2, 15:5
**disabled** [4] - 11:7, 29:20, 30:14, 30:18
**disagree** [2] - 25:6, 27:7
**disaster** [3] - 17:21, 17:22, 19:2
**disciplined** [1] - 15:15
**disclosure** [2] - 46:5, 51:11
**discretion** [1] - 36:12
**discuss** [2] - 16:6, 39:16
**discussed** [1] - 48:19
**disease** [1] - 33:2
**disgusting** [1] - 14:21
**dismiss** [3] - 6:16, 6:19, 52:9
**dismissal** [1] - 52:7
**dismissed** [2] - 4:23, 52:4
**disorder** [2] - 23:6, 23:7, 28:3
**disparities** [1] - 47:14
**dispositions** [1] - 14:13
**dispute** [3] - 2:24, 4:23, 6:9
**disputes** [1] - 45:22
**DISTRICT** [2] - 1:1, 1:1
**District** [3] - 1:10, 17:10, 52:11
**DNA** [1] - 50:4
**docketed** [1] - 53:14
**dockets** [1] - 47:19
**document** [1] - 37:9
**dollar** [1] - 49:16
**dollars** [1] - 42:1
**domestic** [1] - 4:23
**done** [10] - 18:17,

24:1, 26:8, 26:15, 28:21, 31:15, 31:16, 37:23, 45:9, 52:19
**doors** [1] - 22:5
**down** [12] - 8:13, 8:18, 8:24, 10:20, 13:25, 14:4, 19:1, 19:11, 21:23, 22:15, 23:20, 38:13
**downward** [6] - 29:1, 29:6, 29:11, 29:18, 30:13, 36:16
**drafted** [1] - 5:24
**drag** [1] - 8:25
**dragged** [1] - 25:22
**draw** [1] - 9:14
**dressed** [1] - 21:9
**drink** [1] - 21:11
**drinking** [3] - 9:25, 22:4, 44:2
**drinks** [1] - 21:18
**dropped** [1] - 30:15
**drug** [4] - 44:20, 50:6, 50:7
**drunk** [2] - 22:9, 23:17
**drunken** [2] - 22:22, 23:25
**due** [3] - 15:12, 32:17, 45:14
**during** [7] - 13:23, 15:14, 16:9, 16:13, 17:1, 39:8, 50:20

## E

**early** [3] - 19:7, 44:9, 53:14
**east** [1] - 22:5
**eastern** [1] - 21:21
**economy** [1] - 17:21
**education** [5] - 34:25, 44:11, 46:7, 51:5, 51:13
**educational** [1] - 45:25
**effect** [2] - 7:14, 31:12
**effective** [1] - 46:2
**effort** [1] - 8:4
**egging** [1] - 6:5
**egregious** [1] - 27:11
**Eighth** [2] - 29:17, 30:12
**eighty** [1] - 14:18
**eighty-five** [1] - 14:18
**either** [1] - 36:21
**elderly** [3] - 29:14, 30:4, 30:7
**election** [2] - 20:13, 26:24
**electoral** [1] - 8:5

**Electric** [2] - 19:19, 32:8
**electrical** [1] - 44:13
**electrician** [1] - 44:11
**elements** [1] - 9:17
**elicit** [2] - 31:19
**eliminates** [1] - 47:23
**Ellipse** [2] - 21:7, 21:15
**eloquently** [1] - 42:18
**email** [1] - 37:19
**emotional** [1] - 30:17
**emotionally** [1] - 45:17
**emphasize** [1] - 5:20
**empirical** [1] - 13:10
**employed** [1] - 44:12
**employees** [3] - 19:21, 33:4, 33:5
**employment** [1] - 51:5
**employs** [2] - 32:7, 44:14
**encouraging** [1] - 6:4
**end** [7] - 7:20, 26:3, 26:12, 47:4, 48:1, 48:4, 48:5
**ended** [1] - 24:25
**energy** [1] - 7:18
**enforcement** [7] - 42:24, 43:11, 45:11, 45:13, 45:15, 46:11, 46:20
**engaged** [3] - 6:22, 42:21, 42:22
**enhancement** [1] - 3:23
**ensues** [1] - 22:2
**ensure** [1] - 13:12
**enter** [2] - 4:8, 40:8
**entered** [1] - 24:21
**entire** [2] - 17:2, 17:3
**entirely** [1] - 44:18
**entrance** [1] - 43:18
**entry** [1] - 53:12
**environment** [1] - 44:25
**established** [1] - 46:24
**estimated** [1] - 21:14
**estimates** [1] - 32:10
**eternity** [2] - 9:5, 38:14
**evacuated** [1] - 43:6
**evacuation** [1] - 22:1
**event** [1] - 42:23
**events** [2] - 23:2, 45:4, 45:5
**evidence** [4] - 9:13, 10:2, 13:10, 44:3

**evil** [2] - 17:4, 41:1
**exact** [1] - 14:18
**exactly** [3] - 10:6, 21:12, 37:4
**example** [1] - 20:7
**except** [1] - 51:5
**exception** [2] - 16:4, 18:23
**exceptions** [1] - 53:11
**exclusively** [1] - 30:20
**excuse** [2] - 26:17, 46:3
**excused** [2] - 41:15, 53:19
**executed** [1] - 24:11
**exercise** [1] - 24:25
**exercising** [2] - 8:1, 8:6
**Exhibit** [2] - 9:9, 9:13
**exhibits** [3] - 7:14, 11:22, 11:25
**experience** [2] - 10:25, 14:23
**explains** [1] - 44:2
**exposed** [1] - 43:24
**exposure** [1] - 44:20
**extended** [1] - 15:11
**extent** [3] - 23:9, 37:13, 53:3
**extraordinarily** [1] - 28:16
**extraordinary** [3] - 29:13, 30:2, 48:2
**extreme** [1] - 11:6
**extremely** [3] - 9:3, 42:17, 48:17
**extremist** [2] - 9:17, 24:18
**eyes** [5] - 16:18, 37:1, 37:2

**F**

**F-U** [1] - 8:13
**F.3d** [3] - 29:4, 29:10, 29:16
**face** [3] - 16:18, 25:19, 32:9
**faced** [1] - 44:6
**facilitate** [1] - 45:1, 46:5, 50:22
**facility** [1] - 14:22
**fact** [13] - 2:24, 9:24, 14:25, 16:3, 19:25, 20:5, 20:11, 20:20, 23:3, 30:19, 31:10, 40:7, 43:15
**factor** [1] - 9:14
**factored** [1] - 49:8
**factors** [6] - 3:16,

5:13, 8:15, 24:22, 48:23, 51:21
**facts** [2] - 28:4, 48:16
**faculties** [1] - 10:6
**fail** [4] - 18:15, 19:3, 33:10, 44:16
**failed** [3] - 13:24, 15:23, 43:4
**failure** [1] - 46:14
**fair** [3] - 6:7, 10:12, 25:13
**faith** [2] - 20:14, 20:22
**fallout** [1] - 28:20
**falls** [2] - 2:25, 22:23, 25:4
**familial** [1] - 45:1
**families** [2] - 7:1, 10:25
**family** [38] - 6:23, 10:21, 11:10, 16:14, 17:3, 17:14, 19:5, 19:15, 28:13, 28:18, 28:21, 29:2, 29:7, 29:13, 29:23, 30:2, 32:1, 32:7, 33:10, 33:17, 34:1, 34:2, 34:11, 34:15, 35:6, 35:18, 37:2, 38:18, 40:21, 41:6, 44:15, 44:17, 44:19, 46:15, 46:19, 48:8, 48:15, 52:18
**famine** [1] - 16:9
**Fanone** [1] - 25:23
**far** [3] - 25:8, 27:8, 30:18
**fast** [1] - 21:24
**father** [7] - 16:8, 19:17, 23:16, 30:10, 32:15, 33:1, 35:17
**fault** [1] - 18:6
**FBI** [1] - 9:6
**FDR** [1] - 18:20
**fear** [1] - 32:22
**federal** [1] - 50:9
**Federal** [1] - 2:22
**felons** [1] - 13:2
**felony** [1] - 41:22
**felt** [4] - 8:24, 9:1, 9:4, 38:14
**fending** [1] - 31:11
**few** [5] - 5:21, 22:17, 39:13, 41:19, 53:11
**fighting** [2] - 7:8, 17:1
**file** [1] - 53:8
**filed** [3] - 15:1, 34:8, 53:11
**filing** [1] - 14:24
**filthy** [1] - 14:22
**financial** [18] - 17:24,

18:6, 19:2, 19:4, 19:14, 19:22, 28:20, 30:5, 30:17, 30:22, 32:21, 39:22, 41:20, 46:5, 49:21, 50:2, 51:10
**findings** [1] - 2:24
**fine** [15] - 40:1, 40:3, 40:4, 40:7, 40:12, 41:25, 42:2, 42:3, 42:7, 46:6, 49:18, 51:12
**fire** [1] - 26:10
**firearm** [1] - 50:4
**FIRM** [1] - 1:15
**First** [4] - 20:18, 24:25, 27:1, 29:5
**first** [4] - 3:12, 21:19, 32:2, 43:20
**fit** [1] - 16:2
**fits** [2] - 13:12, 43:10
**five** [2] - 14:18, 53:13
**flag** [2] - 6:12, 28:6
**flipped** [1] - 40:24
**Floor** [1] - 1:16
**floor** [1] - 38:13
**flowing** [1] - 17:9
**Floyd** [1] - 26:24
**follow** [1] - 51:1
**followed** [3] - 15:15, 17:21, 33:15
**following** [3] - 2:15, 5:10, 50:13
**foolish** [1] - 46:18
**football** [5] - 23:18, 34:14, 34:17, 34:19, 35:1
**FOR** [1] - 1:1
**force** [3] - 8:18, 43:23, 44:5
**forced** [2] - 38:2, 43:5
**foregoing** [1] - 54:5
**forever** [2] - 12:25, 16:19
**forma** [1] - 53:5
**forth** [3] - 42:8, 42:11, 47:1
**forward** [1] - 2:4
**foster** [2] - 13:14, 16:13
**founded** [1] - 33:16
**free** [2] - 8:2, 8:7
**Freedom** [1] - 30:6
**freely** [2] - 8:1, 20:2
**fresh** [1] - 15:10
**Friday** [1] - 15:7
**friend** [1] - 8:11
**friends** [5] - 14:3, 23:12, 28:14, 40:22, 44:15

**frustration** [1] - 22:15
**fulfill** [1] - 11:4
**full** [5] - 22:7, 34:25, 43:22, 50:2, 54:6
**full-scale** [1] - 22:7
**fully** [2] - 16:2, 22:23
**fundamental** [1] - 52:23
**furious** [1] - 18:9
**future** [1] - 13:13

**G**

**gain** [1] - 43:15
**gainfully** [1] - 44:12
**gallery** [1] - 43:6
**game** [1] - 34:17
**games** [1] - 23:18
**gather** [1] - 52:3
**gear** [2] - 22:23, 24:13
**general** [2] - 45:19, 50:10
**geniuses** [1] - 21:10
**George** [1] - 26:24
**girl** [1] - 12:14
**given** [6] - 4:16, 6:1, 32:17, 36:9, 40:7, 46:10
**goal** [2] - 23:20, 23:21
**God** [1] - 37:1
**Government** [2] - 1:12, 9:13
**government** [14] - 2:20, 3:25, 5:14, 19:8, 27:5, 27:13, 27:21, 39:22, 47:3, 47:16, 48:3, 49:1, 51:17
**government's** [2] - 2:16, 42:7
**grab** [1] - 43:25
**grade** [1] - 44:10
**grandfather** [2] - 19:17, 23:16
**grandparents** [1] - 16:8
**granted** [2] - 29:1, 29:12
**gravely** [1] - 17:4
**gravity** [1] - 14:5
**Grayson** [1] - 27:19
**Great** [1] - 17:20
**great** [1] - 16:8
**great-grandparents** [1] - 16:8
**greater** [5] - 17:4, 23:2, 31:25, 42:11, 46:20
**greatly** [3] - 32:20, 37:22, 44:17

grew [2] - 19:22, 44:19
ground [4] - 9:4, 19:20, 43:23, 43:24
group [10] - 23:3, 23:5, 23:8, 24:18, 24:19, 25:15, 25:18, 33:20, 43:10
groups [2] - 25:11, 25:16
grown [1] - 20:5
guarding [1] - 43:20
guideline [1] - 3:14
guidelines [19] - 3:2, 3:7, 3:12, 3:15, 5:3, 5:11, 12:19, 13:11, 36:14, 42:1, 47:1, 47:2, 47:4, 47:20, 47:24, 48:1, 48:4, 48:5
Guidelines [2] - 3:6, 3:22
guilty [17] - 3:17, 4:8, 23:4, 23:5, 23:6, 27:6, 27:16, 27:19, 28:3, 31:19, 44:8, 47:15, 52:21, 52:22, 52:24, 53:3
gun [1] - 38:23
gut [1] - 35:13
gut-wrenching [1] - 35:13
guy [8] - 6:1, 6:11, 23:14, 23:15, 32:11, 33:22, 35:19, 38:22
guys [8] - 13:11, 15:4, 23:24, 25:25, 31:22, 36:6, 36:7, 40:23
guys' [1] - 21:2

## H

habeas [2] - 14:24, 15:1
hair [1] - 17:9
Haley [1] - 12:13
half [2] - 10:21, 47:9
Hana [1] - 12:13
hand [5] - 26:14, 26:19, 38:21, 42:22
hand-to-hand [1] - 42:22
handed [1] - 22:21
hands [1] - 25:21
happy [1] - 40:1
hard [3] - 7:6, 15:13, 39:6
hardcore [1] - 31:6
hardened [1] - 13:1
hardly [1] - 32:19
hardship [1] - 11:7

Harlem [1] - 16:10
hate [2] - 24:18, 52:17
Hawkins [1] - 37:21
head [3] - 22:25, 23:21, 25:24
headed [1] - 21:16
heads [1] - 18:12, 22:3
health [1] - 51:6
hear [4] - 7:4, 7:6, 20:14, 20:17
hearing [1] - 39:16
heart [3] - 12:19, 16:17, 16:19
heartland [2] - 10:24, 11:6
heavily [1] - 8:18
heights [1] - 17:10
Held [1] - 1:9
held [3] - 9:19, 11:1, 15:11
hell [2] - 33:22, 38:14
hello [1] - 40:17
help [3] - 41:6, 41:23, 42:7
helping [1] - 19:21
helps [1] - 33:3
hereby [2] - 49:11, 54:4
hesitate [2] - 45:12, 45:13
hide [1] - 43:5
high [5] - 10:5, 10:7, 10:10, 34:19, 47:23
highlight [1] - 24:15
himself [5] - 7:12, 28:15, 33:6, 37:1, 44:14
history [14] - 4:10, 4:12, 4:24, 5:4, 6:21, 17:6, 17:15, 29:24, 31:6, 31:7, 42:13, 45:15, 46:7, 46:11
History [1] - 5:2
hit [5] - 8:17, 19:15, 25:23, 30:22, 43:22
hold [1] - 32:4
Hold [1] - 21:23
holding [1] - 34:16
home [13] - 6:25, 11:4, 15:20, 16:13, 16:23, 22:25, 23:21, 33:25, 35:4, 44:23, 44:25, 49:14, 50:25
homes [1] - 17:23
hometown [1] - 22:16
homework [1] - 26:8
honestly [1] - 41:3
Honor [49] - 2:7, 2:8, 2:11, 2:17, 2:19, 2:21, 5:7, 5:8, 5:16,

5:18, 5:23, 6:18, 6:25, 7:4, 9:5, 9:11, 9:17, 9:20, 10:1, 10:12, 10:17, 11:20, 12:10, 12:23, 13:5, 15:17, 16:4, 25:10, 26:5, 34:3, 34:5, 37:4, 37:10, 38:5, 38:8, 39:3, 39:7, 39:20, 40:15, 40:17, 41:14, 48:25, 51:16, 51:18, 51:24, 52:2, 52:6, 53:17, 53:18
Honor's [1] - 26:7
Honorable [5] - 1:9, 12:18, 13:5, 15:16, 15:24
hope [5] - 33:8, 34:5, 34:6, 39:5, 41:10
hoped [1] - 32:3
hopped [1] - 10:4
hotel [1] - 22:3
hours [2] - 37:10, 43:5
House [1] - 43:6
house [1] - 30:11
housed [1] - 15:9
household [1] - 30:22
housekeeping [1] - 11:24
houses [1] - 26:23
housing [2] - 17:20, 18:22
hundred [2] - 42:24, 49:16
hundred-dollar [1] - 49:16
hurling [1] - 43:20
hurt [3] - 16:17, 35:10, 41:1
hurting [1] - 41:7
hurts [1] - 41:5, 41:6
husband [3] - 19:17, 23:16, 44:24

## I

I's [1] - 32:22
identification [1] - 37:23
idiot [1] - 22:22
illegal [1] - 50:5
imagine [1] - 35:8
immediately [1] - 14:2
immigrated [1] - 16:8
impact [4] - 8:21, 11:9, 37:25, 38:20
impacting [1] - 44:17
impacts [1] - 10:23
impaired [2] - 10:8, 10:11

impairment [1] - 10:2
impeding [1] - 3:19
important [3] - 17:18, 20:20, 24:15
impose [10] - 40:4, 41:21, 42:6, 42:10, 42:14, 45:2, 45:24, 46:4, 47:13, 51:23
imposed [2] - 48:21, 51:2
imposes [1] - 49:18
imposing [1] - 51:15
imposition [1] - 41:22
impossible [1] - 7:2
imprisoned [1] - 25:8
imprisonment [1] - 5:3
inappropriate [3] - 26:19, 40:7, 40:11
incarcerated [6] - 14:17, 19:14, 28:21, 30:21, 33:11, 44:16
incarceration [15] - 11:2, 15:14, 17:2, 20:9, 27:18, 27:23, 28:23, 31:13, 45:20, 46:12, 46:13, 46:21, 48:9, 48:13, 49:13
inception [1] - 48:12
incident [1] - 26:20
inclined [4] - 37:25, 38:20, 53:1, 53:10
include [1] - 49:12
included [1] - 3:17
including [4] - 30:7, 42:20, 47:7, 47:20
income [1] - 42:4
inconsequential [1] - 42:6
incorrectly [1] - 20:13
indicate [1] - 48:21
indicated [3] - 46:17, 50:15, 51:10
indicates [2] - 42:2, 48:17
indicating [1] - 29:8
indictment [2] - 3:18, 52:5
individual [3] - 7:17, 23:11, 45:10
indulgence [1] - 11:18
information [2] - 4:6, 51:11
inherently [1] - 45:11
inhibitions [1] - 24:7
initial [1] - 20:21
injured [2] - 11:11, 42:24
injuries [2] - 37:13, 37:14

injury [1] - 4:22
Innocence [1] - 16:24
innocent [2] - 13:3, 19:1
inside [4] - 27:17, 27:21, 27:25, 43:5
instance [2] - 3:12, 32:15
instant [1] - 3:24
institution [1] - 17:24
institutions [1] - 18:6
instructions [5] - 13:25, 15:16, 15:23, 15:25, 33:15
intact [1] - 44:19
integrity [1] - 15:16
intended [1] - 43:2
intends [1] - 46:4
intense [1] - 18:5
intent [4] - 4:7, 20:21, 20:25, 41:1
intentions [1] - 20:16
interacting [1] - 25:1
interconnected [1] - 26:22
intermittent [5] - 46:13, 48:13, 49:13, 50:15, 51:20
intern [1] - 16:24
intervention [2] - 19:8, 19:9
interview [2] - 9:6, 44:5
interviewed [1] - 37:17
intoxicated [1] - 40:19
intoxication [3] - 10:3, 24:2, 24:4
introduced [1] - 5:24
investigation [2] - 4:6, 18:5
invigorating [1] - 7:14
involuntary [1] - 52:22
involve [1] - 47:22
involved [2] - 4:13, 45:5
involvement [1] - 4:7
Irish [1] - 16:8
irrational [1] - 45:17
irresponsible [1] - 19:12
isolated [1] - 26:20
issued [2] - 3:2, 47:11
issues [4] - 2:24, 20:4, 39:22, 41:20
it'll [1] - 46:12
itself [2] - 7:19, 25:14

## J

**Jace** [1] - 12:13
**Jackson** [55] - 1:6, 2:3, 2:9, 2:14, 5:25, 6:11, 7:24, 8:9, 8:12, 8:17, 9:1, 12:7, 12:21, 13:16, 13:20, 14:14, 15:14, 15:22, 17:14, 19:5, 19:6, 19:13, 19:17, 22:13, 23:3, 23:23, 24:18, 24:21, 24:24, 25:17, 28:20, 29:21, 30:5, 30:15, 31:5, 31:8, 31:15, 32:25, 33:10, 37:11, 37:24, 38:17, 39:4, 39:5, 39:8, 39:12, 39:25, 40:7, 40:13, 45:16, 49:3, 49:11, 52:7, 52:13, 52:20
**Jackson's** [9] - 7:16, 11:9, 21:17, 27:6, 27:12, 28:9, 28:13, 30:19, 32:15
**Jail** [2] - 14:20, 14:21
**jail** [4] - 28:9, 31:15, 31:23, 50:23
**Jamie** [2] - 12:8, 19:20
**January** [31] - 4:11, 8:23, 13:17, 13:21, 13:23, 14:1, 14:2, 14:10, 14:12, 14:25, 15:4, 16:3, 19:13, 20:10, 20:15, 21:9, 26:9, 26:11, 26:18, 27:2, 33:12, 35:25, 36:2, 36:10, 36:24, 38:3, 38:24, 42:20, 45:5, 47:17, 47:18
**Jefferson** [1] - 27:15
**Joanna** [2] - 12:14
**job** [2] - 7:2, 11:3
**jobs** [1] - 32:10
**Joe** [1] - 43:3
**Johnson** [1] - 17:11
**join** [3] - 33:19, 33:20
**joined** [3] - 12:7, 12:12, 12:16
**Joint** [1] - 22:1
**Jojo** [1] - 12:15
**Joseph** [2] - 1:15, 2:8
**journey** [1] - 22:25
**JPMorgan** [1] - 18:3
**Jr** [3] - 12:11, 30:15, 34:17
**Jr.'s** [1] - 34:14
**judge** [6] - 17:6, 17:10, 17:16, 17:19,

20:8, 35:12
**Judge** [2] - 1:10, 31:2
**judged** [2] - 23:10, 25:3
**judges** [2] - 3:2, 35:24
**judgment** [3] - 40:20, 49:10, 53:12
**juncture** [1] - 44:9
**June** [3] - 14:10, 14:19, 49:6
**jurisdiction** [1] - 52:12
**justice** [5] - 16:7, 17:1, 17:16, 18:9, 31:7
**justification** [1] - 18:17, 30:1
**justify** [1] - 10:14
**Justin** [1] - 22:10
**juxtapose** [1] - 19:4

## K

**K.H** [1] - 8:20
**Kansas** [2] - 34:23, 34:24
**keeps** [1] - 32:21
**Kendall** [1] - 37:21
**kid** [1] - 34:21
**kid's** [2] - 34:21, 35:7
**kids** [4] - 16:13, 30:18, 34:12, 38:18
**killed** [1] - 35:22
**kind** [1] - 31:20
**kinds** [2] - 46:9, 46:23
**knock** [1] - 8:18
**knocked** [2] - 8:24, 43:23
**knowing** [1] - 10:6
**knowledge** [1] - 20:24
**known** [2] - 12:15, 19:20
**knows** [9] - 5:18, 10:2, 12:23, 34:8, 35:11, 35:18, 35:19, 37:4

## L

**laborer** [1] - 32:18
**lacrosse** [1] - 28:5
**ladder** [10] - 6:4, 8:12, 10:7, 10:10, 23:13, 23:14, 23:15, 23:19, 33:22, 43:15
**laid** [4] - 14:6, 21:1, 27:7, 27:9
**land** [1] - 20:19
**large** [2] - 9:16, 43:20
**last** [6] - 13:22, 13:25, 15:23, 16:15, 37:7, 37:10
**lastly** [1] - 29:16

**law** [20] - 5:10, 13:24, 15:22, 16:1, 17:15, 19:7, 20:12, 24:5, 33:12, 33:16, 34:6, 36:14, 42:15, 42:24, 43:11, 45:11, 45:13, 45:15, 46:11, 46:20
**LAW** [1] - 1:15
**law-abiding** [3] - 20:12, 24:5, 33:16
**lawmakers** [1] - 43:5
**lawyer** [2] - 16:20, 16:22
**learn** [1] - 12:21
**learned** [3] - 12:22, 17:1, 17:3
**learning** [1] - 22:13
**least** [3] - 25:4, 25:5, 50:7
**leave** [1] - 53:5
**Leffingwell** [1] - 27:15
**leg** [4] - 7:17, 7:18, 8:24, 9:1
**legal** [2] - 17:10, 48:22
**legislators** [2] - 36:9, 36:12
**Lehman** [1] - 17:25
**Lehmann** [2] - 29:16, 30:12
**Lejay** [2] - 1:6, 49:10
**lends** [1] - 28:10
**lengthy** [1] - 5:19
**less** [7] - 24:10, 24:12, 27:12, 27:13, 27:23, 48:11, 49:22
**lesser** [1] - 3:17
**letter** [6] - 5:25, 7:25, 15:2, 15:6, 28:15, 32:25
**letters** [12] - 5:23, 6:8, 7:22, 8:11, 12:17, 14:8, 28:12, 28:16, 32:15, 35:21, 44:23
**letting** [1] - 33:5
**level** [6] - 3:22, 4:2, 4:5, 4:8, 5:4, 40:5
**levels** [1] - 4:4
**liberty** [1] - 47:7
**licenses** [1] - 35:6
**licensing** [1] - 32:11
**lies** [1] - 44:6
**life** [19] - 12:19, 13:23, 16:4, 16:7, 17:6, 18:8, 19:7, 19:10, 20:4, 20:8, 20:12, 29:24, 30:10, 31:8, 33:16, 33:18, 35:17, 36:24, 44:12
**light** [2] - 3:6, 38:11
**likely** [2] - 18:7, 44:16

**line** [13] - 6:13, 7:2, 7:13, 8:17, 19:23, 20:19, 22:22, 23:20, 23:21, 26:25, 33:23, 43:20
**listen** [1] - 52:17
**lists** [1] - 47:16
**literally** [1] - 26:10
**live** [2] - 16:2, 35:12
**lived** [1] - 33:15
**livelihood** [2] - 6:24, 33:4
**livelihoods** [1] - 7:1
**lives** [2] - 19:1, 32:20
**local** [1] - 50:10
**location** [5] - 47:8, 49:14, 50:20, 50:25, 51:25
**locations** [1] - 43:7
**locked** [1] - 22:15
**locks** [1] - 17:9
**look** [12] - 12:18, 13:22, 14:1, 17:7, 18:20, 20:20, 23:11, 23:19, 25:25, 37:17, 39:18
**looked** [1] - 16:17
**looks** [1] - 17:8
**lose** [2] - 24:6, 36:22
**lost** [2] - 17:22, 32:2
**love** [1] - 41:11
**loved** [1] - 10:25
**low** [5] - 47:4, 47:23, 48:1, 48:4, 48:5
**low-end** [1] - 47:4
**lower** [6] - 6:6, 6:13, 19:23, 26:3, 43:13, 43:14
**luck** [1] - 53:20
**lunch** [1] - 21:18

## M

**mad** [1] - 18:12
**maintain** [1] - 33:4
**major** [2] - 10:18, 17:24
**majority** [1] - 44:12
**man** [29] - 12:20, 12:21, 12:24, 13:17, 13:18, 13:20, 14:5, 14:15, 17:7, 17:9, 17:13, 17:14, 17:15, 17:16, 20:3, 20:7, 24:6, 25:19, 25:20, 25:21, 25:23, 31:5, 31:8, 36:19, 36:22, 44:10
**management** [2] - 46:7, 51:13

**mandatory** [3] - 3:7, 3:13, 36:15
**Manhattan** [1] - 16:25
**manner** [1] - 46:2
**Manual** [2] - 3:6, 3:22
**March** [2] - 1:6, 9:7
**Mark** [1] - 27:15
**markedly** [1] - 6:7
**market** [3] - 17:20, 18:19, 19:6
**married** [1] - 44:22
**Marshall** [1] - 17:11
**Martin** [3] - 29:4, 29:21, 29:22
**material** [2] - 21:19, 44:19
**matter** [3] - 11:24, 38:7, 47:21
**maxed** [1] - 16:23
**maximum** [1] - 41:25
**McBride** [6] - 1:15, 2:9, 9:7, 11:16, 11:21, 48:24
**MCBRIDE** [24] - 1:15, 2:8, 2:17, 2:19, 5:8, 9:11, 11:17, 11:20, 11:23, 12:3, 12:6, 12:10, 21:24, 25:10, 31:2, 39:20, 39:25, 40:6, 40:15, 41:14, 41:17, 48:25, 51:16, 53:17
**mean** [4] - 13:17, 25:7, 31:3, 36:20
**means** [2] - 33:5, 53:6
**mechanical** [1] - 1:23
**medical** [4] - 29:15, 30:4, 46:1, 51:6
**member** [3] - 20:5, 36:20, 45:14
**members** [4] - 12:16, 15:1, 28:13, 44:15
**memo** [4] - 29:3, 34:7, 34:15, 35:20
**memorable** [1] - 17:18
**memorandum** [5] - 5:19, 7:22, 8:20, 27:10, 28:13
**men** [4] - 12:21, 14:12, 14:13, 15:9
**mental** [1] - 51:6
**mentor** [1] - 19:18
**mercy** [2] - 17:13, 39:12
**merely** [1] - 8:7
**merit** [1] - 46:20
**messages** [1] - 14:3
**messed** [1] - 36:23
**met** [1] - 44:19
**metal** [2] - 9:1, 27:20

**Meyer** [4] - 1:19, 54:3, 54:11, 54:11
**Michael** [1] - 15:2
**middle** [2] - 19:24, 47:3
**middle-class** [1] - 19:24
**might** [1] - 48:9
**military** [2] - 30:9, 32:17
**million** [1] - 42:25
**mind** [6] - 6:3, 8:22, 10:4, 12:24, 12:25, 23:15
**minimal** [1] - 42:2
**minimize** [2] - 11:9, 23:1
**minutes** [1] - 38:13
**mistakes** [1] - 12:22
**mob** [4] - 23:9, 24:16, 42:19
**model** [1] - 19:18
**modest** [2] - 19:22, 42:4
**modestly** [1] - 48:5
**modification** [1] - 34:10
**mom** [3] - 16:9, 16:18, 34:18
**moment** [3] - 15:19, 16:20, 22:24
**Monday** [1] - 50:18
**monitored** [1] - 50:25
**monitoring** [6] - 46:5, 47:8, 49:15, 50:20, 51:1, 51:25
**month** [3] - 33:4, 33:5, 49:22
**months** [11] - 5:5, 14:18, 14:19, 27:6, 27:18, 27:22, 28:7, 42:8, 48:12, 49:12
**moreover** [2] - 42:5, 42:25
**morning** [1] - 21:8
**mortgage** [3] - 17:19, 18:6, 19:11
**most** [7] - 18:12, 25:3, 27:7, 31:18, 43:12, 44:13, 46:1
**mother** [2] - 32:25, 35:4
**motion** [2] - 15:1, 27:10
**motions** [3] - 14:24, 34:8, 34:10
**motivated** [2] - 4:1, 8:4
**mouth** [3] - 6:6, 25:24, 43:20

**move** [4] - 9:5, 9:8, 21:12, 52:6
**movement** [1] - 51:2
**multiple** [2] - 21:20, 34:8
**must** [2] - 3:8, 53:11
**Muñoz** [2] - 29:10, 30:3
**Muñoz-Nava** [2] - 29:10, 30:3

## N

**name** [3] - 16:15, 17:11, 32:11
**named** [1] - 19:19
**Nancy** [4] - 1:19, 54:3, 54:11, 54:11
**nation's** [1] - 43:8
**nature** [3] - 12:18, 42:12, 46:10
**Nava** [2] - 29:10, 30:3
**near** [1] - 43:18
**necessarily** [1] - 37:11
**necessary** [2] - 42:11, 45:20
**Neck** [2] - 14:20, 14:21
**need** [9] - 9:17, 12:4, 21:23, 28:22, 31:25, 32:1, 32:24, 52:4, 53:16
**needed** [1] - 45:25
**needs** [1] - 44:19
**negatively** [2] - 29:19, 30:13
**neglect** [1] - 44:20
**neighbors** [1] - 28:14
**never** [10] - 15:14, 19:25, 23:25, 24:19, 24:20, 24:21, 35:13, 35:14, 40:20, 41:2
**New** [2] - 1:16
**news** [1] - 22:11
**next** [3] - 18:3, 18:14, 53:14
**NFL** [1] - 35:2
**night** [2] - 16:18, 41:7
**nineteen** [1] - 35:8
**nobody** [1] - 41:7
**none** [1] - 36:2
**noon** [1] - 21:16
**normally** [2] - 24:8, 48:7
**Northern** [2] - 14:20, 14:21
**Northwest** [2] - 1:21, 54:13
**note** [5] - 14:9, 26:4, 26:9, 49:5, 53:8
**notes** [1] - 54:6

**nothing** [4] - 9:20, 36:2, 36:21, 53:18
**notice** [2] - 53:8, 53:11
**notification** [1] - 4:7
**notify** [1] - 49:25
**number** [4] - 42:17, 44:15, 45:6, 47:16
**numerous** [1] - 42:22

## O

**o'clock** [4] - 21:8, 21:14, 21:21, 22:7
**Obama** [1] - 18:10
**object** [3] - 9:1, 43:21, 50:13
**objection** [6] - 9:10, 9:11, 39:19, 39:23, 49:2, 51:19
**objections** [6] - 2:18, 5:6, 39:20, 48:23, 48:25, 51:15
**objectively** [4] - 24:10, 27:11, 27:23, 27:24
**obligation** [1] - 50:2
**obligations** [2] - 49:21, 51:8
**observation** [1] - 47:21
**observing** [1] - 43:14
**obviously** [1] - 30:24
**occur** [1] - 21:20
**occurred** [2] - 41:23, 45:7
**occurs** [1] - 21:19
**OF** [2] - 1:1, 54:1
**offenders** [2] - 25:4, 25:5
**offense** [14] - 3:17, 3:22, 3:25, 4:1, 4:2, 4:8, 5:4, 8:17, 11:1, 42:13, 42:15, 42:16, 42:17, 46:25
**offenses** [1] - 3:5
**offensive** [1] - 27:24
**Office** [1] - 50:11
**OFFICE** [1] - 1:13
**office** [8] - 2:12, 35:25, 40:2, 49:20, 50:19, 50:22, 51:9, 51:11
**officer** [13] - 3:25, 25:8, 25:20, 25:21, 25:22, 27:20, 28:5, 37:17, 38:22, 41:5, 41:8, 41:10, 45:13
**Officer** [5] - 1:17, 8:20, 25:23, 37:21
**OFFICER** [3] - 2:11,

51:24, 52:2
**officer's** [2] - 37:13, 38:11
**officers** [21] - 3:19, 6:25, 7:5, 7:18, 8:18, 11:11, 22:23, 25:17, 25:18, 26:1, 27:17, 27:25, 35:10, 40:22, 41:2, 41:11, 42:24, 43:19, 43:22, 44:5, 45:11
**OFFICIAL** [1] - 54:1
**Official** [2] - 1:19, 54:12
**official** [1] - 37:9
**officials** [1] - 42:23
**old** [4] - 6:21, 21:3, 32:16, 35:8
**OMG** [1] - 18:1
**once** [2] - 43:13, 43:18
**one** [39] - 6:10, 7:25, 8:6, 8:11, 8:18, 8:19, 10:9, 10:14, 11:1, 11:10, 14:25, 16:14, 16:15, 23:17, 23:24, 24:22, 25:17, 26:13, 26:21, 27:1, 30:8, 32:21, 34:16, 35:2, 36:1, 36:7, 36:18, 38:21, 42:3, 45:12, 47:21, 48:22, 49:14, 49:18, 50:6, 50:22, 50:24
**one-year** [1] - 50:24
**ongoing** [1] - 45:18
**open** [1] - 15:10
**operate** [1] - 30:6
**operates** [1] - 44:13
**opportunity** [1] - 48:22
**opposite** [1] - 10:9
**orange** [1] - 43:21
**order** [1] - 46:13
**ordered** [3] - 49:16, 49:19, 51:7
**otherwise** [1] - 24:5
**outdated** [1] - 4:12
**outfitted** [1] - 8:18
**outliers** [1] - 47:24
**outside** [3] - 10:24, 11:6, 27:25
**outweighs** [1] - 28:22
**overrun** [1] - 14:22
**overseas** [1] - 7:9
**own** [4] - 14:23, 17:14, 33:9, 44:13
**owner** [2] - 19:18, 23:16
**owns** [1] - 28:24

## P

**p.m** [8] - 1:7, 21:17, 21:20, 21:21, 22:8, 43:19, 50:17, 53:21
**page** [2] - 9:8, 37:20
**paid** [2] - 49:22, 50:2
**pain** [2] - 13:4, 30:9
**painful** [1] - 38:7
**pals** [2] - 21:3, 22:4
**pandemic** [1] - 15:12
**panic** [1] - 18:2
**papers** [6] - 14:7, 21:1, 24:17, 27:8, 27:15, 39:21
**paragraph** [1] - 39:17
**paramilitary** [1] - 24:11
**paranoid** [1] - 16:11
**paraphrasing** [1] - 37:18
**parent** [1] - 29:14
**parents** [4] - 29:15, 30:4, 30:7, 30:20
**park** [1] - 34:12
**Park** [1] - 1:16
**Parkinson's** [1] - 30:8
**Parkinsons** [2] - 32:19, 33:2
**part** [11] - 6:5, 24:16, 24:17, 24:18, 25:15, 25:17, 26:16, 29:6, 42:19, 43:11, 44:2
**participate** [1] - 20:16
**participated** [1] - 14:6
**participation** [2] - 23:1, 23:8
**particular** [4] - 5:24, 8:16, 15:3, 48:16
**partner** [1] - 32:3
**passed** [1] - 16:13
**past** [2] - 12:18, 22:17
**Patriot** [3] - 19:19, 30:6, 32:8
**pauperis** [1] - 53:6
**pay** [7] - 35:5, 40:1, 40:3, 41:23, 42:2, 49:16, 49:18
**payable** [1] - 49:23
**paycheck** [1] - 10:21
**payment** [2] - 51:12, 53:6
**payments** [1] - 46:6
**peaceful** [3] - 42:23, 43:8, 45:22
**peeled** [1] - 23:10
**pendency** [1] - 34:9
**penetrate** [1] - 6:13
**penned** [1] - 15:1
**pent** [1] - 22:15

**pent-up** [1] - 22:15
**people** [25] - 6:1, 17:3, 18:7, 18:12, 18:16, 20:23, 21:14, 21:16, 25:7, 25:11, 25:15, 25:16, 25:18, 26:15, 26:23, 26:24, 27:1, 30:5, 31:8, 31:10, 35:24, 35:25, 38:4, 38:5
**per** [3] - 23:8, 29:17, 49:22
**perhaps** [3] - 5:20, 46:12, 48:12
**period** [3] - 14:4, 50:20, 50:24
**periodic** [1] - 50:7
**periods** [1] - 15:11
**perpetrators** [1] - 9:19
**Perri** [10] - 1:12, 2:6, 11:18, 23:13, 24:3, 31:24, 35:10, 37:16, 39:10, 40:18
**PERRI** [14] - 2:6, 2:21, 5:7, 5:16, 5:18, 6:16, 9:14, 10:1, 10:12, 10:23, 49:2, 51:18, 52:6, 53:18
**Perri's** [1] - 37:6
**person** [6] - 6:4, 6:5, 6:8, 37:18, 38:9
**personal** [5] - 14:23, 20:25, 29:8, 29:23, 49:6
**personally** [2] - 16:7, 18:7
**pertain** [1] - 52:7
**pertinent** [1] - 47:11
**phone** [1] - 43:17
**phrase** [1] - 18:13
**physical** [3] - 30:17, 32:20, 44:20
**pick** [1] - 40:9
**picked** [1] - 14:9
**picture** [2] - 34:16, 34:18
**pictures** [1] - 34:15
**pity** [1] - 31:20
**place** [4] - 30:25, 42:19, 43:12, 51:18
**placed** [2] - 39:17, 49:11
**placement** [1] - 50:7
**Plaintiff** [1] - 1:4
**planned** [4] - 8:20, 20:22, 20:24, 24:10
**play** [2] - 6:10, 35:1
**played** [1] - 6:15
**plea** [7] - 4:8, 27:6, 52:21, 52:22, 52:24,

53:4
**pleaded** [2] - 44:8, 52:4
**pleadings** [1] - 10:19
**pleasure** [1] - 39:10
**pled** [8] - 3:17, 23:4, 23:5, 23:6, 27:16, 27:19, 28:3, 52:4
**plight** [1] - 38:11
**PLLC** [1] - 1:15
**plus** [2] - 3:23, 3:25
**pocket** [1] - 35:5
**podium** [2] - 2:4, 49:4
**point** [10] - 10:12, 20:18, 23:2, 23:9, 26:8, 28:5, 31:13, 38:4, 40:10, 53:15
**pointed** [1] - 24:3
**points** [5] - 4:11, 4:25, 20:5, 31:6, 37:8
**pole** [1] - 27:20
**police** [18] - 8:14, 22:20, 22:22, 24:14, 25:1, 25:17, 25:18, 25:19, 25:21, 33:23, 40:22, 41:2, 41:5, 41:8, 41:11, 42:23, 43:19, 43:22
**policy** [1] - 47:11
**political** [5] - 9:18, 20:16, 26:22, 35:24, 45:21
**politically** [1] - 8:3
**politicians** [1] - 35:24
**politics** [1] - 33:19
**poor** [1] - 30:24
**population** [1] - 45:14
**populations** [1] - 17:3
**portrayed** [1] - 6:8
**position** [4] - 26:7, 40:4, 40:6, 46:19
**positive** [1] - 16:1
**possess** [3] - 42:4, 50:4, 50:5
**possession** [2] - 4:19, 37:9
**possible** [1] - 46:16
**possibly** [1] - 10:20
**post** [1] - 14:1
**post-January** [1] - 14:1
**posterity** [1] - 12:12
**potato** [1] - 16:9
**potential** [2] - 29:8, 29:25
**potentially** [2] - 43:25, 45:21
**poverty** [1] - 19:23
**power** [2] - 36:5, 43:8
**powerful** [1] - 17:18

**practice** [1] - 17:10
**pre** [1] - 28:10
**preapproved** [1] - 51:8
**preceded** [1] - 27:3
**preceding** [1] - 26:11
**predicate** [1] - 13:2
**premeditated** [1] - 24:11
**premeditation** [1] - 25:1
**prepare** [1] - 53:7
**prepared** [1] - 36:24
**prepurchased** [1] - 24:13
**presence** [1] - 39:2
**Present** [1] - 1:17
**presented** [1] - 46:22
**presentence** [4] - 2:15, 2:23, 3:21, 50:12
**preserve** [1] - 46:13
**preserving** [1] - 48:14
**President** [5] - 18:10, 20:14, 21:15, 43:3, 45:6
**President's** [1] - 20:17
**presidential** [1] - 20:12
**presumption** [1] - 3:14
**pretending** [1] - 23:17
**pretrial** [6] - 14:17, 15:19, 47:7, 48:6, 48:17, 49:7
**pretty** [1] - 52:25
**previous** [1] - 32:3
**previously** [3] - 47:17, 48:7, 51:14
**prey** [1] - 13:3
**prime** [1] - 20:7
**prison** [5] - 10:20, 15:3, 16:21, 28:7, 29:19
**Prisons** [3] - 15:2, 50:17, 52:16
**pro** [1] - 33:17
**pro-Trump** [1] - 33:17
**Probation** [2] - 1:17, 50:11
**PROBATION** [3] - 2:11, 51:24, 52:2
**probation** [13] - 2:12, 4:17, 20:2, 40:2, 42:1, 47:4, 49:11, 49:12, 50:19, 50:21, 51:9, 51:11, 51:20
**problem** [1] - 25:14
**problematic** [2] - 24:10, 24:12

**problems** [2] - 29:15, 30:4
**Procedure** [1] - 2:22
**proceed** [1] - 11:18
**proceedings** [2] - 52:23, 54:7
**Proceedings** [2] - 1:23, 53:21
**process** [2] - 38:1, 53:10
**produced** [1] - 1:23
**professional** [1] - 28:14
**profound** [1] - 31:18
**progress** [1] - 18:21
**Project** [1] - 16:24
**projectile** [1] - 6:12
**prominent** [1] - 45:7
**promotes** [1] - 42:15
**proof** [1] - 16:1
**proper** [3] - 3:10, 5:12, 31:14
**properly** [1] - 34:6
**property** [3] - 40:8, 42:21, 43:1
**prosecuted** [3] - 8:6, 8:8, 8:9
**prosecution** [1] - 37:24
**protect** [2] - 13:13, 40:23
**protected** [4] - 20:17, 20:19, 20:22, 26:25
**protects** [1] - 45:3
**protest** [6] - 8:3, 20:16, 22:18, 24:25, 26:12, 26:17
**protesters** [1] - 45:2
**protests** [7] - 26:13, 26:21, 26:22, 26:25, 36:3
**proud** [2] - 34:18
**provide** [1] - 48:13
**provided** [2] - 9:7, 47:16
**provides** [2] - 42:15, 45:24
**provision** [1] - 4:6
**PSR** [4] - 14:7, 39:17, 42:9, 46:3
**public** [5] - 9:16, 16:25, 45:4, 45:12, 45:18
**Puerto** [1] - 16:9
**pull** [1] - 43:25
**pulling** [1] - 8:24
**pundits** [1] - 35:24
**punishment** [7] - 13:12, 28:22, 35:13, 42:16, 48:13, 48:18

**purposes** [2] - 12:11, 42:11
**pursuant** [1] - 3:16
**push** [1] - 7:15
**putting** [1] - 10:21

**Q**

**qualify** [1] - 53:7
**qualities** [2] - 29:8, 29:23
**questions** [3] - 9:22, 39:13, 41:14
**quickly** [2] - 28:25, 30:21
**quite** [2] - 9:25, 44:2
**quote** [1] - 8:1
**quoting** [1] - 37:20

**R**

**raise** [1] - 24:2
**raised** [1] - 35:16
**raises** [1] - 6:3
**rally** [1] - 8:7
**ram** [1] - 7:13
**range** [4] - 5:3, 42:1, 46:24, 47:4
**ranges** [3] - 3:4, 3:5, 47:20
**rate** [2] - 42:8, 49:22
**rather** [1] - 45:22
**rational** [1] - 6:20
**rats** [2] - 14:22, 15:8
**ravaged** [1] - 17:2
**read** [1] - 37:22
**ready** [4] - 38:15, 38:16, 38:17, 38:18
**real** [1] - 45:5
**reality** [1] - 48:15
**realize** [1] - 14:4
**realizes** [1] - 22:24
**really** [5] - 6:1, 36:8, 39:21
**Realtime** [3] - 1:20, 54:4, 54:13
**reason** [3] - 6:9, 20:11, 36:1
**reasons** [5] - 17:16, 17:17, 26:23, 27:7
**receive** [2] - 29:7, 29:23
**received** [1] - 27:12
**recent** [1] - 9:6
**recently** [1] - 44:13
**recesses** [1] - 22:1
**Recession** [1] - 17:21
**recklessly** [1] - 19:12
**recognizance** [1] - 49:7

**recognize** [2] - 12:9, 33:23

**recognized** [1] - 31:21

**recognizes** [1] - 48:3

**recommended** [1] - 47:4

**recommends** [1] - 42:2

**record** [4] - 2:5, 12:11, 29:12, 51:19

**recorded** [1] - 1:23

**recording** [1] - 6:15

**records** [1] - 47:15

**recover** [3] - 19:16, 35:14, 35:15

**red** [1] - 43:21

**red-orange** [1] - 43:21

**redeem** [1] - 36:25

**redeemable** [2] - 18:22, 35:18

**reduce** [1] - 24:7

**reference** [2] - 3:11, 37:23

**referenced** [1] - 8:19

**referring** [1] - 22:10

**reflected** [7] - 3:21, 9:25, 14:7, 35:20, 35:21, 46:3

**reflects** [2] - 42:14, 51:21

**Reform** [1] - 2:25

**regard** [1] - 13:3

**regarding** [2] - 5:14, 31:7

**regardless** [1] - 5:1

**Regional** [2] - 14:20, 14:21

**Registered** [1] - 1:20, 54:3, 54:12

**regret** [2] - 40:21, 41:8

**regrets** [1] - 25:2

**regularly** [1] - 15:9

**regulated** [1] - 18:20

**rehabilitation** [4] - 13:14, 29:9, 29:25, 45:1

**reintegrate** [1] - 16:2

**reintegration** [1] - 13:15

**related** [3] - 15:12, 30:9, 34:11

**relative** [1] - 24:9

**relatively** [1] - 44:9

**release** [8] - 15:21, 28:10, 31:17, 33:14, 45:1, 45:10, 49:6, 51:3

**released** [1] - 15:17

**relevant** [5] - 3:16, 5:13, 6:21, 23:9

**religious** [1] - 51:6

**relive** [3] - 8:23, 38:3, 38:22

**rely** [1] - 32:9

**remember** [1] - 17:19

**renewed** [2] - 7:15, 7:18

**reoffend** [1] - 45:16

**report** [6] - 2:15, 2:23, 3:21, 37:20, 50:12, 50:19

**reported** [1] - 15:19

**Reporter** [1] - 1:19, 1:20, 1:20, 54:3, 54:4, 54:12, 54:12, 54:13

**REPORTER** [2] - 21:23, 54:1

**represented** [2] - 38:4, 53:9

**request** [1] - 53:7

**require** [1] - 46:6

**required** [3] - 19:7, 49:17, 51:1

**requirements** [1] - 46:5

**researching** [1] - 47:19

**reshow** [1] - 12:4

**reside** [1] - 44:23

**residence** [1] - 51:4

**resigned** [1] - 15:6

**resisting** [1] - 3:19

**resolving** [1] - 45:21

**respect** [10] - 4:10, 15:24, 15:25, 31:18, 41:11, 41:25, 42:15, 45:19, 48:19, 52:10

**respectable** [1] - 20:5

**respectful** [2] - 37:5, 37:6

**respectfully** [4] - 26:1, 28:8, 33:9, 38:1

**respond** [1] - 10:17

**response** [2] - 9:4, 15:6

**responsibility** [3] - 4:4, 4:5, 45:7

**responsible** [2] - 22:3, 37:12

**restitution** [6] - 41:20, 46:6, 48:19, 49:19, 49:23, 51:12

**restricted** [1] - 51:4

**restrictions** [4] - 47:7, 47:10, 48:6, 51:1

**result** [5] - 4:25, 11:11, 18:9, 26:12, 47:25

**results** [2] - 4:1, 4:8

**retirements** [1] - 18:8

**returned** [1] - 16:23

**reviewed** [2] - 2:15, 12:1

**revised** [1] - 2:15

**revisit** [1] - 6:10

**Rican** [1] - 16:9

**ride** [1] - 34:25

**riding** [1] - 10:4

**rightfully** [1] - 24:3

**rights** [2] - 24:25, 52:25

**riot** [7] - 3:24, 8:2, 22:7, 22:21, 22:23, 40:9, 42:19

**rioters** [10] - 7:15, 8:24, 9:2, 24:9, 42:20, 42:22, 43:2, 43:3, 43:11, 43:25

**rioters'** [1] - 43:7

**riots** [1] - 26:7

**ripple** [1] - 31:12

**risen** [1] - 17:9

**risk** [1] - 45:18

**risked** [1] - 33:24

**roaches** [2] - 14:22, 15:8

**road** [1] - 19:11

**role** [1] - 19:18

**roles** [1] - 11:4

**roomie** [1] - 21:5

**roommate** [1] - 21:4

**Rosanne** [2] - 22:10, 22:14

**Rotunda** [1] - 22:5

**row** [1] - 12:8

**Rudolph** [1] - 1:9

**rule** [3] - 15:25, 16:5, 18:24

**Rule** [1] - 2:22

**run** [3] - 19:25, 35:6, 42:3

**runs** [3] - 19:18, 22:22, 32:11

**Ryan** [1] - 21:20

# S

**sake** [1] - 12:12

**Samsel** [1] - 21:20

**savings** [1] - 18:8

**saw** [2] - 7:25, 26:15

**scale** [5] - 22:7, 25:3, 25:25, 26:2, 26:3

**scary** [2] - 33:7, 38:14

**scheming** [1] - 45:7

**schizophrenic** [1] - 16:11

**schmuck** [1] - 33:23

**scholarship** [3] -

34:21, 34:24, 34:25

**school** [4] - 17:15, 21:5, 34:19, 35:4

**scorned** [1] - 26:5

**scratched** [1] - 18:12

**screw** [2] - 7:19, 33:17

**se** [1] - 23:8

**seat** [1] - 41:18

**seats** [1] - 23:18

**second** [1] - 12:8

**section** [1] - 36:16

**security** [1] - 43:5

**see** [5] - 7:13, 7:17, 17:7, 17:9, 19:5

**seeing** [1] - 9:23

**seeking** [3] - 10:15, 39:22, 48:10

**seeks** [1] - 47:3

**seem** [1] - 11:6

**sending** [1] - 10:19

**sense** [1] - 48:7

**senses** [1] - 13:8

**sentence** [27] - 3:3, 3:9, 3:11, 3:14, 3:15, 5:12, 9:16, 11:1, 27:5, 29:19, 31:14, 35:21, 39:3, 42:10, 42:14, 45:2, 45:24, 46:23, 47:3, 47:5, 47:13, 47:14, 48:5, 48:21, 49:9, 51:15, 51:23

**sentenced** [4] - 20:1, 27:17, 27:22, 28:6

**sentences** [3] - 27:12, 46:9, 47:25

**Sentencing** [5] - 1:4, 1:8, 2:25, 3:1, 47:11

**sentencing** [17] - 3:4, 5:15, 5:19, 8:19, 12:17, 12:19, 13:11, 13:19, 14:8, 27:10, 28:13, 29:3, 34:7, 35:20, 37:8, 39:16, 46:24

**sentencings** [2] - 47:17, 53:13

**separate** [1] - 4:14

**separately** [1] - 4:13

**series** [1] - 26:21

**serious** [6] - 25:3, 25:5, 25:9, 29:15, 30:4, 42:17

**seriously** [1] - 11:11

**seriousness** [3] - 8:17, 31:24, 42:14

**serve** [1] - 24:4

**served** [6] - 4:18, 18:18, 28:11, 31:14, 35:22, 49:8

**service** [4] - 30:9, 35:17, 35:18, 51:5

**services** [2] - 15:19, 51:6

**Services** [3] - 19:19, 30:7, 32:8

**Session** [1] - 22:1

**set** [5] - 3:4, 42:8, 42:11, 47:1, 48:16

**setting** [1] - 19:24

**several** [3] - 27:7, 43:4, 44:6

**shall** [9] - 49:12, 49:21, 49:25, 50:3, 50:4, 50:5, 50:9, 50:10, 50:16

**shared** [1] - 20:23

**Sherrill** [1] - 27:19

**Sherry** [2] - 1:17, 2:12

**shield** [4] - 3:24, 22:21, 40:10, 43:22

**short** [1] - 43:7

**shortly** [1] - 17:25

**shot** [1] - 22:6

**show** [6] - 11:22, 13:10, 32:12, 34:2, 34:3, 34:14

**showed** [1] - 34:15

**shows** [1] - 22:9

**shut** [1] - 19:1

**shutting** [1] - 10:20

**sic** [2] - 13:21, 24:19

**sides** [1] - 21:21

**significant** [4] - 10:13, 46:14, 47:7, 48:14

**significantly** [3] - 27:13, 27:23, 28:22

**similar** [3] - 47:14, 47:15, 47:24

**simply** [1] - 19:15

**simultaneously** [1] - 50:24

**sincere** [1] - 12:17

**sincerely** [1] - 38:12

**single** [3] - 13:24, 15:22, 29:14

**sit** [1] - 35:4

**sits** [3] - 12:20, 13:20, 14:15

**sitting** [1] - 12:8

**situation** [6] - 7:3, 7:7, 7:8, 7:11, 9:3, 10:6

**situations** [1] - 36:10

**six** [2] - 28:17, 52:5

**six-count** [1] - 52:5

**skills** [1] - 44:11

**sky** [1] - 15:10

**sliding** [1] - 25:3, 26:2

**slightly** [1] - 48:11

**slow** [1] - 21:23
**small** [1] - 32:22
**smartest** [1] - 21:12
**Smith** [1] - 17:11
**society** [5] - 9:17, 13:13, 14:13, 16:1, 16:2
**soft** [1] - 22:19
**solidarity** [1] - 20:23
**solitary** [1] - 15:11
**son** [8] - 16:7, 29:14, 29:20, 30:3, 30:14, 34:16, 35:16
**son's** [1] - 23:17
**sorrowful** [1] - 12:20
**sorry** [2] - 13:6, 21:25
**sort** [2] - 26:16, 46:12
**soul** [1] - 35:7
**Southern** [1] - 52:11
**Spanish** [1] - 16:10
**speaks** [1] - 34:6
**special** [5] - 36:1, 46:4, 49:16, 49:22, 50:13
**specific** [1] - 3:5
**speech** [5] - 8:3, 8:7, 20:17, 20:19, 21:15
**speed** [1] - 43:22
**spent** [1] - 43:14
**spirit** [1] - 12:12
**spoken** [1] - 42:18
**sprained** [1] - 37:14
**spray** [1] - 25:19
**sprayed** [1] - 25:19
**spurred** [1] - 45:6
**squeal** [1] - 52:16
**stable** [2] - 44:23, 44:25
**stand** [4] - 10:7, 10:10, 13:5, 20:23
**standard** [3] - 39:15, 39:16, 41:22
**standing** [1] - 34:18
**staring** [1] - 8:13
**start** [2] - 41:19, 41:20
**started** [1] - 32:6
**starts** [1] - 7:18
**state** [2] - 2:4, 50:9
**statement** [5] - 8:21, 37:16, 37:25, 38:20, 40:23
**statements** [2] - 44:7, 47:11
**STATES** [2] - 1:1, 1:13
**States** [9] - 1:3, 1:10, 2:3, 2:6, 3:1, 9:9, 29:4, 29:10, 29:16
**status** [2] - 4:1, 45:10
**statute** [1] - 49:17

**statutory** [1] - 53:2
**stay** [1] - 21:11
**staying** [2] - 31:23, 34:3
**Stearns** [1] - 17:23
**stemmed** [1] - 4:22
**stenograph** [1] - 54:6
**Stenographic** [1] - 1:19
**STENOGRAPHIC** [1] - 54:1
**stenography** [1] - 1:23
**step** [1] - 2:4
**stepped** [1] - 18:20
**stick** [1] - 28:5
**sticking** [1] - 7:20
**still** [1] - 7:23
**stock** [2] - 18:19, 19:6
**stood** [1] - 29:7
**stop** [1] - 8:4
**straightforward** [1] - 9:22
**stranger** [1] - 5:1
**stream** [1] - 26:22
**Street** [1] - 1:13
**struck** [2] - 8:25, 28:5
**structure** [1] - 52:15
**struggled** [1] - 20:3
**struggles** [1] - 32:18
**stuck** [1] - 23:20
**stuff** [3] - 22:3, 24:14, 26:7
**stupid** [3] - 14:2, 23:24, 36:8
**submissions** [1] - 2:16
**submit** [10] - 13:10, 26:1, 26:11, 27:11, 28:8, 36:17, 37:25, 38:20, 50:3, 50:6
**submitted** [7] - 5:19, 5:22, 7:14, 7:21, 11:25, 12:17, 28:13
**subprime** [1] - 17:19
**subsection** [1] - 42:12
**subset** [1] - 47:23
**substance** [3] - 20:3, 50:6, 51:6
**substantial** [1] - 52:25
**substantially** [1] - 32:9
**successful** [1] - 19:19
**successfully** [2] - 15:20, 42:3
**suffer** [2] - 38:9, 52:18
**suffering** [1] - 33:2
**suffers** [1] - 32:18
**sufficient** [2] - 42:10, 48:13

**suggest** [5] - 10:1, 31:3, 31:4, 40:11, 47:24
**Suite** [1] - 1:13
**superseding** [1] - 3:18
**supervised** [4] - 15:21, 28:10, 31:16, 33:14
**supervision** [12] - 39:15, 39:17, 42:5, 42:8, 46:4, 48:17, 49:7, 50:3, 50:7, 50:11, 52:10, 52:11
**support** [14] - 5:23, 5:25, 7:22, 28:8, 28:12, 29:6, 29:22, 30:17, 32:15, 32:25, 33:2, 35:21, 44:23, 45:1
**supported** [1] - 29:12
**supportive** [1] - 28:10
**supports** [1] - 16:3
**Supreme** [1] - 3:6
**surrounded** [1] - 43:15
**survive** [1] - 32:24
**Susie** [1] - 32:25
**suspicious** [1] - 20:24
**sustained** [1] - 42:25
**swept** [1] - 45:17
**swig** [1] - 22:18
**system** [1] - 33:3

### T

**table** [2] - 7:17, 7:18
**tactical** [1] - 24:13
**talent** [1] - 34:21
**talks** [2] - 36:16, 37:14
**tased** [1] - 25:20
**task** [1] - 44:5
**technical** [1] - 39:13
**technology** [1] - 50:21
**teenager** [1] - 20:1
**tens** [1] - 17:22
**Tenth** [1] - 29:11
**term** [3] - 46:21, 49:11, 49:12
**terms** [3] - 39:15, 39:17, 50:12
**terrace** [9] - 6:6, 6:13, 21:17, 21:19, 22:7, 22:9, 22:12, 43:13, 43:14
**test** [1] - 50:6
**tests** [1] - 50:7
**Texas** [3] - 21:9, 34:19, 52:11
**text** [1] - 14:3
**thankful** [1] - 40:23

**themselves** [2] - 30:18, 31:11
**then-President** [2] - 20:14, 45:6
**thereafter** [2] - 17:25, 50:8
**therefore** [4] - 3:10, 18:22, 20:7, 49:18
**they've** [2] - 13:6, 18:17
**thinking** [2] - 10:16, 11:12
**thinks** [3] - 11:14, 39:1, 39:4
**thorough** [1] - 7:21
**thoughtful** [1] - 7:21
**thousands** [2] - 17:22, 38:4
**threatened** [1] - 43:7
**three** [5] - 21:3, 21:10, 27:3, 29:3
**threshold** [1] - 25:13
**throngs** [1] - 21:16
**throw** [3] - 21:24, 36:20, 39:12
**throws** [1] - 22:19
**thrust** [1] - 10:18
**tidal** [1] - 19:14
**timely** [2] - 4:6, 4:7
**today** [12] - 12:4, 12:7, 12:20, 13:18, 13:20, 14:16, 15:21, 27:8, 28:19, 33:9, 35:17, 35:23
**toddlers** [3] - 12:14, 30:16, 34:13
**took** [6] - 16:22, 27:21, 35:7, 42:19, 43:12
**top** [5] - 6:4, 8:12, 10:7, 23:15, 32:18
**total** [2] - 4:8, 5:3
**towards** [1] - 46:20
**track** [1] - 51:11
**trade** [4] - 21:5, 35:4, 44:11, 44:13
**trained** [1] - 38:23
**training** [1] - 45:25
**Transcript** [2] - 1:8, 1:23
**transcript** [2] - 54:5, 54:6
**transcription** [1] - 1:23
**transfer** [2] - 43:8, 52:10
**transition** [1] - 36:4
**transpired** [1] - 39:1
**traveled** [2] - 20:13, 24:24

**treat** [1] - 15:4
**treated** [2] - 3:13, 39:8
**treatment** [3] - 15:5, 46:1, 51:7
**tremendous** [1] - 29:25
**trespass** [1] - 4:13
**tried** [1] - 52:15
**tries** [1] - 23:20
**trip** [1] - 21:2
**trouble** [2] - 7:23, 19:25
**troubling** [1] - 44:4
**true** [4] - 13:8, 13:9, 54:5, 54:6
**truly** [1] - 20:11
**Trump** [4] - 20:15, 21:15, 33:17, 40:25
**trust** [1] - 21:11
**try** [2] - 35:4, 35:5
**trying** [8] - 6:12, 8:25, 11:22, 31:3, 33:8, 35:23, 43:25, 52:17
**tunnel** [8] - 6:6, 6:14, 6:25, 8:14, 25:24, 43:13, 43:18, 43:20
**TV** [1] - 18:11
**two** [9] - 4:14, 8:18, 23:12, 27:17, 28:17, 30:7, 30:16, 43:23
**type** [2] - 6:22, 10:14
**types** [4] - 9:23, 10:24, 26:16, 31:4
**typically** [2] - 10:25, 11:4

### U

**U.S** [2] - 1:17, 50:11
**U.S.C** [3] - 3:16, 3:20, 47:19
**under** [15] - 2:22, 3:1, 5:10, 19:22, 26:25, 29:21, 29:22, 30:12, 31:16, 32:5, 34:1, 36:21, 47:19, 53:2
**underlying** [2] - 21:1, 24:17
**underneath** [1] - 32:12
**understood** [1] - 25:10
**undisclosed** [1] - 43:6
**undoubtedly** [1] - 12:22
**unequivocally** [1] - 24:24
**unfair** [2] - 31:13, 35:8
**unfit** [1] - 14:13
**unforeseeable** [1] -

36:11
**unfortunately** [1] - 23:22
**uniformly** [1] - 44:24
**unique** [2] - 46:21, 48:8
**UNITED** [2] - 1:1, 1:13
**United** [9] - 1:3, 1:10, 2:3, 2:6, 3:1, 9:9, 29:4, 29:10, 29:16
**unlawful** [1] - 4:19
**unless** [1] - 10:10
**unmitigable** [2] - 19:2, 19:15
**unprecedented** [1] - 45:5
**unremarkable** [1] - 44:18
**unsupervised** [2] - 14:11, 33:13
**unthinkable** [1] - 18:4
**untold** [1] - 38:5
**unwarranted** [1] - 47:14
**up** [27] - 8:1, 10:4, 14:10, 15:3, 17:7, 19:20, 19:22, 22:9, 22:15, 23:13, 23:18, 25:1, 26:5, 26:6, 26:11, 32:4, 34:14, 35:3, 35:17, 36:23, 39:6, 40:9, 41:3, 43:15, 44:19, 45:17
**upbringing** [1] - 44:18

## V

**vacuum** [1] - 26:10
**valuable** [1] - 44:11
**value** [1] - 9:15
**variance** [7] - 10:14, 29:6, 29:12, 29:18, 29:21, 30:13, 48:2
**variances** [2] - 29:1, 36:16
**vermin** [1] - 15:9
**victim** [7] - 3:25, 8:21, 37:9, 37:25, 38:6, 38:20
**video** [5] - 6:10, 9:25, 12:9, 22:19, 44:3
**videos** [2] - 7:13, 42:22
**videotaping** [1] - 43:16
**view** [2] - 43:16, 45:11
**views** [2] - 8:2, 20:24
**violation** [3] - 3:19, 4:18, 52:12
**violence** [11] - 6:6,

7:16, 8:4, 9:18, 13:13, 20:24, 27:1, 42:21, 45:15, 45:22, 46:11
**violent** [7] - 7:12, 14:13, 14:22, 20:25, 43:12, 45:21, 46:19
**Virginia** [1] - 1:14
**visiting** [1] - 14:24
**visits** [1] - 51:7
**visual** [1] - 6:15
**vocational** [1] - 45:25
**voluntary** [3] - 14:11, 24:2, 24:3
**vote** [1] - 8:5
**votes** [1] - 43:3
**vs** [1] - 1:5
**vulnerable** [1] - 43:24

## W

**wait** [1] - 6:5
**waive** [1] - 51:25
**waived** [2] - 52:24, 53:3
**waiver** [1] - 52:25
**walk** [1] - 25:7
**wants** [2] - 6:23, 46:17
**warm** [1] - 21:12
**Washington** [6] - 1:6, 1:21, 20:14, 21:10, 24:24, 54:14
**watch** [1] - 40:25
**watched** [1] - 42:22
**watching** [1] - 52:13
**wave** [1] - 19:14
**weapon** [4] - 3:23, 4:16, 25:20, 50:5
**weapons** [1] - 24:13
**wearing** [1] - 6:11
**week** [3] - 53:13, 53:15
**weekends** [3] - 49:13, 50:16, 50:18
**weight** [2] - 11:13, 39:3
**well-being** [1] - 30:6
**well-thought-out** [1] - 12:17
**west** [4] - 6:6, 6:13, 43:13, 43:14
**West** [1] - 1:14
**western** [6] - 21:17, 21:19, 21:21, 22:7, 22:9, 22:12
**whaling** [1] - 7:18
**Wheeling** [1] - 1:14
**whiskey** [2] - 21:11, 22:18
**whole** [3] - 5:20, 13:8,

32:7
**wife** [7] - 12:7, 19:20, 28:17, 32:18, 32:22, 38:17, 44:14
**wild** [1] - 26:18
**willing** [1] - 36:25
**Winchell** [1] - 22:10
**wiped** [1] - 18:8
**wisdom** [2] - 36:9, 39:14
**wish** [3] - 38:1, 40:13, 41:10
**wonderful** [1] - 19:10
**worker** [1] - 30:10
**world** [4] - 17:23, 18:2, 31:12, 33:7
**worse** [2] - 7:11, 13:2
**worst** [1] - 26:12
**worthy** [5] - 14:9, 26:4, 26:9, 34:2, 34:3
**wow** [1] - 17:12
**wrenching** [1] - 35:13
**write** [1] - 6:19
**writes** [1] - 37:19
**written** [2] - 8:11, 13:11
**wrongdoing** [1] - 18:24
**wrongfully** [3] - 16:12, 16:16, 25:1
**wrote** [3] - 28:15, 37:3, 38:12
**wrung** [1] - 39:6
**WTF** [1] - 18:1

## X

**Xanax** [1] - 4:20

## Y

**year** [4] - 28:10, 47:9, 49:14, 50:24
**years** [16] - 15:6, 16:22, 16:25, 18:14, 20:1, 21:2, 21:6, 22:17, 26:10, 27:3, 32:16, 32:17, 35:8, 38:24, 44:22
**years'** [1] - 4:16
**York** [2] - 1:16
**you-all** [1] - 37:23
**young** [9] - 17:15, 20:1, 20:3, 28:17, 29:20, 30:7, 30:16, 30:18, 34:17
**youth** [1] - 16:14

## Z

**zero** [1] - 31:6

## §

**§** [2] - 3:20, 47:19